CO-932
Rev. 4/96

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT**

Civil Action No. _____
(To be supplied by the Clerk)

**NOTICE TO PARTIES:**

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

**NOTICE TO DEFENDANT:**

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

**NOTICE TO ALL COUNSEL**

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I.  **RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).**

   A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e's) below.]

   [ ] (a) relates to common property

   [X] (b) involves common issues of fact

   [ ] (c) grows out of the same event or transaction

   [ ] (d) involves the validity or infringement of the same patent

   [ ] (e) is filed by the same pro se litigant

2.  **RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)**

   A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

   Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

   _____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

   **See Attachment A.** _____ v. _____ C.A. No. _____

   **10/17/2011**                    John W. Ker
   DATE                              Signature of Plaintiff /Defendant (or counsel)

**Attachment A**

**Civil Case No. 11-cv-01803-SBJ**

THE NATIONAL ATM COUNCIL, INC.
    9802-12 Baymeadows Road, No. 196
    Jacksonville, FL 32256,
    on behalf of itself and its membership,
    and,
ATMs OF THE SOUTH, INC.
    3613 North Arnoult Rd.
    Metairie, LA 70002,
BUSINESS RESOURCE GROUP, INC.
    14825 Spring Hill Drive
    Frenchtown, MT 59834,
CABE & CATO, INC.
    8601 Dunwoody Place, Ste. 106
    Atlanta, GA 30350,
JUST ATMS, INC.
    125 Ryan Industrial Ct, Ste. 101
    San Ramon, CA 94583,
WASH WATER SOLUTIONS, INC.
    231 Fairfield Drive
    Brewster, NY 10509,
ATM BANKCARD SERVICES, INC.
    31 Elmwood Loop
    Madisonville, LA 70447,
MEINERS DEVELOPMENT COMPANY
OF LEE'S SUMMIT, MISSOURI, LLC
    520 West 123rd Street
    Kansas City, MO 64145,
MILLS-TEL, CORP. d/b/a First American
ATM
    1800 West Broward Blvd.
    Ft. Lauderdale, FL 33312,
SELMAN TELECOMMUNICATIONS
INVESTMENT GROUP, LLC
    5717 Clarendon Dr.
    Plano, TX 75093,
SCOT GARDNER d/b/a SJI
    2497 Horsham Drive
    Germantown, TN 38139,
TURNKEY ATM SOLUTIONS, LLC
    8601 Dunwoody Place, Ste. 106
    Atlanta, GA 30350,

TRINITY HOLDINGS LTD, INC.
    17369 Shirley Avenue
    Port Charlotte, FL 33948,

and

T & T COMMUNICATIONS, INC. and
RANDAL N. BRO d/b/a T & B Investments
    405 Witt Road
    Center Point, TX 78010,

    on behalf of themselves and all others
    similarly situated,

*Plaintiffs*,

v.

VISA INC., VISA U.S.A. INC., VISA
INTERNATIONAL SERVICE
ASSOCIATION, and PLUS SYSTEM, INC.,
    595 Market Street
    San Francisco, CA 94105-2802,

and

MASTERCARD INCORPORATED and
MASTERCARD INTERNATIONAL
INCORPORATED d/b/a MasterCard
Worldwide
    2000 Purchase Street
    Purchase, NY 10577,

*Defendants*.