UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN<br>    500 Central Ave., Apt. 612<br>    Union City, NJ 07087,<br><br>BARBARA INGLIS<br>    139 Woodhull Road<br>    Huntington, NY 11743,<br><br>SAM OSBORN<br>    1713 U Street NW, Apt. 1D<br>    Washington, DC 20009,<br><br>and<br><br>JOHN EPSELAND<br>    2915 School Street<br>    Des Moines, Iowa 50311,<br><br>Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.<br>        595 Market Street<br>        San Francisco, CA 94105-2802,<br><br>MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide<br>        2000 Purchase Street<br>        Purchase, NY 10577,<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION<br>        Bank of America Corporate Center<br>        Charlotte, NC 28255, | C.A. No.: 11-cv-1831<br>Assigned to:   Amy Berman Jackson<br>Assign Date:   10/12/2011<br>Description:    Antitrust<br><br><br><br>**NOTICE OF APPEAL**<br><br><br> (caption continues on next page) |

NB HOLDINGS CORPORATION
    401 North Tryon Street
    Charlotte, NC 28202

BANK OF AMERICA CORPORATION
    Bank of America Corporate Center
    100 North Tryon Street
    Charlotte, NC 28255,

CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.
    270 Park Avenue
    New York, NY 10017,

JPMORGAN CHASE BANK, N.A.
    1 Chase Manhattan Plaza
    New York, NY 10081,

    and

WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.
    420 Montgomery Street
    San Francisco, CA 94163,

                Defendants.

Notice is hereby given this 10th day of January, 2014, that Plaintiffs Andrew Mackmin, Barbara Inglis, Sam Osborn and John Espeland hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order [Dkt. No. 55] and Memorandum Opinion [Dkt. No. 56] of this Court entered on February 13, 2013, and from the Order [Dkt. No. 71] and Memorandum Opinion [Dkt. No. 72] of this Court entered on the December 19, 2013, in favor of Defendants against said Plaintiffs.

Dated:   January 10, 2014            Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: /s/ George W. Sampson
     George W. Sampson

Steve W. Berman (*pro hac vice*)
Anthony D. Shapiro (*pro hac vice*)
George W. Sampson (*pro hac vice*)
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
george@hbsslaw.com
tony@hbsslaw.com

**MEHRI & SKALET, PLLC**
Craig Briskin
1250 Connecticut Avenue NW, Suite 300
Washington, DC 20036
Tel: 202-822-5100
Fax: 202-822-4997
Cbriskin@Findjustice.com

**HUDSON, MALLANEY, SHINDLER & ANDERSON, P.C.**
J. Barton Gopelrud
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265

- 1 -

- 2 -

**THE PAYNTER LAW FIRM PLLC**
Stuart M. Paynter (D.C. Bar # 226147)
1200 G Street N.W., Suite 800
Washington, DC 20005
Telephone: (202) 626-4486
Facsimile: (866) 734-0622
stuart@smplegal.com

*Counsel for Plaintiffs Andrew Mackmin, Barbara Inglis, Sam Osborn and John Espeland and the Proposed Class*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on January 10, 2014, I caused the foregoing Notice of Appeal to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to counsel of record.

                                          /s/ George W. Sampson
                                            George W. Sampson