**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, BARBARA INGLIS, AND SAM OSBORN,<br><br>                              Plaintiffs,<br><br>        v.<br><br>VISA INC., VISA U.S.A. INC., VISA INTERNATIONAL SERVICE ASSOCIATION, and PLUS SYSTEM, INC.; and MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a MASTERCARD WORLDWIDE; BANK OF AMERICA, NATIONAL ASSOCIATION; NB HOLDINGS CORPORATION; BANK OF AMERICA CORPORATION; CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; and WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.<br><br>                              Defendants. | No. 1:11-cv-01831-RJL |

<u>**STIPULATION AND PROPOSED ORDER**</u>

        WHEREAS on February 13, 2013, this Court entered an order (Doc. No. 55) dismissing this case;

        WHEREAS on December 19, 2013, this Court entered an order (Doc. No. 71) denying with prejudice Plaintiffs' motion for leave to file a Second Amended Complaint (Doc. No. 65-2) and denying as moot Plaintiffs' motion to amend this Court's judgment dismissing the case;

        WHEREAS this Court's December 19, 2013 order was vacated by the Court of Appeals for the District of Columbia Circuit in *Osborn v. Visa Inc.*, 797 F.3d

1057 (D.C. Cir. No. 14-7004, Aug. 4, 2015), and the Circuit Court's mandate issued on October 22, 2015;

WHEREAS Plaintiffs intend to file the identical proposed Second Amended Class Action Complaint that Plaintiffs sought leave to file before the appeal , and have sought Defendants' consent to such filing;

WHEREAS, as a condition of their consent to the filing of Plaintiffs' proposed Second Amended Class Action Complaint, Defendants have requested an extension of time to answer the Second Amended Class Action Complaint to December 10, 2015; and

WHEREAS this is Defendants' first request for an extension of time with respect to this complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties:

1.      Defendants consent to Plaintiffs' filing of their proposed Second Amended Class Action Complaint (Doc. No. 65-2);

2.      Each Defendant shall file an answer to the Second Amended Complaint by no later than December 10, 2015, reserving all rights.

3.      This Stipulation may be executed in counterparts and electronic or facsimile signatures shall be deemed valid and original signatures.

Dated: October 30th, 2015


**HAGENS BERMAN SOBOL SHAPIRO LLP**

By: _Jennifer F. Connolly_

      Jennifer Fountain Connolly (D.C. Bar No. 1019148)
      1701 Pennsylvania Avenue, N.W., Suite 300
      Washington, D.C. 20006
      Tel.: (202) 248-5403
      Fax: (202) 580-6559
      jenniferc@hbsslaw.com

      Steve W. Berman (*pro hac vice*)
      Anthony D. Shapiro (*pro hac vice*)
      1918 Eighth Avenue, Suite 3300
      Seattle, WA 98101
      Tel.: (206) 623-7292
      Fax: (206) 623-0594
      steve@hbsslaw.com
      tony@hbsslaw.com


**MEHRI & SKALET, PLLC**
Craig L. Briskin (D.C. Bar No. 980841)
1250 Connecticut Avenue N.W., Suite 300
Washington, DC 20036
Tel.: (202) 822-5100
Fax: (202) 822-4997
cbriskin@findjustice.com


*Counsel for Plaintiffs*

**ARNOLD & PORTER LLP**

By: _____
Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
555 Twelfth Street, N.W.
Washington, DC 20004
Tel.: (202) 942-5000
Fax: (202) 942-5999
Mark.Merley@aporter.com
Matthew.Eisenstein@aporter.com

*Counsel for Defendants Visa Inc., Visa U.SA. Inc., Visa International Services Association, and Plus System, Inc.*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: _Kenneth Gallo /ZAO_

Kenneth A. Gallo (D.C. Bar No. 371253)
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants MasterCard Incorporated and MasterCard International Incorporated*

MORRISON & FOERSTER LLP

By: _____

Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
1290 Avenue of the Americas
New York, NY 10104-0050
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, NA., NB Holdings Corporation, and Bank of America Corporation*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: _Peter E. Greene_

Peter E. Greene (D.C. Bar No. 305607)
4 Times Square
New York, NY 10036
Tel.: (212) 735-3620
Fax: (917) 777-3620
peter.greene@skadden.com

*Counsel for Defendants Chase Bank USA, N.A., JPMorgan Chase & Co., and JPMorgan Chase Bank, N.A.*

**PATTERSON BELKNAP WEBB & TYLER LLP**

By: _____

     William F. Cavanaugh, Jr. (*pro hac vice*)
     Daniel S. Ruzumna (D.C. Bar No. 450040)
     1133 Avenue of the Americas
     New York, NY 10036
     Tel.: (212) 336-2000
     Fax: (212) 336-2222
     wfcavanaugh@pbwt.com
     druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

So ordered:

_____

Hon. Richard J. Leon

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 30, 2015, I caused the foregoing Stipulation and Proposed Order to be filed using the Court's CM/ECF system, which will send e-mail notification of such filing to all counsel of record.

_____/s/ Kenneth A. Gallo_____
Kenneth A. Gallo
