UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, BARBARA INGLIS, and SAM OSBORN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC.; VISA U.S.A. INC.; VISA INTERNATIONAL SERVICE ASSOCIATION; and PLUS SYSTEM, INC.; MASTERCARD INCORPORATED and MASTERCARD INTERNATIONAL INCORPORATED d/b/a Mastercard Worldwide; BANK OF AMERICA, NATIONAL ASSOCIATION; NB HOLDINGS CORPORATION; BANK OF AMERICA CORPORATION; CHASE BANK USA, N.A. and JPMORGAN CHASE & CO.; JPMORGAN CHASE BANK, N.A.; WELLS FARGO & COMPANY and WELLS FARGO BANK, N.A.,<br><br>Defendants. | C.A. No.:  11-cv-1831<br>Assigned to:   Richard J. Leon<br><br><br><br>**DECLARATION OF STEVE W. BERMAN IN SUPPORT OF UNOPPOSED MOTION FOR THE APPOINTMENT OF HAGENS BERMAN, QUINN EMANUEL AND MEHRI & SKALET AS CO-LEAD INTERIM CLASS COUNSEL FOR THE DIRECT PURCHASER CONSUMER CLASS PURSUANT TO FED. R. CIV. P. 23(G)** |

I, Steve W. Berman, declare under penalty of perjury under the laws of the United States as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of Washington, and my *pro hac vice* application was approved by this Court. I am the Managing partner of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman"). I submit this Declaration in Support of the Unopposed Motion to Appoint Hagens Berman, Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel"), and Mehri & Skalet, PLLC ("Mehri & Skalet") as Co-Lead Interim Class Counsel for the Direct Purchaser Consumer Class Pursuant to Fed. R.

Civ. P. 23(g). I have full knowledge of the matters stated herein and could and would testify thereto.

2. Attached as Exhibit A is a true and correct copy of Hagens Berman's firm resume.

3. Attached as Exhibit B is a true and correct copy of an August 2, 2012 *Wall Street Journal* article naming Quinn Emanuel a "global force in business litigation."

4. Attached as Exhibit C is a true and correct copy of an April 26, 2012 article from *The American Lawyer* referring to Quinn Emanuel as a "litigation powerhouse."

5. Attached as Exhibit D is a true and correct copy of a January 12, 2012 article from *Law360* naming Quinn Emanuel "Competition Group of the Year."

6. Attached as Exhibit E is a true and correct copy of a December 20, 2015 article from *Law360* naming Quinn Emanuel as having one of the top Class Action Practice Groups of the year.

7. Attached as Exhibit F is a true and correct copy of an April 23, 2015 article from *The Recorder* naming Quinn Emanuel as "Litigation Department of the Year, Antitrust."

8. Attached as Exhibit G is a true and correct copy of a 2015 article from *The National Law Journal* recognizing Stephen R. Neuwirth as an "Antitrust Trailblazer."

9. Attached as Exhibit H is a true and correct copy of an October 23, 2014 *Law360* article naming Stephen R. Neuwirth as a "Titan of the Plaintiffs Bar."

10. Attached as Exhibit I is a true and correct copy of an excerpt from a 2014 publication by *Chambers USA*.

11. Attached as Exhibit J is a true and correct copy of an excerpt from a 2008 publication by *Chambers USA*.

12. Attached as Exhibit K is a true and correct copy of Stephen R. Neuwirth's resume.

13. Attached as Exhibit L is a true and correct copy of Quinn Emanuel's firm resume.

14. Attached as Exhibit M is a true and correct copy of Mehri & Skalet's firm resume.

Executed this 2nd day of March, 2016, in Seattle, Washington.

                                                          */s/ Steve W. Berman*
                                                          STEVE W. BERMAN