# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>VISA INC., et al.,<br><br>      Defendants. | No. 1:11-cv-01803 (RJL)<br><br>Electronically Filed |
| ANDREW MACKMIN, et al.,<br><br>      Plaintiff,<br><br>      v.<br><br>VISA INC., et al.,<br><br>      Defendants. | No. 1:11-cv-01831 (RJL)<br><br>Electronically Filed |
| MARY STOUMBOS,<br><br>      Plaintiffs,<br><br>      v.<br><br>VISA INC., et al.,<br><br>      Defendants. | No. 1:11-cv-01882 (RJL)<br><br>Electronically Filed |

**UNOPPOSED MOTION OF MASTERCARD DEFENDANTS TO RESCHEDULE
STATUS CONFERENCE**

Defendants Mastercard Incorporated and Mastercard International

Incorporated ("Mastercard"), pursuant to Fed. R. Civ. P. 16, hereby move for an order re-

scheduling the status conference in the above actions from January 12, 2017 to the afternoon of January 19, 2017 if it is convenient for the Court.

### POINTS AND AUTHORITIES IN SUPPORT OF MOTION

On December 27, 2016, the Court scheduled a status conference in the above actions for January 12, 2017 at 3:00 p.m. Lead counsel for Mastercard, Kenneth Gallo, would like to attend the status conference but has a previous court hearing scheduled that day in an action pending in St. Louis. Accordingly, Mastercard is hereby applying for an order rescheduling the January 12 status conference so that Mr. Gallo can participate.

Mastercard has coordinated with counsel for the other defendants on a potential date for a rescheduled conference, and the defendants all would be free on Thursday, January 19, 2017. Should that day be convenient for the Court, Mastercard respectfully requests that the status conference be rescheduled for that afternoon. Rescheduling would enable all counsel to participate and thereby promote the orderly conduct of the case.

### STATEMENT PURSUANT TO L. CIV. R. 7(m)

Counsel for Mastercard has conferred with counsel for all of the plaintiffs in the above actions to ascertain whether they would have any objection to moving the conference. Plaintiffs' counsel have represented that they have no objection to rescheduling the conference for January 19, so long as it could be scheduled during the afternoon.

Dated:  December 29, 2016

Respectfully submitted,

/s/ Kenneth A. Gallo
Kenneth A. Gallo
D.C. Bar No. 371253
PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel.: (202) 223-7300
Fax:  (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Attorneys for Defendants MasterCard Incorporated and MasterCard International Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2016 a true and correct copy of the foregoing UNOPPOSED MOTION OF MASTERCARD DEFENDANTS TO RESCHEDULE STATUS CONFERENCE was filed through the Court's CM/ECF system.

/s/ Kenneth A. Gallo
KENNETH A. GALLO