## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:11-Cv-1831-RJL <br> Assign Date: 8/4/2015 <br> Description: Antitrust – Class Action |

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Eric B. LaPre of Patterson Belknap Webb & Tyler LLP as attorney for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A in the above-captioned action. Patterson Belknap Webb & Tyler LLP will continue to represent Wells Fargo & Company and Wells Fargo Bank, N.A in this action.

Dated:  May 20, 2019

By: */s/ Eric B. LaPre*
  Eric B. LaPre
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
elapre@pbwt.com


By: */s/ Van Beck*
  Van Beck
Wells Fargo & Company and Wells Fargo Bank, N.A.