UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 11 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

ANDREW MACKMIN, *et al.*,

*Plaintiffs*,

*v.*

VISA INC., *et al.*,

*Defendants.*

Civil Action No. 1:11-Cv-1831-RJL
Assign Date: 8/4/2015
Description: Antitrust – Class Action

PETER BURKE, *et al.*,

*Plaintiff*,

*v.*

VISA INC., *et al.*,

*Defendants.*

Civil Action No. 1:11-Cv-1882-RJL
Assign Date: 8/4/2015
Description: Antitrust – Class Action

**STIPULATION AND ORDER REGARDING**
**MOTION FOR CLASS CERTIFICATION BRIEFING PAGE LIMITS**

WHEREAS, the two, above-captioned Plaintiff groups' deadline to move for class certification is September 20, 2019;

WHEREAS, as Plaintiffs prepared for those motions, they concluded it was necessary to expand the page limits for briefing in order to fully present their case;

WHEREAS, Plaintiffs met and conferred with Defendants regarding an expanded number of pages for class certification briefing and the parties negotiated a compromise number of pages for opening, opposition, and reply briefs;

IT IS HEREBY STIPULATED AND AGREED, by and through the parties' counsel, that the following page limits should apply to the briefing on Plaintiffs' upcoming motions for class certification:

1. Each Plaintiff group shall have up to **55 pages** for their opening brief.

2. Defendants shall collectively have up to **55 pages** for their opposition to each Plaintiff group's brief.

3. Each Plaintiff group shall have up to **35 pages** for their reply brief.

4. All other Local Rules of this Court regarding the requirements for motions and briefs shall continue to apply.

Dated: September 3, 2019

By: /s/ Steve W. Berman

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: September 3, 2019

By: */s/ Michael G. McLellan*

Douglas G. Thompson (D.C. Bar # 172387)
dthompson@finkelsteinthompson.com
Michael G. McLellan (D.C. Bar # 489217)
mmclellan@finkelsteinthompson.com
FINKELSTEIN THOMPSON LLP
3201 New Mexico Avenue NW, Suite 395
Washington, D.C. 20016
Telephone: 202-337-8000
Facsimile: 202-337-8090

Christopher Lovell
clovell@lshllp.com
Gary S. Jacobson
gsjacobson@lshllp.com
Merrick Scott Rayle
mrayle@lshllp.com
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4677

*Interim Class Counsel for the Independent ATM Consumers*

Dated: September 3, 2019

By: */s/ Mark R. Merley*

Mark R. Merley (D.C. Bar No. 375866)
Matthew A. Eisenstein (D.C. Bar No. 476577)
Rosemary Szanyi (D.C. Bar No. 997859)
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Tel.: (202) 942-5000
Fax: (202) 942-5999
mark.merley@arnoldporter.com
matt.eisenstein@arnoldporter.com
rosemary.szanyi@arnoldporter.com

*Counsel for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

Dated: September 3, 2019

By: /s/ Kenneth A. Gallo

Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Mitchell D. Webber (D.C. Bar No. 1024005)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

Dated: September 3, 2019

By: /s/ Michael B. Miller

Michael B. Miller (D.C. Bar No. NY0140)
Mark P. Ladner (*pro hac vice*)
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019-9601
Tel.: (212) 468-8000
Fax: (212) 468-7900
mladner@mofo.com
mbmiller@mofo.com

*Counsel for Defendants Bank of America, National Association; NB Holdings Corporation; and Bank of America Corporation*

Dated: September 3, 2019

By: /s/ Boris Bershteyn

Boris Bershteyn (*pro hac vice*)
Harry P. Koulos (Bar No. NY0235)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 Times Square
New York, NY 10036
Tel.: (212) 735-3000
Fax: (212) 735-2000
boris.bershteyn@skadden.com
harry.koulos@skadden.com

*Counsel for Defendants Chase Bank USA, N.A.; JPMorgan Chase & Co.; and JPMorgan Chase Bank, N.A.*

Dated: September 3, 2019

By: /s/ William F. Cavanaugh, Jr.

William F. Cavanaugh, Jr. (*pro hac vice*)
Daniel S. Ruzumna (D.C. Bar No. 450040)
PATTERSON BELKNAP WEBB & TYLER LLP
1133 Avenue of the Americas
New York, NY 10036
Tel.: (212) 336-2000
Fax: (212) 336-2222
wfcavanaugh@pwbt.com
druzumna@pbwt.com

*Counsel for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

**IT IS HEREBY ORDERED THAT:**

1. Each Plaintiff group shall have up to **55 pages** for their opening brief.

2. Defendants shall collectively have up to **55 pages** for their opposition to each Plaintiff group's brief.

3. Each Plaintiff group shall have up to **35 pages** for their reply brief.

4. All other Local Rules of this Court regarding the requirements for motions and briefs shall continue to apply.

Dated: Sept 9, 2019

Hon. Richard J. Leon
United States District Judge