**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>　　　　　*Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date:  8/4/2015<br>Description:  Antitrust – Class Action |

**MACKMIN CONSUMER PLAINTIFFS' NOTICE OF ERRATA**

PLEASE TAKE NOTICE that on December 26, 2019, the Mackmin Consumer Plaintiffs are filing Errata to (a) the Expert Report of Dennis W. Carlton, dated September 19, 2019 (Dkt. No. 177-113), and (b) the Mackmin Consumer Plaintiffs' Notice of Motion and Motion for Class Certification and Appointment of Class Counsel (Dkt. No. 180).

Dated:  December 26, 2019

By:　　/s/ Steve W. Berman　　　　　
　　Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

-2-

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steven A. Skalet (D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
sskalet@findjustice.com

*Interim Co-Lead Counsel for Mackmin Consumer Plaintiffs*

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that, on December 26, 2019, I caused the foregoing document to be electronically filed with the Clerk of Court using CM/ECF, which will automatically transmit Notice of Electronic Filing to all attorneys of record.

                                        /s/ Steve W. Berman
                                        Steve W. Berman