## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANDREW MACKMIN, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>Defendants. | Case No. 1:11-cv-01831-RJL |

### SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendants Bank of America Corporation; Bank of America, National Association; and NB Holdings Corporation ("Bank of America Defendants"), through their counsel of record, hereby make the following statements pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      This Supplemental Corporate Disclosure Statement supplements the Rule 7.1 Corporate Disclosure Statement filed by the Bank of America Defendants on January 26, 2012 (ECF No. 33) and the Supplemental Rule 7.1 Corporate Disclosure Statement filed by the Bank of America Defendants on May 15, 2020 (ECF No. 211).

2.      Bank of America, N.A., is a direct, wholly owned subsidiary of BAC North America Holding Company ("BACNAH").

3.      BACNAH is a direct, wholly owned subsidiary of NB Holdings Corporation ("NB Holdings).

4.      NB Holdings Corporation ("NB Holdings) is a direct, wholly owned subsidiary of Bank of America Corporation.

ny-1718609

5.      Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation.

7.      Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

Dated:     May 15, 2020          MORRISON & FOERSTER LLP
           New York, NY

                                 /s/ Jessica Kaufman_____
                                    Jessica Kaufman (admitted *pro hac vice*)
                                    250 West 55th Street
                                    New York, NY 10019
                                    Telephone:  (212) 468-8000
                                    Facsimile:   (212) 468-7900
                                    E-Mail:    jkaufman@mofo.com

                                 *Counsel for Defendants Bank of America,*
                                 *National Association; Bank of America*
                                 *Corporation; and NB Holdings Corporation*

ny-1718609