# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:11-Cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| ANDREW MACKMIN, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:11-Cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE,<br><br>   *Plaintiff*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>   *Defendants*. | Civil Action No. 1:11-Cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

## JOINT STATUS REPORT

On April 28, 2020 the Court ordered that "Plaintiffs and Defendants shall update the Court via a status report regarding their views on when and how to reinstate a revised class certification schedule, or, alternatively, whether to continue to review the news and provide the Court with another status report on May 19, 2020. The Joint Stipulation and Order temporarily adjourning all class certification deadlines entered March 20, 2020, shall remain in effect." The parties have met and conferred in accordance with that Order and provide the following status report.

The parties agree that defendants will provide dates for their two expert witnesses to sit for in-person oral depositions between July 13 and August 7, providing a minimum of seven days between each witness, and the parties will meet and confer in good faith to finalize agreeable dates, including so that the witnesses are deposed in the order requested by the noticing parties. The parties further agree that plaintiffs shall file their class certification reply briefs no later than 30 days after completion of the latter of the two depositions, except that if this date falls on a weekend or a court holiday, the reply briefs will be due on the next business day.

Although defendants have agreed to provide dates for these depositions, they also have made clear that their witnesses will not travel or sit for in-person depositions if doing so would be inconsistent with public health or governmental guidelines relating to the coronavirus pandemic. That is the situation as of the date of this status report.

Accordingly, the parties also agree that defendants may notify plaintiffs two weeks in advance of the scheduled depositions if defendants believe either of the in-person depositions cannot proceed as scheduled, at which point the parties will promptly meet and confer in an effort to reach agreement on next steps, and promptly report to the Court following that discussion.

Dated: May 19, 2020

By:   */s/ Jonathan L. Rubin*
Jonathan L. Rubin (D.C. Bar No. 353391)
MOGINRUBIN LLP
1615 M Street, NW, Third Floor
Washington, D.C. 20036
Tel: (202) 630-0616
Fax: (877) 247-8586
jrubin@moginrubin.com

Daniel J. Mogin (*pro hac vice*)
Jennifer M. Oliver (*pro hac vice*)
MOGINRUBIN LLP
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610
dmogin@moginrubin.com
joliver@moginrubin.com

*Counsel for Plaintiffs the National ATM Council, Inc.; ATMs of the South, Inc.; Business Resource Group, Inc.; Just ATMs USA, Inc.; Wash Water Solutions, Inc.; ATM Bankcard Services, Inc.; Selman Telecommunications Investment Group, LLC; Scot Gardner d/b/a SJI; Turnkey ATM Solutions, LLC; and Trinity Holdings Ltd, Inc.*

Dated: May 19, 2020

By: */s/ Steve W. Berman*
   Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 2nd Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ben M. Harrington (*pro hac vice*)
Benjamin J. Siegel (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3034
benh@hbsslaw.com
bens@hbsslaw.com

Stephen R. Neuwirth (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
stephenneuwirth@quinnemanuel.com

Adam B. Wolfson (*pro hac vice*)
Viola Trebicka (*pro hac vice*)
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com
violatrebicka@quinnemanuel.com

Steve A. Skalet
(D.C. Bar No. 359804)
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Telephone: (202) 822-5100
Cbriskin@findjustice.com

*Interim Co-Lead Counsel for Direct Purchaser Consumer Plaintiffs*

Dated: May 19, 2020				By:     */s/ Douglas G. Thompson*
						 Douglas G. Thompson (D.C. Bar # 172387)
						dthompson@finkelsteinthompson.com
						FINKELSTEIN THOMPSON LLP
						3201 New Mexico Avenue NW, Suite 395
						Washington, D.C. 20016
						Telephone: 202-337-8000
						Facsimile: 202-337-8090

						Christopher Lovell
						clovell@lshllp.com
						Gary S. Jacobson
						gsjacobson@lshllp.com
						Merrick Scott Rayle
						mrayle@lshllp.com
						LOVELL STEWART HALEBIAN
						JACOBSON LLP
						61 Broadway, Suite 501
						New York, NY 10006
						Telephone: (212) 608-1900
						Facsimile: (212) 719-4677

						*Interim Class Counsel for the Independent
						ATM Consumers*


Dated: May 19, 2020				By:     */s/ Mark R. Merley*
						Mark R. Merley (D.C. Bar No. 375866)
						Matthew A. Eisenstein (D.C. Bar No. 476577)
						Rosemary Szanyi (D.C. Bar No. 997859)
						ARNOLD & PORTER
						KAYE SCHOLER LLP
						601 Massachusetts Avenue, NW
						Washington, DC 20001-3743
						Tel.: (202) 942-5000
						Fax: (202) 942-5999
						mark.merley@arnoldporter.com
						matt.eisenstein@arnoldporter.com
						rosemary.szanyi@arnoldporter.com

						*Counsel for Defendants Visa Inc., Visa U.S.A.
						Inc., Visa International Service Association,
						and Plus System, Inc.*

<div style="display: flex;">

Dated: May 19, 2020

By:    */s/ Kenneth A. Gallo*
Kenneth A. Gallo (D.C. Bar No. 371253)
Justin Anderson (D.C. Bar No. 1030572)
Donna Ioffredo (D.C. Bar No. 974427)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
kgallo@paulweiss.com

Gary R. Carney (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel.: (212) 373-3000
Fax: (212) 757-3990
gcarney@paulweiss.com

*Counsel for Defendants Mastercard Incorporated and Mastercard International Incorporated*

</div>