# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al*., <br><br> *Plaintiffs*, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | **Civil Action No. 1:11-cv-01803-RJL** |
| LYNNE BARTRON, *et al.,* <br><br> *Plaintiffs*, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | **Civil Action No. 1:11-cv-01831-RJL** |
| PETER BURKE, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | **Civil Action No. 1:11-cv-01882-RJL** |

## NOTICE OF INTENT TO FILE
## MOTION FOR LEAVE TO FILE SUR-REPLY

Pursuant to the Court's August 27, 2020 order in the *Burke* action, Defendants in the above-captioned actions submit this notice of their intent to move for leave to file a sur-reply directed solely to new economic analyses presented by the *Mackmin* Plaintiffs' expert and by the *Burke* Plaintiffs' expert, as well as new factual evidence presented by the Operator Plaintiffs, in the reply papers that Plaintiffs filed on September 3, 2020 in support of their motions for class certification. Defendants propose a deadline of September 24, 2020 to file their motion for leave, which would include a proposed sur-reply memorandum and any accompanying materials.

Defendants have discussed these matters with Plaintiffs in each of the above-captioned actions. Defendants understand that:

- Plaintiffs in the *Burke* and *National ATM Council* actions reserve their right to oppose the Defendants' motion for leave.

- Plaintiffs in the *Mackmin* case oppose (i) this notice and the adequacy of its contents as to the *Mackmin* case, and (ii) any effort by Defendants to seek leave to sur-reply in an omnibus filing.

Date:   September 10, 2020                     Respectfully submitted,

                                                  /s/ Matthew A. Eisenstein
                                               Mark R. Merley (D.C. Bar No. 375866)
                                               Matthew A. Eisenstein (D.C. Bar No. 476577)
                                               Rosemary Szanyi (D.C. Bar No. 997859)
                                               ARNOLD & PORTER KAYE SCHOLER LLP
                                               601 Massachusetts Ave., NW
                                               Washington, DC 20001
                                               Tel. (202) 942-5000
                                               Fax. (202) 942-5999
                                               mark.merley@arnoldporter.com
                                               matthew.eisenstein@arnoldporter.com
                                               rosemary.szanyi@arnoldporter.com

                                               *Attorneys for Defendants Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc.*

                                               Kenneth A. Gallo (D.C. Bar No. 371253)
                                               Justin Anderson (D.C. Bar No. 1030572)
                                               PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
                                               2001 K Street, NW
                                               Washington, DC 20006-1047
                                               Tel. (202) 223-7300
                                               Fax. (202) 223-7420
                                               kgallo@paulweiss.com
                                               janderson@paulweiss.com

                                               *Attorneys for Defendants Mastercard Incorporated and Mastercard International Incorporated*

## CERTIFICATE OF SERVICE

  I hereby certify that, on September 10, 2020, I caused the foregoing Notice of Intent to File Motion for Leave to File Sur-Reply to be filed using the Court's CM/ECF system, which will send e-mail notification of that filing to counsel of record.

              /s/ Matthew A. Eisenstein
              Matthew A. Eisenstein