UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDREW MACKMIN, *et al.*,

Plaintiffs,

v.

VISA INC., *et al.*,

Defendants.

Case No. 1:11-cv-01831 (RJL)

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 26.1 of the Local Rules of the United States District Court for the District of Columbia, Defendants Chase Bank USA, N.A., JPMorgan Chase Bank, N.A. and JPMorgan Chase & Co., through their undersigned counsel, state as follows:

1.  Defendant Chase Bank USA, N.A. has merged into JPMorgan Chase Bank, N.A.

2.  Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

3.  Defendant JPMorgan Chase & Co. is a publicly held corporation.  JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.  However, The Vanguard Group, Inc., an investment adviser which is not a

publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

4. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 1, 2021              Respectfully submitted,

                          SKADDEN, ARPS, SLATE, MEAGHER
                          & FLOM LLP

                          By: /s/ Harry P. Koulos
                              Boris Bershteyn (*pro hac vice*)
                              Peter Julian *(pro hac vice)*
                              Harry P. Koulos (D.C. Bar No. NY0235)
                              Vincent Chiappini (*pro hac vice*)
                              One Manhattan West
                              New York, NY 10001-8602
                              Tel.: (212) 735-3000
                              Fax: (212) 735-2000
                              boris.bershteyn@skadden.com
                              peter.julian@skadden.com
                              harry.koulos@skadden.com
                              vinnie.chiappini@skadden.com

                              Gretchen Wolf (*pro hac vice*)
                              155 North Wacker Drive, Suite 2800
                              Chicago, IL 60606
                              Tel.: (312) 407-0956
                              Fax: (312) 827-9385
                              gretchen.wolf@skadden.com

                              *Counsel for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., and JPMorgan Chase & Co.*