IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN., *et al*., <br><br>　　　　　　　　　Plaintiffs, <br><br>　　v. <br><br>VISA INC., *et al*. <br><br>　　　　　　　　　Defendants. | CA No. 1:11-cv-01831 (RJL) |

NOTICE OF WITHDRAWAL

TO:　　THE CLERK OF COURT AND ALL COUNSEL OF RECORD

　　　　Please withdraw the appearance of Maren J. Messing of Patterson Belknap Webb & Tyler LLP, as attorney of record for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively "Wells Fargo"), as she is departing the firm at the end of this month. Attorneys from Patterson Belknap Webb & Tyler LLP will continue to represent Wells Fargo in this case.

Dated:　New York, New York
　　　　July 7, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PATTERSON BELKNAP WEBB & TYLER LLP

　　　　　　　　　　　　　　　　　　　　/s/ Daniel S. Ruzumna
　　　　　　　　　　　　　　　　　　　　Daniel S. Ruzumna (D.C. Bar No. 450040)
　　　　　　　　　　　　　　　　　　　　William F. Cavanaugh, Jr. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　1133 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10036
　　　　　　　　　　　　　　　　　　　　Tel.: (212) 336-2000
　　　　　　　　　　　　　　　　　　　　Fax: (212) 336-2222

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.*

12863165v.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2021, I caused a copy of the foregoing NOTICE OF WITHDRAWAL to be served upon all counsel of record by operation of the Court's electronic filing system.

/s/ *Daniel S. Ruzumna*
Daniel S. Ruzumna

12863165v.1