UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| NATIONAL ATM COUNCIL, INC. *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Case No. 11-1803 (RJL) |
| VISA INC. *et al.*, | ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| LYNNE BARTRON, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 11-1831 (RJL) |
| VISA INC. *et al.*, | ) ) ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| PETER BURKE, *et al.*, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Case No. 11-1882 (RJL) |
| VISA INC. *et al.*, | ) ) ) | |
| Defendants | ) | |

ORDER

(August 4, 2021) [Dkts. ## 114, 152, 177]

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

1

ORDERED that plaintiffs' Motions for Class Certification [Dkts. 114, 152, 177] are GRANTED.  SO ORDERED.

_____
RICHARD J. LEON
United States District Judge