## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| *Mackmin et al. v. Visa Inc. et al.*, | Case No. 1:11-cv-01831 (RJL) |
| | **DECLARATION OF LINDA V. YOUNG IN SUPPORT OF PLAINTIFFS' MOTION** |
| THIS DOCUMENT APPLIES TO: ALL PLAINTIFF CLASS ACTIONS | |

I, Linda V. Young, hereby declare as follows:

1.      I am the Vice President, Media, with A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"). A.B. Data has been selected by Plaintiffs as the Settlement Administrator in connection with the above-captioned action (the "Action"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto.

2.      At the request of Plaintiffs' Counsel, I have prepared a proposed notice plan for the Settlements (the "Notice Plan"), attached as Exhibit A. This Declaration describes the Notice Plan and how it will supply members of the Settlement Class with the best practicable notice in the circumstances. This Declaration is based upon my personal knowledge and upon information provided to me by Plaintiffs' Counsel, my associates, and A.B. Data staff members.

3.      As the Vice President, Media, for A.B. Data, I provide a broad range of services, including market research and analysis, creative development, advertising, and marketing planning. I have developed and directed some of the largest and most complex national notification plans in the United States, placing millions of dollars' worth of media notices. The scope of my

work includes notification plans in consumer, antitrust, securities and other types of class action notice programs and settlements. My curriculum vitae is attached as Exhibit B.

4.     A.B. Data has also been appointed as notice, claims, and/or settlement administrator in hundreds of high-volume securities, antitrust, consumer, civil rights, insurance, ERISA, and wage and hour cases. A profile of A.B. Data's background and capabilities, including a representative case list, is included as Exhibit C.

## Notice Program Overview

5.     The objective of the Notice Plan is to provide the best practicable notice, under the circumstances, of the proposed Settlements to potential Settlement Class Members. The Settlement Class is defined as follows:

> All individuals and entities that paid an unreimbursed ATM Access Fee directly to any Bank Defendant or Bank Co-Conspirator for a Foreign ATM Transaction using an ATM card issued by a financial institution in the United States to withdraw cash at an ATM located in the United States at any time from October 1, 2007 to the date of the Preliminary Approval Order.

## Target Audience/Media Usage Analysis

6.     To develop the Notice Plan, the Class was profiled using the accredited resource, MRI-Simmons Spring 2021 Doublebase data.[1] MRI is used by advertising agencies and other marketing professionals to understand the demographics, interests, and activities of a targeted

---

[1]   MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.

group of people and aids in the proper selection of media to reach that target audience. It is also instrumental in developing the estimated net reach of a particular notice plan and uses the type of accepted methodology that the Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* advises be used in class action notice programs.

7.      MRI measures a category called "Adults Who Used an ATM/Cash Machine in the Last 12 Months," which was used to review the demographics and media habits. This research defines the target audience as having the following characteristics:

- Age 18 - 64;

- Have attended/graduated from college;

- Have a higher than average household income;

- They own their home;

- They live in large urban and suburban metropolitan areas; and

- Most are working full time.

8.      To identify the best vehicles to deliver the message to the target audience, A.B. Data reviewed the media-quintile profiles, which measure the degree to which an audience uses media relative to the general population. This analysis showed that "People Who Used an ATM/Cash Machine" spend their time-consuming media as follows:

- Internet – 4%-6% above average; and

- Magazines (print and digital) – 1% -3% above average.

9.      Based upon this information, A.B. Data will use a combination of direct email notice, digital media, social media, national print and earned media to effectively and efficiently reach the target audience and deliver notice to potential members of the Settlement Class to inform them of their rights and options and how to file a claim.

**Direct Notice**

10.     Settling Defendants have provided names and contact information that includes an email address for approximately 100 million potential Settlement Class Members. A.B. Data worked directly with Plaintiffs and Settling Defendants to ensure that all data provided by the Settling Defendants will be handled with the appropriate safeguards and protocols in place to protect the privacy of each potential Settlement Class Member. A.B. Data has shared its internal data security protocols and procedures with the parties, and we have affirmatively agreed to treat the data provided by Settling Defendants as high security data subject to multiple layers of encryption.

11.     The data provided by Settling Defendants has been electronically processed to consolidate duplicate records, and the unique potential Settlement Class Member names and contact information are being stored in our secure notice database for purposes of providing notice.

12.     In advance of initiating the email campaign, A.B. Data will perform several tasks to maximize deliverability and avoid SPAM and junk filters. These tasks include running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid and working with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data will also incorporate certain best practices to maximize deliverability, such as ensuring not including words or phrases known to trigger SPAM or junk filters, not including attachments to the email, and sending the emails in tranches over a period of weeks.

13.     The Email Notice, attached as Exhibit D, will include summary information concerning the Settlements, including that this is a class action; a description of the Class in plain and engaging language ("Used An ATM Card And Were Assessed A Surcharge? You Could Get

4

Money From $67 Million Class Action Settlements"); that the Class alleges price-fixing claims; that a Settlement Class Member may appear through an attorney; that Settlement Class Members can be excluded, or if they remain in the Settlement Class, may object to the terms of the Settlements; the deadlines for submitting a claim, requesting exclusion or for objecting; and the binding effect of a class judgment. A more detailed long-form notice will be available for download on the case-specific website (the "Website Notice"). Attached as Exhibit E is the proposed Website Notice.

## Digital Media

14.     To supplement direct notice efforts, targeted digital banner and newsfeed ads will be placed on websites and applications across multiple devices, including desktop, tablet, and mobile devices. Digital advertising allows the viewer to click on a banner or newsfeed advertisement and instantly be directed to the case website. The digital ads will be placed in premium positioning on websites and social media sites, ensuring that they can be easily seen when viewers first open website pages. We expect a minimum of 500 million impressions to be delivered across digital networks and social media, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process and the frequency needed to drive Settlement Class Members to the case website. The number of impressions ultimately served will depend on how many Settlement Class Members are successfully sent email notice and will be adjusted accordingly to provide sufficient reach.

15.     Guided by our in-house Comscore[2] data analysis, digital banner, text, and/or newsfeed ads will be placed via Google Display Networks and Google AdWords, and on the social

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.

media platforms Facebook, Instagram, Twitter, and YouTube. All banner and newsfeed ads will include an embedded and trackable link to the case-specific website. Links will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads based on traffic and conversions. Images appropriate for this Action and target audience will also be included in all digital ad formats, as this increases the visibility and click-through rate of the ads. Example ads are attached as Exhibit F.

16.     The digital impressions will be highly targeted, specifically delivered to the social media feeds of potential Settlement Class Members using their known contact information, and to digital users that have expressed an interest in information relevant to the subject of this case, such as ATM cards. A case-specific Facebook page will also be created as a landing page for the links in the Facebook and Instagram newsfeed ads.

17.     To deliver highly targeted ads likely to reach potential Settlement Class Members, several campaign optimization strategies will be utilized including:

- Mobile In-App – targeting users inside mobile applications that fit into our data pool.

- Mobile websites – targeting phones and tablets whose users are visiting websites that are contextually relevant.

- Contextual targeting – serving ads on websites with relevant content such as banking, credit unions or shopping websites.

- Behavioral targeting – targeting users whose owners have shown activity in the target data pools such as those interested in banking and shopping websites.

- Predictive Modeling – Using "look alike" modeling to target users whose owners have strong similarities to users who previously clicked through to the case websites.

18.     To reach the significant Hispanic audience that could be potential Settlement Class Members, banner ads will be served in Spanish on websites specifically serving the Hispanic community.

19.     Sponsored search listings will be acquired on Google, the most visited search engine. When identified target phrases and keywords relevant to the Action are used in searches on Google, links to the Settlement website will appear on the search result pages.

20.     The digital and social media ad campaign, including utilization of the digital networks and social media described above, will run for 60 days to ensure ample time to deliver the targeted impressions and drive potential members of the Settlement Class to the website.

21.     A.B. Data employs a fully staffed digital-buying team to manage all digital and social media programs in house for the greatest control and oversight. A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency.

## Print Media

22.     To reach the older age ranges of the Class, as well as those who are light users of digital and social media, the Email Notice, formatted as a 1/3-page ad, will be published one time in *People* magazine. *People* has a broad national readership with a weekly audience of more than 26 million readers.

## Earned Media

23.     A.B. Data will disseminate a news release via *PR Newswire*'s US1 Newsline distribution list to announce the Settlements. This news release will be distributed via *PR Newswire* to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release will also be translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites. News about the Settlements will also be sent via Twitter to the followers of *PR Newswire* and A.B. Data.

## Website and Telephone

24.     To assist potential Settlement Class Members in understanding the terms of the Settlements and their rights, A.B. Data will establish a case-specific toll-free telephone number and a case-specific website (www.ATMClassAction.com).

25.     A.B. Data will implement and maintain a toll-free telephone number with an automated interactive voice response system. The automated interactive voice response system will present callers with a series of choices to hear prerecorded information concerning the Settlements.

26.     A.B. Data will also implement and maintain a case-specific website for this matter. The Website Notice, which contains a detailed summary of the terms of the Settlements, will be posted prominently. The website will also provide, among other things, a summary of the case, functionality for Settlement Class Members to submit their claims online, all relevant documents, important dates, and any pertinent updates concerning the litigation or the settlement process. The website will be secure, with an "https" designation. Google Analytics and Facebook Pixel tracking codes will also be placed on the website to ensure accurate optimization with the digital and social media ads.

## Claims and Distribution

27.     Settlement Class Members must submit a timely, valid claim to receive monetary compensation. Settlement Class Members will be permitted to submit claims online through a secure website or by mail. Attached as Exhibit G is the proposed Claim Form. The Net Settlement Fund will be distributed to valid claimants pro rata based on the number of claims that are submitted. A detailed plan of distribution will be submitted by Plaintiffs to the Court, subject to approval by the Court.

28.     Settlement payments will be digitally sent to each eligible claimant using the email address provided on the submitted Claim Form. At the time of distribution, each eligible claimant will be provided with a number of digital options to instantaneously receive their payment such as a virtual debit card, PayPal, or redemption through other ecommerce platforms. Given the large size of this Settlement Class and the expected payment amounts, a digital distribution is recommended to reduce administrative costs and to provide convenience and efficiency for claimants (who will be able to receive their funds without having to deposit a check or visit a bank). Settlement Class Members can also request a traditional paper check payment by mail.

**Estimated Administrative Costs**

29.     A.B. Data was appointed Settlement Administrator in this case after a competitive process in which we were asked to submit more than one proposal.  Through that proposal process, A.B. Data agreed to discount its professional fees by 20% and made certain process suggestions to Plaintiffs, such as relying on digital notice and payment methods to maximize efficiencies and reduce costs. As a result of these efforts, A.B. Data estimates total administrative costs to provide notice, process claims, and to distribute funds to eligible claimants, as described above, to be in the range of $1 million to $1.15 million. These costs include out-of-pocket expenses such as media placements and postage, and our professional fees associated with processing potential Settlement Class Member data provided by Defendants, disseminating notice, processing claims and effectuating payment to eligible claimants. If the proposed Notice Plan were also to include mailed notice to prospective Settlement Class Members, the total estimated administrative costs would exceed $4 million.

## **Conclusion**

30.     It is my opinion, based on my individual expertise and experience and that of my A.B. Data colleagues, that the proposed notice program is designed to effectively reach potential Settlement Class Members, will deliver plain language notices that will capture potential Settlement Class Members' attention, and provide them with the information in an informative and easy to understand manner that is necessary to effectively understand their rights and options. Through a multi-media approach that includes direct notice, microtargeted notice on digital networks and social media, print media, and earned media, an estimated 80% of the target audience and thus potential Settlement Class Members will be reached, on average 3.4 times, as calculated by Comscore, MRI and A.B. Data media professionals. The Notice Plan provides a reach and frequency that conforms to The Federal Judicial Center's Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide, which considers reach among class members that exceeds 70% to be reasonable. For these reasons, in my opinion, the proposed Notice Plan satisfies the requirements of Rule 23 and due process, will provide ample notice to members of the Settlement Class, and is the best notice practicable in the circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October 2021 in Greenville, South Carolina.

Linda V. Young

# EXHIBIT A

**Exhibit A to the Declaration**



A.B. Data, Ltd.
Class Action Administration Company
600 A.B. Data Drive
Milwaukee, WI 53217

# Settlement Notice Plan

*Mackmin, et al. v. Visa Inc., et al.*

Case No. 1:11-cv-01831 (RJL)

United States District Court, District of Columbia

October 25, 2021

## CONTENTS

**Case Background and Class Definition**.................................................................**Page 3**

**Settlement Notice Plan Overview**…..................................................................**Page 5**

**Paid-Media Planning Methodology**.................................................................**Page 9**

**Target Audience** ............................................................................................**Page 11**

**Media-Usage Analysis**...................................................................................**Page 14**

**Digital-Media Analysis and Strategy**………................................................**Page 16**

**Print Media Analysis and Strategy**................................................................**Page 23**

**Earned-Media Strategy** …………….............................................................**Page 26**

**Notice Design Strategies** ..............................................................................**Page 28**

## APPENDICES

**APPENDIX 1:**     Audience Demographics

**APPENDIX 2:**     Media Quintiles

**APPENDIX 3:**     Digital Media Usage

**APPENDIX 4:**     Websites and Social Media Usage

**APPENDIX 5:**     Print Media Ranking



*Mackmin, et al. v. Visa., at al.*

# CASE BACKGROUND AND

# CLASS DEFINITION

*Mackmin, et al. v. Visa., at al.*

# CASE BACKGROUND AND CLASS DEFINITION

This Notice Plan is submitted by A.B. Data, Ltd. ("A.B. Data") in connection with *Mackmin, et al. v. Visa Inc., et al.*, a case before the United States District Court, District of Columbia. This document outlines the efforts that will be made to provide notice of the Settlements to potential Settlement Class Members.

Members of the Settlement Class are numerous such that joinder is impracticable.

Because direct notice to all Settlement Class Members in this case is impracticable, a paid-media Settlement Notice Plan targeting unidentified Settlement Class Members is necessary.

The Class, as proposed in these Settlements, includes the following persons and entities:

> All individuals and entities that paid an unreimbursed ATM Access Fee directly to any Bank Defendant or Bank Co-Conspirator for a Foreign ATM Transaction using an ATM card issued by a financial institution in the United States to withdraw cash at an ATM located in the United States at any time from October 1, 2007, to the date of the Preliminary Approval Order.

The Bank Defendants are defined as: JPMorgan; Bank of America, N.A.; NB Holdings Corp.; Bank of America Corp.; Wells Fargo & Co.; and Wells Fargo Bank, N.A.

Bank Co-Conspirators are defined as: every bank that is a member of the Visa and/or MasterCard networks.

Foreign ATM Transactions are defined as: an ATM transaction in which the Cardholder uses an ATM which is owned by an entity different from the entity that issued the ATM Card used for that ATM Transaction.

As stated in Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure, "individual notice to all members who can be identified through reasonable effort" is the best notice option. At this time, the number of customer records is unknown, and customer contact information will be provided from the banks.

Because the Settlement Class includes cardholders from banks other than the Bank Defendants, the Settlement Class contact data to be received from the Bank Defendants will not cover all Settlement Class Members and a paid-media Settlement Notice Plan is necessary to reach individuals and entities with information concerning the Settlements. This document outlines the components for providing notice to the proposed Settlement Class consistent with the requirements set forth in Rule 23.



# NOTICE PLAN OVERVIEW

# NOTICE PLAN OVERVIEW

## Plan Components

This document outlines the process for providing notice of the Settlements to potential Settlement Class Members in the case *Mackmin, et al. v. Visa Inc., et al.* This Plan is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure.

In evaluating the media options to be considered for this case, A.B. Data first reviewed the demographics of potential Settlement Class Members using the MRI-Simmons[1] audience and product research database. A.B. Data has identified adults age 18-64 as the primary buying target audience. A.B. Data recommends the following elements in the Settlement Notice Plan:

- Direct Notice;
- Digital media – display ads;
- Social media – newsfeed ads;
- Google AdWords – search;
- Print media – consumer magazine; and
- Earned media.

These paid media components, which will include online platforms, social media, print media, and earned media vehicles, are all specifically targeted for and will reach unidentified potential members of the Settlement Class. A dedicated informational case website and Facebook page will be developed to complement the Settlement Notice Plan and ensure Settlement Class Members easy access to updated information. Detailed information about each component of the Settlement Notice Plan and its coverage of the target audience in this case appears in the Media Notice section of this Plan.

The Plan will deliver an estimated minimum reach of 80% with an average frequency of 3.4 times.

The Settlement Notice Plan will be national in scope.

---

[1] MRI-Simmons (formerly known as GfK MRI) Survey of the American Consumer is the country's largest, most comprehensive, and most reliable consumer and media and product/service usage database. Data from MRI's Survey of the American Consumer, conducted continuously since 1979, are used in most media and marketing plans written in the United States. The firm's multidimensional database is the largest and most reliable source for integrated media planning. About 450 U.S. advertising agencies, including 90 of the top 100, subscribe to MRI Research, as does A.B. Data; more than 200 national marketers access the MRI database. MRI-Simmons offers the most detailed and representative picture of U.S. demographics and lifestyles, including information on usage of nearly 6,000 product and service brands across 550 categories, the magazines and newspapers audiences read, the websites they look at, the television programs they watch, and the radio stations they listen to. MRI has been accredited by the Media Ratings Council ("MRC") since 1988. MRC requires its members to disclose all the methodological aspects, meet MRC standards for rating research, and submit to MRC-designed audits.



*Mackmin, et al. v. Visa., at al.*

The specific components of the Plan include:

| Medium | Description |
|---|---|
| Direct Notice | • Email Notice to 100 million potential Settlement Class Members |
| Digital/Social Media<br>• 60-day campaign<br><br>Served across:<br>• Mobile<br>• Tablet<br>• Laptop<br>• Desktop | • Google Display Network<br>• Facebook<br>• Instagram<br>• YouTube<br>• Twitter<br>• Google AdWords/Search<br><br>▪ Behavioral, contextual, predictive modeling strategies<br>▪ Banner and Newsfeed ads<br>▪ Links and traffic tracked via Google Analytics and Facebook pixels<br>▪ Customer data used for targeting<br>▪ Banner ads in English/General Markets and Hispanic markets/websites (translated to Spanish) |
| Print Media | • *People* magazine - one insertion |
| Earned Media | *PR Newswire*<br>• US1 National Newsline<br>• US Hispanic Newsline<br>Tweeted via *PR Newswire* and A.B. Data Twitter accounts |

# Delivery and Due Process

The Settlement Notice Plan, summarized in the chart above, will reach an estimated 80.0% of the target audience and thus potential Settlement Class Members, as calculated by MRI-Simmons, Comscore,[2] and A.B. Data media professionals.

The Notice efforts described herein reflect a strategic, microtargeted, and state-of-the-art method to deploy Notice to Settlement Class Members. The Settlement Notice Plan provides a reach and frequency similar to those that Courts have approved and are recommended by The Federal Judicial Center's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which considers reach among class members that exceeds 70% to be reasonable. The Settlement Notice Plan exceeds this threshold.

The Settlement Notice Plan described in this document is consistent with notice plans that A.B. Data has developed and have been approved by courts and implemented for other similar consumer antitrust cases regarding the methods and tools for developing such plans.

---

[2] Comscore is a global internet information provider on which leading companies and advertising agencies rely for consumer behavior insight and internet data usage. Comscore maintains a proprietary database of more than 2 million consumers who have given Comscore permission to monitor their browsing and transaction behavior, including online and offline purchasing.



*Mackmin, et al. v. Visa., at al.*

# PAID-MEDIA PLANNING METHODOLOGY

*Mackmin, et al. v. Visa., at al.*

# PAID-MEDIA PLANNING METHODOLOGY

A.B. Data's Settlement Notice Plan has been developed to reach Settlement Class Members effectively and efficiently and seeks to do the following:

1. Identify the demographics of Settlement Class Members through the use of syndicated and/or peer-reviewed, accredited research to establish a primary target audience;

2. Outline the methodology for selecting the media vehicles recommended and their relationship to product/service purchase and usage by the target audience; and

3. Provide results that quantify for the Court the adequacy of notice based upon recognized tools of media measurement.

The first steps to developing the paid notice plan involved determining the demographics of potential Settlement Class Members and defining the target audience. A.B. Data then analyzed media quintile usage data and the ability of each advertising medium to provide cost-efficient coverage of the target audience to develop the direction of the notice plan, *i.e.*, whether notification is best done through print, online, broadcast, and/or some other methodology.

In the development of this Settlement Notice Plan, A.B. Data used reach and frequency as the standards upon which to measure its efficacy. Reach and frequency are the two primary measurements used to quantify the delivery of a proposed notice plan to a defined target audience. Below are the definitions of these terms as they relate to paid media.

- *Reach* – expressed as a percentage, a measurement of a target audience that was exposed at least one time to a specific media message or combination of media messages, whether via print, broadcast, online, outdoor, etc., media, within a given time period.

- *Frequency* – the estimated average number of opportunities a member of the target audience sees the Notice during the campaign.

These analytical tools, provided by Comscore and MRI, have been used to determine the publications/websites selected and the number of insertions/impressions to be purchased. MRI is the leading supplier of multimedia audience research in the United States. As a nationally accredited research firm, it presents a single-source measurement of major media, products, services, and consumer demographic, lifestyle, and psychographic characteristics.

Comscore is a global internet information provider on which leading consumer companies and advertising agencies rely for consumer behavioral insight and internet data usage.



*Mackmin, et al. v. Visa., at al.*

# TARGET AUDIENCE

*Mackmin, et al. v. Visa., at al.*

# TARGET AUDIENCE

To define the Settlement Class and develop the primary target audience for this case, we examined accredited marketing data from MRI for Adults Who Used an ATM/Cash Machine in the Last 12 Months. See Appendix 1 for the complete results of the syndicated data from MRI regarding this demographic group.

Below is a summary of some of the key statistics of people in this category:

| Demographics | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| **Gender** | |
| Men | 49.3% |
| Women | 50.7% |
| **Age** | |
| Age 18-34 | 29.9% |
| Age 25-54 | 54.4% |
| Age 35-54 | 35.6% |
| Age 65+ | 17.8% |
| **Education** | |
| Graduated High School Only | 26.2% |
| Attended/Graduated College | 50.5% |
| **Household Income** | |
| Under $20,000 | 7.2% |
| $20,000 - $40,000 | 12.5% |
| $40,000 - $60,000 | 13.6% |
| $60,000 - $75,000 | 9.1% |
| $75,000+ | 56.8% |
| $100,000+ | 41.9% |
| **Employment Status** | |
| Working Full Time | 52.3% |
| Working Part Time | 12.7% |
| Not Employed/Retired | 35.0% |
| **Marital Status/Home Ownership** | |
| Now Married | 54.8% |
| Widowed/Divorced | 16.6% |
| Never Married | 28.6% |
| Home Owned | 70.2% |
| **Hispanic Status** | |
| Spanish, Hispanic, or Latino Descent | 16.4% |
| Spanish Spoken in Home Most Often | 17.1% |
| Only Spanish Spoken in Home | 4.1% |

*Mackmin, et al. v. Visa., at al.*

| Demographics | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| **County Size[3]** | |
| A County | 44.4% |
| B County | 29.5% |
| C County | 14.1% |
| D County | 11.9% |
| **Race \*** | |
| White | 76.5% |
| Black/African-American | 12.3% |
| Asian | 4.0% |
| Other Race/Multiple Classifications | 14.3% |

\*May add up to more than 100%, as people could select as many classifications as applied.

Based on the Spring 2021 MRI Doublebase data, Adults Who Used an ATM/Cash Machine in the Last 12 Months generally have the following characteristics:

- Age 18-64;

- Attended or graduated from college;

- Most working full time;

- Have above average household income;

- Own their home; and

- Live in larger metropolitan areas.

---

[3] A Counties, as defined by A.C. Nielsen Company ("Nielsen"), are all counties belonging to the 25 largest metropolitan areas. These metro areas correspond to the Metropolitan Statistical Areas and include the largest cities and consolidated areas in the U.S. B Counties, as defined by Nielsen, are all counties not included under category A that either have a population greater than 150,000 or are in a metro area with a population greater than 150,000 according to the latest census. C counties, as defined by Nielsen, are all counties not included under categories A or B that either have a population greater than 40,000 or are in a metro area with a population greater than 40,000 according to the latest census. D Counties are, essentially, rural counties.



*Mackmin, et al. v. Visa., at al.*

# MEDIA-USAGE ANALYSIS

# MEDIA-USAGE ANALYSIS

Everybody is exposed to and consumes media differently, sometimes with daily changes. However, we all develop patterns to our media consumption. And those patterns become our individual media habits. MRI divides those habits into five categories of media usage, from heavy consumption of media to light users of a media type. These five categories are defined by Quintiles ranked from 1 to 5, with Quintile 1 representing the heaviest user of a media vehicle and Quintile 5 representing a light user.

The media usage of the target audience in each Quintile is expressed as an index. An index of 100 is an average usage of a particular medium. Therefore, an index above 100 indicates a heavier usage of the medium than that of the average adult, and an index below 100 indicates a lighter usage of the medium than that of the average adult.

Media vehicles in the Quintile analysis summarized below include magazines, newspapers and newspaper supplements, radio, television, and the Internet.

| Media Indices | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| **Magazines** | |
| Quintile 1 | 100 |
| Quintile 2 | 103 |
| **Newspapers and Supplements** | |
| Quintile 1 | 99 |
| Quintile 2 | 99 |
| **Radio** | |
| Quintile 1 | 100 |
| Quintile 2 | 103 |
| **Television** | |
| Quintile 1 | 92 |
| Quintile 2 | 100 |
| **Digital/Internet** | |
| Quintile 1 | 104 |
| Quintile 2 | 106 |

Appendix 2 includes the entire media Quintile analysis for "Adults Who Used an ATM/Cash Machine in the Last 12 Months."

Based upon the demographic analysis and the media Quintile results, targeted digital media and print advertising will be reviewed and included in the Settlement Notice Plan.



*Mackmin, et al. v. Visa., at al.*

# DIGITAL-MEDIA ANALYSIS

# AND STRATEGY

*Mackmin, et al. v. Visa., at al.*

# DIGITAL-MEDIA ANALYSIS AND STRATEGY

MRI provides data on internet usage by asking survey respondents about their online usage during the 30 days prior. According to the Spring 2021 MRI Doublebase Survey, 93% of "Adults Who Used an ATM/Cash Machine in the Last 12 Months" used the Internet during the last 30 days. Below is an overview of Internet usage. For a complete list of Internet usage activities, please refer to Appendix 3.

| Internet Usage | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| Looked at/used Internet in the last 30 days | 92.6% |
| Have Internet access at home | 96.3% |
| **Devices to Use the Internet** | |
| Desktop computer | 44.5% |
| Laptop or Netbook | 59.5% |
| iPad or tablet | 37.9% |
| Smartphone | 87.5% |
| Video Game Console | 10.9% |
| Television | 28.2% |
| **Online Activities** | |
| Obtained financial information | 36.4% |
| Paid bills online | 66.2% |
| Used email | 85.1% |
| Used Instant Messenger | 81.0% |
| Made a purchase for personal use in past 30 days | 72.8% |
| Played games in past 30 days | 37.1% |
| Obtained the latest news/current events in past 30 days | 56.6% |
| Obtained sports news in past 30 days | 31.1% |
| Obtained medical information in past 30 days | 34.6% |
| Looked for recipes online in past 30 days | 53.5% |
| Watched a TV program online | 23.8% |

*Mackmin, et al. v. Visa., at al.*

| Internet Usage | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| Looked up movie listings | 14.8% |
| Shared photos through Internet website | 32.7% |

Because the Internet is such an integral part of the lives of the target audience, online media will drive the proposed Settlement Notice Plan to reach potential Settlement Class Members.

A.B. Data will use a variety of top websites and social media applications, enabling maximum exposure opportunities to reach the target audience. Additionally, websites and apps with audiences that include large percentages of the specific target audience will be selected. Delivery of Internet impressions to specific sites and categories, such as finances and shopping, will be part of the negotiations.

Following is a summary of the search engines and websites used most frequently by "Adults Who Used an ATM/Cash Machine in the Last 12 Months." A complete list of search engines, websites, and digital streaming services  reviewed by MRI is included in Appendix 4.

| Search Engines/Websites/Social Media Visited | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| **Search Engines Used** | |
| Google | 88.3% |
| Yahoo!/Bing | 28.1% |
| **Websites Visited** | |
| WebMD | 28.1% |
| Wikipedia | 27.5% |
| Zillow | 20.3% |
| CNN | 19.8% |
| FOX News | 16.7% |
| New York Times | 19.7% |
| Amazon | 73.9% |
| eBay | 22.1% |
| ESPN | 17.9% |
| Weather | 42.8% |

*Mackmin, et al. v. Visa., at al.*

| Search Engines/Websites/Social Media Visited | Adults Who Used an ATM/Cash Machine in the Last 12 Months |
|---|---|
| **Social Media Visited** | |
| Facebook | 67.9% |
| YouTube | 57.2% |
| Instagram | 39.9% |
| Pinterest | 21.9% |
| Snapchat | 22.4% |
| LinkedIn | 16.3% |
| Twitter | 18.5% |
| **Streaming Services Used in Past 7 Days** | |
| Hulu | 26.8% |
| Netflix | 63.9% |
| Prime Video | 35.5% |
| YouTube TV | 46.6% |

## Digital-Media Strategy

Based on the above data, A.B. Data will place banner and social media ads on a variety of websites and mobile applications, enabling maximum exposure and delivering the reach required to satisfy Rule 23 and due process, and delivering the reach and frequency needed to drive Settlement Class Members to the case website and Facebook page.

Based on our in-house Comscore data analysis, a mix of Internet banner and newsfeed ads will run on the Google Display Network via their thousands of websites, as well as Facebook, Instagram, Twitter, and YouTube social media, and Google AdWords (Search).

The number of impressions served will be adjusted depending on the number of Settlement Class Members successfully sent email notice.

The digital media campaign will be implemented over a 60-day desktop and mobile plan utilizing standard IAB (Interactive Advertising Bureau) banner sizes (300 x 250, 728 x 90, 300 x 600, 320 x 50, 300 x 50). All banner and newsfeed ads will include embedded and trackable links to the case-specific website. Links will be tracked using Google Analytics and Facebook Pixel tracking codes, providing a way to optimize ads based on traffic and conversions.

Ads will be placed in premium positioning on websites, ensuring they can be viewed without scrolling and easily seen when visitors first open the page.



*Mackmin, et al. v. Visa., at al.*

To reach the significant Hispanic audience that could be potential Settlement Class Members banner ads will be served with Spanish-language copy on websites specifically serving the Hispanic community.

The following websites/networks and social media will be utilized in this campaign:



- Google Display Network is used frequently for viewing websites, maps, email, and other applications.

- Google allows for the purchase of relevant content where we want the banner ads to appear.

- A mix of display banner ad sizes will be utilized.



- Very popular app among people in this demographic target with over 57% accessing YouTube within the past 30 days.

- We can implement affinity targeting based on users' interests and habits, *i.e.*, those with shopping interests or those who are interested in financial services.

- We can implement dynamic prospecting and have our ads served to new users who are searching for videos, financial services, or shopping activities.



- A case Facebook page will be developed so newsfeed ads can drive potential Settlement Class Members to the case-specific page and case website.

- The most popular social media platform with 68% of adults in the target demographic visiting Facebook in the last 30 days. Many are frequent users of the network, using it to post photos and videos, send messages, and visit the pages of friends.

- Facebook allows specific demographic targeting beyond sex/age, including frequent online shoppers or those searching for financial information.

*Mackmin, et al. v. Visa., at al.*



- Mobile newsfeed ads will drive potential Settlement Class Members to the case-specific page and case website.

- Instagram is one of the more popular social media sites within the target demographic, reaching 40% of "Adults Who Used an ATM/Cash Machine in the Last 12 Months."

- Instagram users can be targeted by location, interests, behaviors, and other demographic characteristics to effectively reach potential Settlement Class Members.



- More than 88% of the target demographic used Google to search for information in the past 30 days.

- Google allows the purchase of relevant content where we want the banner ads to appear. For example, we can select websites that feature credit or shopping information.

- Google AdWords text ads will be placed on relevant keyword searches to "ATM," "debit cards," "ATM lawsuit," and many other key terms.

The digital media placements will be chosen, first to meet audience notification requirements, and secondly to achieve maximum engagement with the ads. Campaigns and creative will be optimized to drive potential members of the Settlement Class to the website. Several campaign optimization strategies will be utilized, including:

| Digital Media Strategy | Digital Media Tactics |
|---|---|
| Mobile In-App | Targeting users inside mobile applications that fit into our data pools. This could include credit and shopping apps, game apps, weather apps, or entertainment/cooking apps. |
| Mobile – Websites | Targeting phones and tablets whose users are visiting websites that are contextually relevant or websites being visited by relevant users in our data pool. |
| Contextual | Targeting websites with relevant content and context, such as banking, credit unions, and shopping websites. |



*Mackmin, et al. v. Visa., at al.*

| Digital Media Strategy | Digital Media Tactics |
|---|---|
| Behavioral | Targeting user IDs whose owners have shown activity in the target data pools, such as those interested in banking and shopping websites. |
| Predictive Modeling | Using "look-alike" modeling to target user IDs whose owners have strong similarities to users who previously clicked through to the case website. |

A.B. Data employs a fully staffed digital buying team to manage all digital and social media programs in-house for the greatest control and oversight. During the course of the Settlement Notice Plan, A.B. Data's digital media experts will monitor the success, conversions, and activity associated with the digital and social media campaigns and will optimize the number of impressions delivered across each platform to achieve maximum engagement and efficiency. A.B. Data's digital media experts have the following certifications:

- Facebook's Certified Digital Marketing Associate Certification
- Google Ads Display Certification
- Google Ads Search Certification
- Google Analytics Certification

With this level of expertise, digital and social media campaigns are ensured impressions will be delivered to the target audience efficiently and effectively, with online ad verification and minimal threat of bot-traffic and inappropriate content.

*Mackmin, et al. v. Visa., at al.*

# PRINT-MEDIA ANALYSIS AND STRATEGY



*Mackmin, et al. v. Visa., at al.*

# CONSUMER PRINT-MEDIA ANALYSIS AND STRATEGY

Consumer print media have traditionally delivered a high number of potential Settlement Class Members that typically respond positively to class action notice plans. Print offers potential Settlement Class Members the opportunity to read, comprehend, review, and tear out the notice for future reference.

Print media include consumer magazines, newspapers, and newspaper supplements. Most adults read one or more magazines every month. With over 200 publications that offer mass-appeal editorial content to very narrowly targeted interest-specific publications, there is something available to attract everyone to a print publication each month. Many in the younger ages of this demographic are turning to digital versions of their favorite print publications and are visiting the websites of their favorite print publications on a regular basis.

Print media will provide a cost-effective method of reaching potential Settlement Class Members for this case. Below is a ranking of the ten leading consumer magazines/newspaper supplements in the U.S., based on their audiences of "Adults Who Used an ATM/Cash Machine in the Last 12 Months."

| Print Media Ranked by Adults Who Used an ATM/Cash Machine in the Last 12 Months | | |
|---|---|---|
| **Ranking** | **Magazine/Newspaper Supplement Ranking** | **Audience (000) Print and Digital** |
| 1. | *Parade* | 25,650 |
| 2. | *AARP The Magazine* | 21,183 |
| 3. | *People* | 17,339 |
| 4. | *Better Homes & Gardens* | 15,834 |
| 5. | *National Geographic* | 15,074 |
| 6. | *New York Times Sunday edition* | 12,655 |
| 7. | *Time* | 8,429 |
| 8. | *Sports Illustrated* | 8,342 |
| 9. | *Reader's Digest* | 8,136 |
| 10. | *Good Housekeeping* | 7,880 |

See Appendix 5 for the ranking of the U.S. consumer magazines and newspaper supplements for "Adults Who Used an ATM/Cash Machine in the Last 12 Months" that are included in the Spring 2021 MRI Doublebase Survey.

For this Settlement Notice Plan, A.B. Data will publish a notice one time in a single issue of *People* magazine to deliver a cost-efficient reach of potential Settlement Class Members. This publication delivers a broad reach of the target audience, along with an appealing, wide-ranging editorial scope covering today's popular culture, people, and celebrities. *People* magazine is ranked at or near the top in terms of total audience and has thousands of monthly visitors to their website.



*Mackmin, et al. v. Visa., at al.*



| Circulation: | 3,400,000 |
|---|---|
| Total Audience: | 26,100,000 |
| Publication Frequency: | 52x; weekly on Friday |
| Ad Size: | 1/3 page, black-and-white |
| Editorial Focus: | Contains insightful, compassionate, and entertaining coverage of the most intriguing people in our culture, from extraordinary people doing the ordinary to ordinary people caught up in extraordinary circumstances. By revealing the human side to every story, *People* connects readers to their world. |

*Mackmin, et al. v. Visa., at al.*

# EARNED-MEDIA STRATEGY

# EARNED-MEDIA STRATEGY

In addition to the direct email, digital, and print components of the Settlement Notice Plan, a news release regarding the Settlements will be run via *PR Newswire's* US1newsline. The Settlements will gain more attention when the general-market media become aware of this news. The news release will be distributed via *PR Newswire* to more than 10,000 newsrooms across the United States, including those in general-market print, broadcast, and digital media.

The news release will also be translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites.

News about the case will also be broadcast to the news media via Twitter. It will be tweeted from *PR Newswire*'s and A.B. Data's Twitter accounts to thousands of news media and other followers. The news release will also assist with driving search engine results, which will help increase traffic to the case website.

# NOTICE DESIGN STRATEGIES

*Mackmin, et al. v. Visa., at al.*

# NOTICE DESIGN STRATEGIES

The Federal Rules of Civil Procedure require notices in class action cases to be written in "plain, easily understood language." This process will be utilized in developing the Website Notice and Email Summary Notice for this case.

The online social media and banner ads will be designed to alert potential Settlement Class Members to the Settlements. The ads will each include a link to the case website or case Facebook page so potential Settlement Class Members may click on it and go directly to the website for answers and other case information. A.B. Data will use product or usage photos as part of the Internet, social media, and banner ads to increase awareness, generate interest, and increase the click-through rate to the website.

Below are several banner and mobile ads that will be used and optimized during the campaign to ensure an effective and cost-efficient implementation.

## Banner Ads









*Mackmin, et al. v. Visa., at al.*

## Mobile Ads

 



## Facebook Ads



*Mackmin, et al. v. Visa., at al.*

# APPENDICES 1-5

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| **Banking & Financial Services - Methods Used: ATM/Cash machine** | 152,636 | 60.54 | 100.00 | 100 |
| Adults | 152,636 | 60.54 | 100.00 | 100 |
| Men | 75,188 | 61.74 | 49.26 | 102 |
| Women | 77,449 | 59.43 | 50.74 | 98 |
| Respondent is parent of child under 18 currently living in the household | 43,752 | 64.06 | 28.66 | 106 |
| Respondent is mom of child under 18 currently living in the household | 23,326 | 61.96 | 15.28 | 102 |
| Respondent is dad of child under 18 currently living in the household | 20,426 | 66.64 | 13.38 | 110 |
| Respondent is parent of a child under 18 not currently living in the household | 11,059 | 61.27 | 7.25 | 101 |
| Age 18-24 | 16,838 | 57.37 | 11.03 | 95 |
| Age 25-34 | 28,752 | 63.29 | 18.84 | 105 |
| Age 35-44 | 27,200 | 65.95 | 17.82 | 109 |
| Age 45-54 | 27,072 | 65.94 | 17.74 | 109 |
| Age 55-64 | 25,636 | 60.91 | 16.80 | 101 |
| Age 65+ | 27,137 | 51.27 | 17.78 | 85 |
| Mean Respondent Age | 46.3 | N/A | N/A | 98 |
| Median Respondent Age | 46.3 | N/A | N/A | 98 |
| Adults 18-34 | 45,591 | 60.96 | 29.87 | 101 |
| Adults 18-49 | 86,445 | 63.33 | 56.63 | 105 |
| Adults 25-54 | 83,025 | 65.00 | 54.39 | 107 |
| Adults 35-54 | 54,272 | 65.94 | 35.56 | 109 |
| Men 18-24 | 8,424 | 57.19 | 5.52 | 94 |
| Men 18-34 | 23,129 | 61.66 | 15.15 | 102 |
| Men 18-49 | 43,590 | 64.26 | 28.56 | 106 |
| Men 25-34 | 14,705 | 64.56 | 9.63 | 107 |
| Men 25-54 | 41,717 | 66.09 | 27.33 | 109 |
| Men 35-44 | 13,712 | 67.48 | 8.98 | 111 |
| Men 35-54 | 27,013 | 66.96 | 17.70 | 111 |
| Men 45-54 | 13,301 | 66.43 | 8.71 | 110 |
| Men 55-64 | 12,450 | 62.22 | 8.16 | 103 |
| Men 65+ | 12,596 | 52.65 | 8.25 | 87 |
| Women 18-24 | 8,414 | 57.55 | 5.51 | 95 |
| Women 18-34 | 22,461 | 60.26 | 14.72 | 100 |
| Women 18-49 | 42,856 | 62.42 | 28.08 | 103 |
| Women 25-34 | 14,048 | 62.01 | 9.20 | 102 |
| Women 25-54 | 41,307 | 63.93 | 27.06 | 106 |
| Women 35-44 | 13,488 | 64.46 | 8.84 | 106 |
| Women 35-54 | 27,260 | 64.96 | 17.86 | 107 |
| Women 45-54 | 13,772 | 65.47 | 9.02 | 108 |

1

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Women 55-64 | 13,187 | 59.73 | 8.64 | 99 |
| Women 65+ | 14,541 | 50.13 | 9.53 | 83 |
| Highest Degree Received by Respondent: 12th grade or less (did not graduate high school) | 12,844 | 48.06 | 8.41 | 79 |
| Highest Degree Received by Respondent: Graduated high school or equivalent | 40,049 | 56.10 | 26.24 | 93 |
| Highest Degree Received by Respondent: Some college, no degree | 27,229 | 60.82 | 17.84 | 100 |
| Highest Degree Received by Respondent: Associate degree | 15,802 | 62.19 | 10.35 | 103 |
| Highest Degree Received by Respondent: Bachelor's degree | 34,105 | 67.22 | 22.34 | 111 |
| Highest Degree Received by Respondent: Post-graduate degree | 22,608 | 68.35 | 14.81 | 113 |
| Highest Degree Received by Respondent: Some college (no degree) OR Associate degree | 43,031 | 61.32 | 28.19 | 101 |
| Highest Degree Received by Respondent: Bachelor's degree OR Post-graduate degree | 56,712 | 67.66 | 37.16 | 112 |
| Employment: Working full time | 79,786 | 67.05 | 52.27 | 111 |
| Employment: Working part time | 19,386 | 60.70 | 12.70 | 100 |
| Employment: Working full time or part time | 99,173 | 65.71 | 64.97 | 109 |
| Employment: Not working | 53,464 | 52.84 | 35.03 | 87 |
| If not employed: Retired | 27,266 | 51.84 | 17.86 | 86 |
| If not employed: Temporarily Unemployed | 7,682 | 54.18 | 5.03 | 89 |
| If not employed: Student | 4,564 | 54.75 | 2.99 | 90 |
| If not employed: Homemaker | 8,568 | 55.34 | 5.61 | 91 |
| If not employed: Other | 5,384 | 50.86 | 3.53 | 84 |
| Occupation: Professional and related occupations | 24,915 | 68.02 | 16.32 | 112 |
| Occupation: Management, business and financial operations | 19,395 | 71.76 | 12.71 | 119 |
| Occupation: Sales and office occupations | 19,790 | 65.97 | 12.97 | 109 |
| Occupation: Natural resources, construction and maintenance occup. | 8,658 | 64.23 | 5.67 | 106 |
| Occupation: Other employed | 26,415 | 60.32 | 17.31 | 100 |
| Respondent is a Veteran of the U.S. Armed Forces | 12,696 | 59.74 | 8.32 | 99 |
| Individual Employment Income: $250,000+ | 2,121 | 73.80 | 1.39 | 122 |
| Individual Employment Income: $200,000-$249,999 | 1,629 | 74.48 | 1.07 | 123 |
| Individual Employment Income: $150,000-$199,999 | 3,685 | 72.71 | 2.41 | 120 |
| Individual Employment Income: $100,000-$149,999 | 10,524 | 73.09 | 6.89 | 121 |
| Individual Employment Income: $75,000- | 12,267 | 70.60 | 8.04 | 117 |
| Individual Employment Income: $60,000- | 10,973 | 68.58 | 7.19 | 113 |
| Individual Employment Income: $50,000- | 9,011 | 68.88 | 5.90 | 114 |
| Individual Employment Income: $40,000- | 10,926 | 66.02 | 7.16 | 109 |

2

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Individual Employment Income: $30,000- | 11,982 | 65.31 | 7.85 | 108 |
| Individual Employment Income: $20,000- | 10,480 | 60.00 | 6.87 | 99 |
| Individual Employment Income: Under $20,000 | 15,574 | 56.47 | 10.20 | 93 |
| Wage Earner Status: Not employed | 53,464 | 52.84 | 35.03 | 87 |
| Wage Earner Status: Sole earner | 27,889 | 64.43 | 18.27 | 106 |
| Wage Earner Status: Primary earner | 34,003 | 67.35 | 22.28 | 111 |
| Wage Earner Status: Secondary earner | 37,281 | 65.23 | 24.42 | 108 |
| Household Income: $500,000+ | 1,958 | 69.47 | 1.28 | 115 |
| Household Income: $350,000-$499,999 | 2,139 | 68.02 | 1.40 | 112 |
| Household Income: $250,000-$349,999 | 5,484 | 71.40 | 3.59 | 118 |
| Household Income: $200,000-$249,999 | 8,778 | 70.87 | 5.75 | 117 |
| Household Income: $150,000-$199,999 | 16,411 | 68.99 | 10.75 | 114 |
| Household Income: $100,000-$149,999 | 29,303 | 66.07 | 19.20 | 109 |
| Household Income: $75,000-$99,999 | 22,654 | 65.43 | 14.84 | 108 |
| Household Income: $60,000-$74,999 | 15,132 | 61.36 | 9.91 | 101 |
| Household Income: $50,000-$59,999 | 10,517 | 58.02 | 6.89 | 96 |
| Household Income: $40,000-$49,999 | 10,297 | 56.57 | 6.75 | 93 |
| Household Income: $30,000-$39,999 | 10,251 | 53.54 | 6.72 | 88 |
| Household Income: $20,000-$29,999 | 8,753 | 49.67 | 5.73 | 82 |
| Household Income: Under $20,000 | 10,960 | 42.87 | 7.18 | 71 |
| Mean Household Income | 109,570.8 | N/A | N/A | 109 |
| Median Household Income | 86,486.7 | N/A | N/A | 112 |
| Household Income: $250,000+ | 9,581 | 70.22 | 6.28 | 116 |
| Household Income: $150,000+ | 34,770 | 69.80 | 22.78 | 115 |
| Household Income: $100,000+ | 64,073 | 68.04 | 41.98 | 112 |
| Household Income: $75,000+ | 86,727 | 67.34 | 56.82 | 111 |
| Household Income: $60,000+ | 101,859 | 66.38 | 66.73 | 110 |
| Household Income: $50,000+ | 112,376 | 65.50 | 73.62 | 108 |
| Household Income: $40,000+ | 122,673 | 64.64 | 80.37 | 107 |
| Household Income: $30,000+ | 132,924 | 63.62 | 87.09 | 105 |
| Total Net Worth of All HH Members: | 19,954 | 67.66 | 13.07 | 112 |
| Total Net Worth of All HH Members: $500,000-$999,999 | 25,405 | 64.10 | 16.64 | 106 |
| Total Net Worth of All HH Members: $250,000-$499,999 | 37,432 | 62.52 | 24.52 | 103 |
| Total Net Worth of All HH Members: $100,000-$249,999 | 32,112 | 60.63 | 21.04 | 100 |
| Total Net Worth of All HH Members: Under $100,000 | 37,732 | 53.80 | 24.72 | 89 |
| Census Region: North East | 28,529 | 64.30 | 18.69 | 106 |
| Census Region: South | 55,852 | 57.96 | 36.59 | 96 |
| Census Region: Midwest | 31,193 | 59.26 | 20.44 | 98 |
| Census Region: West | 37,062 | 63.09 | 24.28 | 104 |

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data – Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Marketing Region: New England | 7,495 | 63.77 | 4.91 | 105 |
| Marketing Region: Mid Atlantic | 24,214 | 63.69 | 15.86 | 105 |
| Marketing Region: East Central | 17,203 | 58.59 | 11.27 | 97 |
| Marketing Region: West Central | 21,770 | 59.76 | 14.26 | 99 |
| Marketing Region: Southeast | 30,827 | 57.86 | 20.20 | 96 |
| Marketing Region: Southwest | 18,455 | 57.98 | 12.09 | 96 |
| Marketing Region: Pacific | 32,672 | 63.53 | 21.40 | 105 |
| Mediamarkets: Top 5 | 33,839 | 65.66 | 22.17 | 108 |
| Mediamarkets: Next 5 | 17,312 | 62.07 | 11.34 | 103 |
| Mediamarkets: New York | 11,283 | 66.41 | 7.39 | 110 |
| Mediamarkets: Los Angeles | 9,643 | 65.64 | 6.32 | 108 |
| Mediamarkets: Chicago | 4,812 | 64.17 | 3.15 | 106 |
| Metropolitan CBSA | 133,805 | 61.56 | 87.66 | 102 |
| Micropolitan CBSA/unassigned | 18,831 | 54.17 | 12.34 | 89 |
| County Size: A | 67,776 | 63.61 | 44.40 | 105 |
| County Size: B | 45,045 | 59.93 | 29.51 | 99 |
| County Size: C | 21,540 | 58.93 | 14.11 | 97 |
| County Size: D | 18,276 | 54.02 | 11.97 | 89 |
| Marital Status: Never married | 43,687 | 59.76 | 28.62 | 99 |
| Marital Status: Now married | 83,619 | 62.72 | 54.78 | 104 |
| Marital Status: Legally separated/widowed/divorced | 25,330 | 55.45 | 16.60 | 92 |
| Marital Status: Never married or Legally separated/widowed/divorced | 69,017 | 58.10 | 45.22 | 96 |
| Marital Status: Engaged | 6,789 | 60.36 | 4.45 | 100 |
| Living w/partner/fiance/boyfriend or girlfriend (same or opposite sex) | 15,902 | 62.20 | 10.42 | 103 |
| Married in last 12 months | 3,273 | 63.83 | 2.14 | 105 |
| Household size: 1 | 19,978 | 54.54 | 13.09 | 90 |
| Household size: 2 | 50,494 | 60.08 | 33.08 | 99 |
| Household size: 3-4 | 57,377 | 63.08 | 37.59 | 104 |
| Household size: 5+ | 24,787 | 61.25 | 16.24 | 101 |
| Children: Any | 57,511 | 62.91 | 37.68 | 104 |
| Children: 1 | 24,629 | 63.46 | 16.14 | 105 |
| Children: 2 | 19,897 | 63.08 | 13.04 | 104 |
| Children: 3+ | 12,986 | 61.68 | 8.51 | 102 |
| Child Age: <12 months | 6,279 | 61.56 | 4.11 | 102 |
| Child Age: 12-23 months | 4,339 | 58.07 | 2.84 | 96 |
| Child Age: <2 years | 10,219 | 60.74 | 6.69 | 100 |
| Child Age: <6 years | 25,368 | 62.70 | 16.62 | 104 |
| Child Age: 2-5 years | 19,457 | 63.07 | 12.75 | 104 |
| Child Age: 6-11 years | 26,246 | 63.42 | 17.20 | 105 |
| Child Age: 12-17 years | 28,588 | 62.41 | 18.73 | 103 |

4

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data – Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Life Cycle: Respondent 18-34 1 person | 3,277 | 60.42 | 2.15 | 100 |
| Life Cycle: Respondent 18-34 married no kids | 4,513 | 67.02 | 2.96 | 111 |
| Life Cycle: Respondent 18-34 married young child under 6 | 8,085 | 63.54 | 5.30 | 105 |
| Life Cycle: Respondent 18-34 married young child 6-17 | 1,705 | 60.04 | 1.12 | 99 |
| Life Cycle: Balance of respondents 18-34 | 28,010 | 59.52 | 18.35 | 98 |
| Life Cycle: Respondent 35-49 1 person | 3,452 | 64.54 | 2.26 | 107 |
| Life Cycle: Respondent 35-49 married no kids | 6,025 | 68.06 | 3.95 | 112 |
| Life Cycle: Respondent 35-49 married young child under 6 | 8,199 | 68.29 | 5.37 | 113 |
| Life Cycle: Respondent 35-49 married young child 6-11 | 7,414 | 68.90 | 4.86 | 114 |
| Life Cycle: Respondent 35-49 married young child 12-17 | 5,254 | 65.95 | 3.44 | 109 |
| Life Cycle: Balance of respondents 35-49 | 10,512 | 62.67 | 6.89 | 104 |
| Life Cycle: Respondent 50+ 1 person household | 12,392 | 50.87 | 8.12 | 84 |
| Life Cycle: Respondent 50+ married no kids | 35,754 | 58.99 | 23.42 | 97 |
| Life Cycle: Respondent 50+ married w/kids | 6,671 | 61.61 | 4.37 | 102 |
| Life Cycle: Balance of respondents 50+ | 11,374 | 57.40 | 7.45 | 95 |
| Years at Present Address: Under 1 year | 18,124 | 60.53 | 11.87 | 100 |
| Years at Present Address: 1-4 years | 45,885 | 61.49 | 30.06 | 102 |
| Years at Present Address: 5+ years | 88,628 | 60.07 | 58.06 | 99 |
| Own or Rent Home: Own | 107,209 | 62.09 | 70.24 | 103 |
| Own or Rent Home: Rent | 42,456 | 56.93 | 27.82 | 94 |
| Own or Rent Home: Rent-free | 2,971 | 61.07 | 1.95 | 101 |
| Home Value: $500,000+ | 20,167 | 67.36 | 13.21 | 111 |
| Home Value: $200,000-$499,999 | 50,366 | 63.63 | 33.00 | 105 |
| Home Value: $100,000-$199,999 | 25,196 | 59.99 | 16.51 | 99 |
| Home Value: $50,000-$99,999 | 7,353 | 53.63 | 4.82 | 89 |
| Home Value: Under $50,000 | 4,127 | 52.54 | 2.70 | 87 |
| Race: White | 116,761 | 62.02 | 76.50 | 102 |
| Race: Black/African American | 18,789 | 56.87 | 12.31 | 94 |
| Race: American Indian or Alaska Native | 2,161 | 62.03 | 1.42 | 102 |
| Race: Asian | 6,086 | 59.76 | 3.99 | 99 |
| Race: Other | 13,298 | 54.51 | 8.71 | 90 |
| Race: White only | 113,361 | 62.02 | 74.27 | 102 |
| Race: Black/African American only | 17,457 | 56.62 | 11.44 | 94 |
| Race: Other race/Multiple classifications | 21,818 | 56.67 | 14.29 | 94 |
| Spanish Spoken in Home (Most Often or Other) | 26,090 | 60.45 | 17.09 | 100 |
| Hispanic Respondent Personally Speaks at Home: Only English | 4,641 | 65.90 | 3.04 | 109 |
| Hispanic Respondent Personally Speaks at Home: Mostly English, but some Spanish | 6,652 | 65.37 | 4.36 | 108 |

5

**Appendix 1**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Audience Demographics: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Hispanic Respondent Personally Speaks at Home: Only Spanish | 6,314 | 52.67 | 4.14 | 87 |
| Hispanic Respondent Personally Speaks at Home: Mostly Spanish, but some English | 5,630 | 58.73 | 3.69 | 97 |
| Hispanic Respondent Personally Speaks at Home: Both English and Spanish equally at home | 1,655 | 62.59 | 1.08 | 103 |
| Spanish, Hispanic or Latino Origin or Descent | 24,984 | 60.11 | 16.37 | 99 |
| Not of Spanish, Hispanic or Latino Origin/Descent | 127,653 | 60.63 | 83.63 | 100 |
| Pet owner | 89,266 | 62.72 | 58.48 | 104 |
| Dog owner | 69,926 | 62.97 | 45.81 | 104 |
| Cat owner | 38,132 | 62.27 | 24.98 | 103 |
| Generations: Gen Z (b.1997-2010) only includes respondents 18+ | 14,787 | 58.09 | 9.69 | 96 |
| Generations: Millennials (b.1977-1996) | 55,815 | 63.97 | 36.57 | 106 |
| Generations: GenXers (b.1965-1976) | 32,181 | 65.59 | 21.08 | 108 |
| Generations: Boomers (b. 1946-1964) | 40,261 | 58.24 | 26.38 | 96 |
| Generations: Early Boomers (b. 1946-1955) | 17,308 | 54.91 | 11.34 | 91 |
| Generations: Late Boomers (b. 1956-1964) | 22,953 | 61.03 | 15.04 | 101 |
| Generations: Pre-Boomers (b. before 1946) | 9,592 | 45.23 | 6.28 | 75 |
| Respondent's Sexual Orientation: Heterosexual/Straight | 137,519 | 60.58 | 90.10 | 100 |
| Respondent's Sexual Orientation:  NET Gay/Lesbian | 3,538 | 67.06 | 2.32 | 111 |
| Respondent's Sexual Orientation:  NET Gay/Lesbian/Bisexual/Transgender | 6,557 | 62.61 | 4.30 | 103 |

* Projections relatively unstable
Source: 2021 GFK MRI-Simmons Spring Doublebase

**Appendix 2**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Media Quintiles: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Magazine Quintile I (Heavy) | 30,938 | 60.30 | 20.27 | 100 |
| Magazine Quintile II | 30,838 | 62.40 | 20.20 | 103 |
| Magazine Quintile III | 30,277 | 62.11 | 19.84 | 103 |
| Magazine Quintile IV | 29,493 | 60.19 | 19.32 | 99 |
| Magazine Quintile V (Light) | 31,090 | 57.97 | 20.37 | 96 |
| Newspaper Quintile I | 30,373 | 59.82 | 19.90 | 99 |
| Newspaper Quintile II | 30,232 | 59.98 | 19.81 | 99 |
| Newspaper Quintile III | 30,285 | 60.22 | 19.84 | 99 |
| Newspaper Quintile IV | 30,839 | 61.33 | 20.20 | 101 |
| Newspaper Quintile V | 30,909 | 61.37 | 20.25 | 101 |
| Radio/Audio Quintile I | 30,299 | 60.32 | 19.85 | 100 |
| Radio/Audio Quintile II | 31,302 | 62.18 | 20.51 | 103 |
| Radio/Audio Quintile III | 31,856 | 63.20 | 20.87 | 104 |
| Radio/Audio Quintile IV | 30,520 | 60.50 | 20.00 | 100 |
| Radio/Audio Quintile V | 28,660 | 56.54 | 18.78 | 93 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile I | 30,585 | 60.75 | 20.04 | 100 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile II | 31,408 | 62.71 | 20.58 | 104 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile III | 31,556 | 62.44 | 20.67 | 103 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile IV | 30,251 | 60.02 | 19.82 | 99 |
| Radio/Audio (Primetime M-F 6am - 7pm) Quintile V | 28,837 | 56.85 | 18.89 | 94 |
| TV (Total) Quintile I | 28,216 | 55.61 | 18.49 | 92 |
| TV (Total) Quintile II | 30,451 | 60.49 | 19.95 | 100 |
| TV (Total) Quintile III | 31,877 | 63.55 | 20.88 | 105 |
| TV (Total) Quintile IV | 31,986 | 63.35 | 20.96 | 105 |
| TV (Total) Quintile V | 30,106 | 59.77 | 19.72 | 99 |
| Internet Quintile I (Heavy) | 31,697 | 63.07 | 20.77 | 104 |
| Internet Quintile II | 32,424 | 64.37 | 21.24 | 106 |
| Internet Quintile III | 31,567 | 62.56 | 20.68 | 103 |
| Internet Quintile IV | 30,986 | 61.46 | 20.30 | 102 |
| Internet Quintile V (Light) | 25,962 | 51.30 | 17.01 | 85 |
| Outdoor Quintile I | 32,294 | 63.96 | 21.16 | 106 |
| Outdoor Quintile II | 31,449 | 62.65 | 20.60 | 103 |
| Outdoor Quintile III | 30,788 | 60.81 | 20.17 | 100 |
| Outdoor Quintile IV | 30,191 | 59.59 | 19.78 | 98 |
| Outdoor Quintile V | 27,915 | 55.68 | 18.29 | 92 |
| TV (Primetime) Quintile I | 29,369 | 58.10 | 19.24 | 96 |
| TV (Primetime) Quintile II | 31,255 | 61.92 | 20.48 | 102 |
| TV (Primetime) Quintile III | 31,782 | 63.18 | 20.82 | 104 |

**Appendix 2**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data – Spring 2021 Doublebase**
**Media Quintiles: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| TV (Primetime) Quintile IV | 30,374 | 60.32 | 19.90 | 100 |
| TV (Primetime) Quintile V | 29,857 | 59.21 | 19.56 | 98 |
| TV (Daytime) Tercile I | 17,181 | 55.41 | 11.26 | 92 |
| TV (Daytime) Tercile II | 17,953 | 57.86 | 11.76 | 96 |
| TV (Daytime) Tercile III | 18,934 | 60.93 | 12.40 | 101 |

* Projections relatively unstable
Source: 2021 GFK MRI-Simmons Spring Doublebase

**Appendix 3**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Digital Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Have Internet access at home | 147,042 | 61.61 | 96.33 | 102 |
| Internet Service Providers (to HH): AOL | 1,113 | 58.23 | 0.73 | 96 |
| Internet Service Providers (to HH): AT&T Internet (measured as AT&T (U-verse or DSL) in Waves 81-84) | 19,990 | 61.03 | 13.10 | 101 |
| Internet Service Providers (to HH): CenturyLink | 5,796 | 60.41 | 3.80 | 100 |
| Internet Service Providers (to HH): Cox | 6,818 | 65.68 | 4.47 | 108 |
| Internet Service Providers (to HH): Frontier | 4,008 | 62.92 | 2.63 | 104 |
| Internet Service Providers (to HH): Optimum | 3,759 | 65.55 | 2.46 | 108 |
| Internet Service Providers (to HH): Spectrum | 31,289 | 62.28 | 20.50 | 103 |
| Internet Service Providers (to HH): Suddenlink | 1,546 | 59.23 | 1.01 | 98 |
| Internet Service Providers (to HH): Verizon or Fios by Verizon | 13,735 | 64.12 | 9.00 | 106 |
| Internet Service Providers (to HH): Xfinity/Comcast | 35,223 | 63.63 | 23.08 | 105 |
| Internet Service Providers (to HH): Any Service | 146,955 | 61.62 | 96.28 | 102 |
| Looked at/used Internet /last 30 days: At home | 141,331 | 62.13 | 92.59 | 103 |
| Looked at/used Internet /last 30 days: At work | 65,479 | 67.01 | 42.90 | 111 |
| Looked at/used Internet /last 30 days: At school or library | 11,955 | 60.19 | 7.83 | 99 |
| Looked at/used Internet /last 30 days: Another place | 55,043 | 65.08 | 36.06 | 107 |
| Looked at/used Internet /last 30 days: Any Internet Usage | 146,923 | 61.94 | 96.26 | 102 |
| Devices used to use the Internet/last 30 days: Desktop computer | 67,843 | 63.47 | 44.45 | 105 |
| Devices used to use the Internet/last 30 days: Laptop or Netbook computer | 90,785 | 65.25 | 59.48 | 108 |
| Devices used to use the Internet/last 30 days: Any computer | 121,361 | 63.77 | 79.51 | 105 |
| Devices used to use the Internet/last 30 days: iPad or other Tablet | 57,837 | 65.54 | 37.89 | 108 |
| Devices used to use the Internet/last 30 days: Cellphone or Smartphone | 133,618 | 63.24 | 87.54 | 104 |
| Devices used to use the Internet/last 30 days: E-reader | 5,552 | 68.43 | 3.64 | 113 |
| Devices used to use the Internet/last 30 days: iPod or other MP3 Player | 1,629 | 67.39 | 1.07 | 111 |
| Devices used to use the Internet/last 30 days: Video game console | 16,666 | 65.34 | 10.92 | 108 |
| Devices used to use the Internet/last 30 days: Television | 43,052 | 65.36 | 28.21 | 108 |
| Visited a chat room/past 30 days | 9,710 | 61.19 | 6.36 | 101 |
| Used e-mail/past 30 days | 129,925 | 63.56 | 85.12 | 105 |
| Used instant messenger/past 30 days | 123,700 | 63.50 | 81.04 | 105 |
| Participated in online dating/past 30 days | 5,334 | 64.60 | 3.49 | 107 |
| Made a purchase for personal use (on the Internet)/past 30 days | 111,170 | 65.64 | 72.83 | 108 |

1

**Appendix 3**
*Mackmin et al. v. Visa Inc. et al.*

**MRI Data - Spring 2021 Doublebase**
**Digital Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Made a purchase for business use (on the Internet)/past 30 days | 23,429 | 68.21 | 15.35 | 113 |
| Obtained information to help make a purchase/past 30 days | 68,684 | 67.50 | 45.00 | 111 |
| Made personal or business travel plans online/past 30 days | 29,446 | 68.48 | 19.29 | 113 |
| Played games online/past 30 days | 56,666 | 62.51 | 37.12 | 103 |
| Downloaded a video game/past 30 days | 22,042 | 62.20 | 14.44 | 103 |
| Used on-line gambling site/past 30 days | 2,850 | 65.16 | 1.87 | 108 |
| Obtained financial information online/past 30 days | 55,548 | 68.54 | 36.39 | 113 |
| Tracked investments/Traded stocks, bonds or mutual funds online/past 30 days | 28,378 | 68.60 | 18.59 | 113 |
| Paid bills online/past 30 days | 101,027 | 65.84 | 66.19 | 109 |
| Obtained the latest news/current events online/past 30 days | 86,430 | 65.90 | 56.62 | 109 |
| Obtained sports news/information online/past 30 days | 47,423 | 66.96 | 31.07 | 111 |
| Obtained information for new/used car purchase online/past 30 days | 18,575 | 67.24 | 12.17 | 111 |
| Obtained information about real estate online/past 30 days | 26,608 | 68.29 | 17.43 | 113 |
| Obtained medical information online/past 30 days | 52,873 | 64.31 | 34.64 | 106 |
| Obtained childcare or parenting information online/past 30 days | 8,535 | 65.45 | 5.59 | 108 |
| Obtained information about entertainment or celebrities | 44,929 | 66.63 | 29.44 | 110 |
| Looked for employment online/past 30 days | 21,346 | 62.30 | 13.98 | 103 |
| Looked for recipes online/past 30 days | 81,692 | 64.68 | 53.52 | 107 |
| Took an online class or course/past 30 days | 20,626 | 65.78 | 13.51 | 109 |
| Visited a TV network or TV show's website/past 30 days | 31,304 | 66.21 | 20.51 | 109 |
| Looked at TV listings online/past 30 days | 16,011 | 66.50 | 10.49 | 110 |
| Looked up movie listings or showtimes online/past 30 days | 22,546 | 64.81 | 14.77 | 107 |
| Downloaded a TV program/past 30 days | 6,104 | 65.42 | 4.00 | 108 |
| Watched a TV program online/past 30 days | 36,405 | 66.17 | 23.85 | 109 |
| Downloaded a movie/past 30 days | 12,742 | 66.27 | 8.35 | 109 |
| Watched a movie online/past 30 days | 55,439 | 65.01 | 36.32 | 107 |
| Watched other online video/past 30 days | 44,559 | 65.11 | 29.19 | 108 |
| Visited online blogs/past 30 days | 20,787 | 67.42 | 13.62 | 111 |
| Wrote online blog/past 30 days | 2,319 | 65.94 | 1.52 | 109 |
| Posted a comment or review on a blog, online forum, message or bulletin board/past 30 days | 19,914 | 67.32 | 13.05 | 111 |
| Made a phone call online/past 30 days | 59,159 | 63.58 | 38.76 | 105 |
| Used video chat/past 30 days | 58,337 | 66.09 | 38.22 | 109 |
| Uploaded or added video to website/past 30 days | 13,229 | 66.03 | 8.67 | 109 |

2

**Appendix 3**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Digital Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Shared photos through Internet website/past 30 days | 49,858 | 65.29 | 32.66 | 108 |
| Sent an electronic greeting card/past 30 days | 8,345 | 64.15 | 5.47 | 106 |
| Total time spent yesterday using the Internet (does not include email): 10+ hours | 15,855 | 63.84 | 10.39 | 105 |
| Total time spent yesterday using the Internet (does not include email): 5-10 hours | 33,122 | 64.34 | 21.70 | 106 |
| Total time spent yesterday using the Internet (does not include email): 2-5 hours | 47,101 | 63.24 | 30.86 | 104 |
| Total time spent yesterday using the Internet (does not include email): 1-2 hours | 26,555 | 61.14 | 17.40 | 101 |
| Total time spent yesterday using the Internet (does not include email): 1/2-1 hour | 12,454 | 58.94 | 8.16 | 97 |
| Total time spent yesterday using the Internet (does not include email): less than 1/2 hour | 7,085 | 57.44 | 4.64 | 95 |
| Total time spent last Saturday using the Internet (does not include email): 10+ hours | 10,649 | 61.45 | 6.98 | 101 |
| Total time spent last Saturday using the Internet (does not include email): 5-10 hours | 26,653 | 63.56 | 17.46 | 105 |
| Total time spent last Saturday using the Internet (does not include email): 2-5 hours | 45,613 | 63.50 | 29.88 | 105 |
| Total time spent last Saturday using the Internet (does not include email): 1-2 hours | 29,330 | 62.88 | 19.22 | 104 |
| Total time spent last Saturday using the Internet (does not include email): 1/2-1 hour | 15,131 | 62.51 | 9.91 | 103 |
| Total time spent last Saturday using the Internet (does not include email): less than 1/2 hour | 8,957 | 57.50 | 5.87 | 95 |
| Total time spent last Sunday using the Internet (does not include email): 10+ hours | 9,337 | 61.52 | 6.12 | 102 |
| Total time spent last Sunday using the Internet (does not include email): 5-10 hours | 24,177 | 63.27 | 15.84 | 105 |
| Total time spent last Sunday using the Internet (does not include email): 2-5 hours | 45,372 | 64.60 | 29.73 | 107 |
| Total time spent last Sunday using the Internet (does not include email): 1-2 hours | 30,066 | 62.58 | 19.70 | 103 |
| Total time spent last Sunday using the Internet (does not include email): 1/2-1 hour | 15,314 | 61.02 | 10.03 | 101 |
| Total time spent last Sunday using the Internet (does not include email): less than 1/2 hour | 9,831 | 60.18 | 6.44 | 99 |

\* Projections relatively unstable
Source: 2021 GFK MRI-Simmons Spring Doublebase

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Website or search engines used/last 30 days: AOL/AOL.com | 5,100 | 64.90 | 3.34 | 107 |
| Website or search engines used/last 30 days: Ask.com | 844 | 57.45 | 0.55 | 95 |
| Website or search engines used/last 30 days: Bing.com | 15,598 | 65.34 | 10.22 | 108 |
| Website or search engines used/last 30 days: Google.com | 134,785 | 62.75 | 88.30 | 104 |
| Website or search engines used/last 30 days: Yahoo.com | 27,335 | 62.48 | 17.91 | 103 |
| Chat, Instant Messenger, video chat used/last 30 days: Facebook Messenger | 79,882 | 63.14 | 52.33 | 104 |
| Chat, Instant Messenger, video chat used/last 30 days: FaceTime | 50,571 | 65.28 | 33.13 | 108 |
| Chat, Instant Messenger, video chat used/last 30 days: Google Hangouts | 8,060 | 68.40 | 5.28 | 113 |
| Chat, Instant Messenger, video chat used/last 30 days: Skype | 13,019 | 68.83 | 8.53 | 114 |
| Chat, Instant Messenger, video chat used/last 30 days: Slack | 4,497 | 70.80 | 2.95 | 117 |
| Chat, Instant Messenger, video chat used/last 30 days: Snapchat Chat | 25,433 | 63.22 | 16.66 | 104 |
| Chat, Instant Messenger, video chat used/last 30 days: Viber | 1,048 | 57.91 | 0.69 | 96 |
| Chat, Instant Messenger, video chat used/last 30 days: WeChat | 1,562 | 64.93 | 1.02 | 107 |
| Chat, Instant Messenger, video chat used/last 30 days: WhatsApp | 26,757 | 64.81 | 17.53 | 107 |
| Subscribes to Amazon Prime | 99,562 | 65.90 | 65.23 | 109 |
| E-mail used/last 30 days: AOL Mail | 10,162 | 63.81 | 6.66 | 105 |
| E-mail used/last 30 days: Gmail | 98,411 | 63.51 | 64.47 | 105 |
| E-mail used/last 30 days: Outlook | 41,346 | 67.97 | 27.09 | 112 |
| E-mail used/last 30 days: Yahoo! Mail | 36,312 | 62.88 | 23.79 | 104 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: ABC | 9,496 | 63.57 | 6.22 | 105 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: BuzzFeed | 11,526 | 67.82 | 7.55 | 112 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: CBS | 8,815 | 63.47 | 5.77 | 105 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Disney.com | 4,918 | 61.42 | 3.22 | 101 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Fandango | 4,563 | 69.35 | 2.99 | 115 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Fox.com/FOX NOW | 7,174 | 63.64 | 4.70 | 105 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: IMDb | 17,208 | 69.76 | 11.27 | 115 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: MSN Entertainment | 1,966 | 60.26 | 1.29 | 100 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: MTV | 1,937 | 58.67 | 1.27 | 97 |

1

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*

**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| ENTERTAINMENT Websites/apps visited or used in last 30 days: NBC | 7,252 | 64.84 | 4.75 | 107 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: PBS.org or PBS Video | 6,012 | 68.79 | 3.94 | 114 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: POPSUGAR | 1,220 | 68.26 | 0.80 | 113 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Ticketmaster | 5,745 | 64.83 | 3.76 | 107 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Vevo.com | 1,170 | 59.75 | 0.77 | 99 |
| ENTERTAINMENT Websites/apps visited or used in last 30 days: Yahoo! Entertainment | 5,551 | 64.19 | 3.64 | 106 |
| FINANCE Websites/apps visited or used in last 30 days: CNBC | 6,248 | 68.06 | 4.09 | 112 |
| FINANCE Websites/apps visited or used in last 30 days: FOX Business | 5,837 | 64.86 | 3.82 | 107 |
| FINANCE Websites/apps visited or used in last 30 days: MSN Money | 2,662 | 66.16 | 1.74 | 109 |
| FINANCE Websites/apps visited or used in last 30 days: TheStreet | 1,425 | 69.59 | 0.93 | 115 |
| FINANCE Websites/apps visited or used in last 30 days: Yahoo! Finance | 7,562 | 68.25 | 4.95 | 113 |
| HEALTH Websites/apps visited or used in last 30 days: WebMD | 42,956 | 65.71 | 28.14 | 109 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Answers.com/WikiAnswers | 5,008 | 64.79 | 3.28 | 107 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: eHow.com | 4,452 | 66.69 | 2.92 | 110 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: WhitePages | 4,818 | 64.69 | 3.16 | 107 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Wikipedia | 41,972 | 67.17 | 27.50 | 111 |
| INFORMATION/REFERENCE Websites/apps visited or used in last 30 days: Zillow | 31,011 | 67.75 | 20.32 | 112 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: CareerBuilder | 3,073 | 57.32 | 2.01 | 95 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: Indeed.com or Indeed Job Search | 21,921 | 63.84 | 14.36 | 105 |
| JOBS/CAREERS Websites/apps visited or used in last 30 days: Monster | 2,289 | 63.64 | 1.50 | 105 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: ABCNews | 15,082 | 64.03 | 9.88 | 106 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: BBC.com | 11,139 | 67.82 | 7.30 | 112 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: CBSNews | 10,415 | 63.67 | 6.82 | 105 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: CNN | 30,226 | 67.25 | 19.80 | 111 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: FOX News | 25,515 | 64.95 | 16.72 | 107 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: HuffPost | 11,151 | 68.16 | 7.31 | 113 |

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: NBCNews | 10,905 | 64.97 | 7.14 | 107 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: NYTimes.com | 30,108 | 67.42 | 19.73 | 111 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: Reuters | 5,944 | 69.64 | 3.89 | 115 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: The Washington Post | 19,018 | 69.03 | 12.46 | 114 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: USAToday.com | 17,801 | 65.84 | 11.66 | 109 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: WSJ.com | 17,122 | 67.25 | 11.22 | 111 |
| NEWS/COMMENTARY Websites/apps visited or used in last 30 days: Yahoo! News | 13,765 | 66.25 | 9.02 | 109 |
| SHOPPING Websites/apps visited or used in last 30 days: Amazon | 112,798 | 65.43 | 73.90 | 108 |
| SHOPPING Websites/apps visited or used in last 30 days: Coupons | 3,501 | 60.36 | 2.29 | 100 |
| SHOPPING Websites/apps visited or used in last 30 days: eBay | 33,600 | 64.72 | 22.01 | 107 |
| SHOPPING Websites/apps visited or used in last 30 days: Groupon | 11,808 | 67.20 | 7.74 | 111 |
| SHOPPING Websites/apps visited or used in last 30 days: LivingSocial | 893 | 63.83 | 0.59 | 105 |
| SHOPPING Websites/apps visited or used in last 30 days: Overstock | 7,800 | 67.25 | 5.11 | 111 |
| SPANISH LANGUAGE Websites/apps visited or used in last 30 days: Telemundo.com | 3,353 | 55.51 | 2.20 | 92 |
| SPANISH LANGUAGE Websites/apps visited or used in last 30 days: Univision or Univision NOW | 4,062 | 60.12 | 2.66 | 99 |
| SPANISH LANGUAGE Visited or used in last 30 days: Any spanish language website/app | 6,557 | 59.68 | 4.30 | 99 |
| SPORTS Websites/apps visited or used in last 30 days: BleacherReport.com or B-R | 6,235 | 68.79 | 4.08 | 114 |
| SPORTS Websites/apps visited or used in last 30 days: CBSSports | 5,641 | 67.02 | 3.70 | 111 |
| SPORTS Websites/apps visited or used in last 30 days: ESPN | 27,318 | 67.64 | 17.90 | 112 |
| SPORTS Websites/apps visited or used in last 30 days: FOX Sports | 10,082 | 64.02 | 6.61 | 106 |
| SPORTS Websites/apps visited or used in last 30 days: MLB.com/MLB.com At Bat | 5,854 | 68.24 | 3.84 | 113 |
| SPORTS Websites/apps visited or used in last 30 days: NASCAR | 2,310 | 60.89 | 1.51 | 101 |
| SPORTS Websites/apps visited or used in last 30 days: NBA | 5,907 | 61.96 | 3.87 | 102 |
| SPORTS Websites/apps visited or used in last 30 days: NBCSports.com | 3,598 | 63.76 | 2.36 | 105 |
| SPORTS Websites/apps visited or used in last 30 days: NFL.com or NFL/NFL Mobile | 11,953 | 64.21 | 7.83 | 106 |
| SPORTS Websites/apps visited or used in last 30 days: WWE | 1,674 | 54.93 | 1.10 | 91 |

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*

**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| SPORTS Websites/apps visited or used in last 30 days: Yahoo! Sports | 5,616 | 64.56 | 3.68 | 107 |
| TECHNOLOGY Websites/apps visited or used in last 30 days: CNET | 7,436 | 68.96 | 4.87 | 114 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Airbnb | 14,549 | 68.21 | 9.53 | 113 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Bings Maps | 1,444 | 60.78 | 0.95 | 100 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Cheap Tickets | 3,970 | 63.30 | 2.60 | 105 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Expedia | 10,637 | 68.59 | 6.97 | 113 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Google Maps | 67,583 | 64.73 | 44.28 | 107 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Hotels.com | 7,777 | 66.24 | 5.09 | 109 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Hotwire | 1,897 | 61.75 | 1.24 | 102 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Lyft | 6,389 | 69.43 | 4.19 | 115 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: MapQuest | 11,863 | 63.34 | 7.77 | 105 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Orbitz | 2,300 | 66.14 | 1.51 | 109 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Priceline | 4,091 | 66.80 | 2.68 | 110 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Travelocity | 5,047 | 67.65 | 3.31 | 112 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: TripAdvisor | 7,996 | 67.44 | 5.24 | 111 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Uber | 11,755 | 66.70 | 7.70 | 110 |
| TRAVEL/MAPS Websites/apps visited or used in last 30 days: Waze | 15,234 | 69.88 | 9.98 | 115 |
| WEATHER Websites/apps visited or used in last 30 days: AccuWeather | 29,354 | 65.14 | 19.23 | 108 |
| WEATHER Websites/apps visited or used in last 30 days: The Weather Channel (weather.com) | 65,319 | 64.57 | 42.79 | 107 |
| WEATHER Websites/apps visited or used in last 30 days: WeatherBug | 8,030 | 64.92 | 5.26 | 107 |
| WEATHER Websites/apps visited or used in last 30 days: Weather Underground (wunderground.com) | 6,790 | 65.52 | 4.45 | 108 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Facebook | 103,698 | 63.16 | 67.94 | 104 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Flickr | 1,111 | 69.38 | 0.73 | 115 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Google Photos | 23,874 | 62.85 | 15.64 | 104 |

4

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*

**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Instagram | 60,896 | 65.61 | 39.90 | 108 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: LinkedIn | 24,815 | 70.74 | 16.26 | 117 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Pinterest | 33,449 | 65.08 | 21.91 | 107 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Reddit | 14,268 | 66.41 | 9.35 | 110 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Shutterfly | 5,109 | 70.97 | 3.35 | 117 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Snapchat | 34,135 | 64.01 | 22.36 | 106 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Tumblr | 3,262 | 63.52 | 2.14 | 105 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Twitch | 5,672 | 63.84 | 3.72 | 105 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Twitter | 28,269 | 65.30 | 18.52 | 108 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Vimeo | 3,763 | 67.65 | 2.47 | 112 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: Yelp | 10,625 | 70.80 | 6.96 | 117 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Websites/apps visited or used in last 30 days: YouTube | 87,359 | 63.14 | 57.23 | 104 |
| SOCIAL MEDIA/PHOTO/VIDEO-SHARING Visited or used in last 30 days: Any Socializing/Networking/Photos/Video-sharing services | 131,460 | 62.69 | 86.13 | 104 |
| Streaming Video Service/used last 30 days: Crackle | 2,498 | 59.74 | 1.64 | 99 |
| Streaming Video Service/used last 30 days: Facebook Watch | 4,379 | 61.87 | 2.87 | 102 |
| Streaming Video Service/used last 30 days: Google TV (measured as Google Play in Waves 81-84) | 6,157 | 62.73 | 4.03 | 104 |
| Streaming Video Service/used last 30 days: Hulu | 49,199 | 66.65 | 32.23 | 110 |
| Streaming Video Service/used last 30 days: Netflix | 104,807 | 65.05 | 68.66 | 107 |
| Streaming Video Service/used last 30 days: Prime Video | 66,205 | 67.17 | 43.37 | 111 |
| Streaming Video Service/used last 30 days: Sling | 4,936 | 63.54 | 3.23 | 105 |

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Streaming Video Service/used last 30 days: YouTube | 79,871 | 63.71 | 52.33 | 105 |
| Any watching/past 7 days: Hulu | 40,833 | 66.68 | 26.75 | 110 |
| Any watching/past 7 days: Netflix | 97,456 | 65.21 | 63.85 | 108 |
| Any watching/past 7 days: Prime Video | 54,116 | 67.28 | 35.45 | 111 |
| Any watching/past 7 days: YouTube | 71,080 | 63.39 | 46.57 | 105 |
| Activities using social media, photo or video-sharing site: Updated status/last 30 days | 41,107 | 65.58 | 26.93 | 108 |
| Activities using social media, photo or video-sharing site: Updated profile/last 30 days | 31,381 | 64.60 | 20.56 | 107 |
| Activities using social media, photo or video-sharing site: Posted a picture/last 30 days | 70,434 | 64.82 | 46.15 | 107 |
| Activities using social media, photo or video-sharing site: Used a filter on a picture/last 30 days | 20,373 | 66.12 | 13.35 | 109 |
| Activities using social media, photo or video-sharing site: Posted a video/last 30 days | 30,047 | 64.59 | 19.69 | 107 |
| Activities using social media, photo or video-sharing site: Posted a website link/last 30 days | 20,035 | 67.22 | 13.13 | 111 |
| Activities using social media, photo or video-sharing site: Visited a friend's profile or page/last 30 days | 76,054 | 65.03 | 49.83 | 107 |
| Activities using social media, photo or video-sharing site: Commented on a friend's post/last 30 days | 73,783 | 64.85 | 48.34 | 107 |
| Activities using social media, photo or video-sharing site: Posted a blog entry/last 30 days | 3,631 | 64.14 | 2.38 | 106 |
| Activities using social media, photo or video-sharing site: Rated or reviewed a product or service/last 30 days | 14,517 | 65.96 | 9.51 | 109 |
| Activities using social media, photo or video-sharing site: Sent a message or e-mail/last 30 days | 79,153 | 63.85 | 51.86 | 105 |
| Activities using social media, photo or video-sharing site: Used Instant Messaging/IM/last 30 days | 37,945 | 66.38 | 24.86 | 110 |
| Activities using social media, photo or video-sharing site: Played a game/last 30 days | 30,662 | 61.56 | 20.09 | 102 |
| Activities using social media, photo or video-sharing site: Invited people to an event/last 30 days | 10,729 | 65.45 | 7.03 | 108 |
| Activities using social media, photo or video-sharing site: Sent a real or virtual gift/last 30 days | 4,280 | 66.67 | 2.80 | 110 |
| Activities using social media, photo or video-sharing site: Posted that you "like" something/last 30 days | 62,936 | 64.90 | 41.23 | 107 |
| Activities using social media, photo or video-sharing site: "Followed" or became a "fan of" something or someone/last 30 days | 41,996 | 66.79 | 27.51 | 110 |
| Activities using social media, photo or video-sharing site: Clicked on an advertisement/last 30 days | 28,918 | 67.10 | 18.95 | 111 |

**Appendix 4**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Website and Social Media Usage: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Activities using social media, photo or video-sharing site: Watched a video/last 30 days | 78,024 | 63.80 | 51.12 | 105 |
| Activities using social media, photo or video-sharing site: Posted your current location/last 30 days | 11,076 | 66.26 | 7.26 | 109 |
| Activities using social media, photo or video-sharing site: Re-posted or shared a post created by someone else/last 30 days | 35,048 | 64.40 | 22.96 | 106 |

* Projections relatively unstable
Source: 2021 GFK MRI-Simmons Spring Doublebase

**Appendix 5**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data – Spring 2021 Doublebase**
**Print Media Ranking: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Parade Carrier Newspapers [m] | 25,650 | 59.54 | 16.80 | 98 |
| AARP The Magazine: Print + Digital Edition [29] | 21,183 | 57.33 | 13.88 | 95 |
| Costco Connection: Print + Digital Edition [29] | 18,604 | 65.62 | 12.19 | 108 |
| People: Print + Digital Edition [29] | 17,339 | 60.55 | 11.36 | 100 |
| Better Homes & Gardens: Print + Digital Edition [29] | 15,834 | 58.61 | 10.37 | 97 |
| National Geographic: Print + Digital Edition [29] | 15,074 | 61.09 | 9.88 | 101 |
| New York Times (Sunday) [newspaper]: Print + Digital Edition [29] | 12,655 | 67.98 | 8.29 | 112 |
| New York Times (Daily) [newspaper]: Print + Digital Edition [29] | 12,038 | 67.91 | 7.89 | 112 |
| TIME: Print + Digital Edition [29] | 8,429 | 60.93 | 5.52 | 101 |
| Sports Illustrated: Print + Digital Edition [29] | 8,342 | 61.31 | 5.47 | 101 |
| Reader's Digest: Print + Digital Edition [29] | 8,136 | 55.19 | 5.33 | 91 |
| Good Housekeeping: Print + Digital Edition [29] | 7,880 | 54.76 | 5.16 | 90 |
| Southern Living: Print + Digital Edition [29] | 7,569 | 57.69 | 4.96 | 95 |
| USA Today [newspaper]: Print + Digital Edition [29] | 7,475 | 65.23 | 4.90 | 108 |
| Wall Street Journal [newspaper]: Print + Digital Edition [29] | 7,465 | 68.22 | 4.89 | 113 |
| Food Network Magazine: Print + Digital Edition [29] | 7,285 | 60.09 | 4.77 | 99 |
| Consumer Reports: Print + Digital Edition [29] | 7,111 | 62.65 | 4.66 | 103 |
| Cosmopolitan: Print + Digital Edition [29] | 6,450 | 58.79 | 4.23 | 97 |
| Woman's Day: Print + Digital Edition [29] | 6,093 | 56.22 | 3.99 | 93 |
| Men's Health: Print + Digital Edition [29] | 6,074 | 63.82 | 3.98 | 105 |
| Taste of Home: Print + Digital Edition [29] | 5,997 | 57.52 | 3.93 | 95 |
| Entertainment Weekly: Print + Digital Edition [29] | 5,943 | 60.01 | 3.89 | 99 |
| Vogue: Print + Digital Edition [29] | 5,785 | 62.21 | 3.79 | 103 |
| HGTV Magazine: Print + Digital Edition [29] | 5,661 | 60.10 | 3.71 | 99 |
| Allrecipes: Print + Digital Edition [29] | 5,382 | 61.22 | 3.53 | 101 |
| Rolling Stone: Print + Digital Edition [29] | 5,287 | 60.48 | 3.46 | 100 |
| Forbes: Print + Digital Edition [29] | 5,268 | 65.61 | 3.45 | 108 |
| Us Weekly: Print + Digital Edition [29] | 5,156 | 61.44 | 3.38 | 101 |
| Women's Health: Print + Digital Edition [29] | 5,118 | 58.47 | 3.35 | 97 |
| Country Living: Print + Digital Edition [29] | 4,937 | 55.37 | 3.23 | 91 |
| Game Informer: Print + Digital Edition [29] | 4,807 | 61.55 | 3.15 | 102 |
| Vanity Fair: Print + Digital Edition [29] | 4,607 | 65.93 | 3.02 | 109 |
| Food & Wine: Print + Digital Edition [29] | 4,402 | 62.30 | 2.88 | 103 |
| Smithsonian: Print + Digital Edition [29] | 4,391 | 63.55 | 2.88 | 105 |
| Guns & Ammo: Print + Digital Edition [29] | 4,318 | 58.55 | 2.83 | 97 |
| TV Guide Magazine: Print + Digital Edition [29] | 4,206 | 53.27 | 2.76 | 88 |

1

**Appendix 5**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Print Media Ranking: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Bon Appétit: Print + Digital Edition [29] | 4,148 | 62.83 | 2.72 | 104 |
| Real Simple: Print + Digital Edition [29] | 4,074 | 65.24 | 2.67 | 108 |
| The New Yorker: Print + Digital Edition [29] | 3,969 | 67.09 | 2.60 | 111 |
| Travel + Leisure: Print + Digital Edition [29] | 3,918 | 66.59 | 2.57 | 110 |
| Car and Driver: Print + Digital Edition [29] | 3,900 | 63.89 | 2.55 | 106 |
| Martha Stewart Living: Print + Digital Edition [29] | 3,794 | 59.28 | 2.49 | 98 |
| Parents: Print + Digital Edition [29] | 3,782 | 57.21 | 2.48 | 94 |
| InStyle: Print + Digital Edition [29] | 3,695 | 63.80 | 2.42 | 105 |
| WebMD Magazine: Print + Digital Edition [29] | 3,603 | 56.89 | 2.36 | 94 |
| National Geographic Kids: Print + Digital Edition [29] | 3,518 | 59.52 | 2.30 | 98 |
| Magnolia Journal: Print + Digital Edition [29] | 3,493 | 63.61 | 2.29 | 105 |
| Essence: Print + Digital Edition [29] | 3,487 | 60.12 | 2.28 | 99 |
| EatingWell: Print + Digital Edition [29] | 3,361 | 58.70 | 2.20 | 97 |
| Popular Mechanics: Print + Digital Edition [29] | 3,342 | 62.07 | 2.19 | 103 |
| People en Español: Print + Digital Edition [29] | 3,327 | 55.23 | 2.18 | 91 |
| Health: Print + Digital Edition [29] | 3,259 | 53.96 | 2.14 | 89 |
| MotorTrend: Print + Digital Edition [29] | 3,167 | 61.76 | 2.08 | 102 |
| GQ (Gentlemen's Quarterly): Print + Digital Edition [29] | 3,098 | 64.35 | 2.03 | 106 |
| Wired: Print + Digital Edition [29] | 3,085 | 67.13 | 2.02 | 111 |
| This Old House: Print + Digital Edition [29] | 2,915 | 59.03 | 1.91 | 97 |
| Family Handyman: Print + Digital Edition [29] | 2,896 | 60.68 | 1.90 | 100 |
| Elle: Print + Digital Edition [29] | 2,864 | 63.82 | 1.88 | 105 |
| Discover: Print + Digital Edition [29] | 2,841 | 55.30 | 1.86 | 91 |
| Golf Magazine: Print + Digital Edition [29] | 2,760 | 65.07 | 1.81 | 107 |
| Woman's World: Print + Digital Edition [29] | 2,624 | 55.41 | 1.72 | 92 |
| Golf Digest: Print + Digital Edition [29] | 2,553 | 67.19 | 1.67 | 111 |
| The Atlantic: Print + Digital Edition [29] | 2,549 | 70.11 | 1.67 | 116 |
| American Rifleman: Print + Digital Edition [29] | 2,536 | 56.13 | 1.66 | 93 |
| Allure: Print + Digital Edition [29] | 2,387 | 62.80 | 1.56 | 104 |
| Shape: Print + Digital Edition [29] | 2,372 | 67.64 | 1.55 | 112 |
| National Wildlife: Print + Digital Edition [29] | 2,366 | 55.08 | 1.55 | 91 |
| Birds & Blooms: Print + Digital Edition [29] | 2,364 | 53.12 | 1.55 | 88 |
| Condé Nast Traveler: Print + Digital Edition [29] | 2,344 | 69.59 | 1.54 | 115 |
| House Beautiful: Print + Digital Edition [29] | 2,314 | 56.31 | 1.52 | 93 |
| Guideposts: Print + Digital Edition [29] | 2,141 | 53.02 | 1.40 | 88 |
| Prevention: Print + Digital Edition [29] | 2,076 | 53.59 | 1.36 | 89 |
| The Economist: Print + Digital Edition [29] | 2,016 | 70.16 | 1.32 | 116 |
| In Touch: Print + Digital Edition [29] | 1,993 | 60.46 | 1.31 | 100 |
| Hot Rod: Print + Digital Edition [29] | 1,981 | 57.08 | 1.30 | 94 |
| National Enquirer: Print + Digital Edition [29] | 1,980 | 55.38 | 1.30 | 91 |

**Appendix 5**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Print Media Ranking: Used an ATM/Cash Machine in the Last 12 Months**

Base: All

| | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| New York Magazine: Print + Digital Edition [29] | 1,979 | 64.23 | 1.30 | 106 |
| Outside: Print + Digital Edition [29] | 1,963 | 63.60 | 1.29 | 105 |
| Entrepreneur: Print + Digital Edition [29] | 1,938 | 60.90 | 1.27 | 101 |
| Star: Print + Digital Edition [29] | 1,915 | 53.93 | 1.25 | 89 |
| Bloomberg Businessweek: Print + Digital Edition [29] | 1,902 | 66.26 | 1.25 | 109 |
| Men's Journal: Print + Digital Edition [29] | 1,886 | 64.92 | 1.24 | 107 |
| Scientific American: Print + Digital Edition [29] | 1,876 | 65.00 | 1.23 | 107 |
| Architectural Digest: Print + Digital Edition [29] | 1,838 | 66.16 | 1.20 | 109 |
| Fortune: Print + Digital Edition [29] | 1,797 | 65.17 | 1.18 | 108 |
| Psychology Today: Print + Digital Edition [29] | 1,787 | 60.78 | 1.17 | 100 |
| Diabetes Self-Management: Print + Digital Edition [29] | 1,722 | 46.81 | 1.13 | 77 |
| American Hunter: Print + Digital Edition [29] | 1,640 | 56.01 | 1.07 | 93 |
| Esquire: Print + Digital Edition [29] | 1,637 | 63.11 | 1.07 | 104 |
| Wine Spectator: Print + Digital Edition [29] | 1,636 | 68.45 | 1.07 | 113 |
| Traditional Home: Print + Digital Edition [29] | 1,632 | 58.91 | 1.07 | 97 |
| Harper's Bazaar: Print + Digital Edition [29] | 1,600 | 58.67 | 1.05 | 97 |
| OK!: Print + Digital Edition [29] | 1,565 | 62.00 | 1.03 | 102 |
| Mother Earth News: Print + Digital Edition [29] | 1,509 | 58.52 | 0.99 | 97 |
| Texas Monthly: Print + Digital Edition [29] | 1,493 | 59.85 | 0.98 | 99 |
| American Legion: Print + Digital Edition [29] | 1,452 | 52.14 | 0.95 | 86 |
| Road & Track: Print + Digital Edition [29] | 1,442 | 61.89 | 0.95 | 102 |
| Marie Claire: Print + Digital Edition [29] | 1,412 | 63.60 | 0.92 | 105 |
| Game & Fish: Print + Digital Edition [29] | 1,407 | 55.10 | 0.92 | 91 |
| Maxim: Print + Digital Edition [29] | 1,393 | 56.79 | 0.91 | 94 |
| Midwest Living: Print + Digital Edition [29] | 1,374 | 54.96 | 0.90 | 91 |
| Country: Print + Digital Edition [29] | 1,366 | 50.40 | 0.90 | 83 |
| First For Women: Print + Digital Edition [29] | 1,309 | 54.43 | 0.86 | 90 |
| Bassmaster: Print + Digital Edition [29] | 1,296 | 54.13 | 0.85 | 89 |
| Town & Country: Print + Digital Edition [29] | 1,284 | 51.92 | 0.84 | 86 |
| Kiplinger's Personal Finance: Print + Digital Edition [29] | 1,278 | 66.03 | 0.84 | 109 |
| In-Fisherman: Print + Digital Edition [29] | 1,227 | 53.36 | 0.80 | 88 |
| THE WEEK: Print + Digital Edition [29] | 1,204 | 65.02 | 0.79 | 107 |
| Runner's World: Print + Digital Edition [29] | 1,198 | 68.60 | 0.78 | 113 |
| Life & Style Weekly: Print + Digital Edition [29] | 1,189 | 53.86 | 0.78 | 89 |
| Elle Décor: Print + Digital Edition [29] | 1,141 | 55.91 | 0.75 | 92 |
| Hunting: Print + Digital Edition [29] | 1,130 | 52.46 | 0.74 | 87 |
| Four Wheeler: Print + Digital Edition [29] | 1,093 | 64.31 | 0.72 | 106 |
| Yoga Journal: Print + Digital Edition [29] | 1,046 | 57.54 | 0.69 | 95 |
| Ducks Unlimited: Print + Digital Edition [29] | 1,032 | 60.42 | 0.68 | 100 |
| Country Sampler: Print + Digital Edition [29] | 1,018 | 52.21 | 0.67 | 86 |
| Golfweek: Print + Digital Edition [29] | 1,016 | 61.95 | 0.67 | 102 |

**Appendix 5**
*Mackmin et al. v. Visa Inc. et al.*
**MRI Data - Spring 2021 Doublebase**
**Print Media Ranking: Used an ATM/Cash Machine in the Last 12 Months**

**Base: All**

|  | Audience (000) | % Coverage | % Composition | Index |
|---|---|---|---|---|
| Cooking with Paula Deen: Print + Digital Edition [29] | 1,009 | 50.26 | 0.66 | 83 |
| Inc.: Print + Digital Edition [29] | 1,001 | 65.77 | 0.66 | 109 |
| Cigar Aficionado: Print + Digital Edition [29] | 930 | 70.33 | 0.61 | 116 |
| Boating: Print + Digital Edition [29] | 873 | 58.40 | 0.57 | 96 |
| Bicycling: Print + Digital Edition [29] | 859 | 62.25 | 0.56 | 103 |
| Ski: Print + Digital Edition [29] | 806 | 64.25 | 0.53 | 106 |
| VFW Magazine: Print + Digital Edition [29] | 791 | 53.71 | 0.52 | 89 |
| Reminisce: Print + Digital Edition [29] | 787 | 45.59 | 0.52 | 75 |
| USA Hockey: Print + Digital [29] | 760 | 66.66 | 0.50 | 110 |
| Parents Latina: Print + Digital Edition [29] | 744 | 52.38 | 0.49 | 87 |
| Dwell: Print + Digital Edition [29] | 743 | 66.18 | 0.49 | 109 |
| The Elks Magazine: Print + Digital Edition [29] | 731 | 58.72 | 0.48 | 97 |
| Backpacker: Print + Digital Edition [29] | 728 | 61.07 | 0.48 | 101 |
| Salt Water Sportsman: Print + Digital Edition [29] | 712 | 59.36 | 0.47 | 98 |
| Yankee: Print + Digital Edition [29] | 702 | 58.01 | 0.46 | 96 |
| The Saturday Evening Post: Print + Digital Edition [29] | 695 | 48.17 | 0.46 | 80 |
| Veranda: Print + Digital Edition [29] | 669 | 61.53 | 0.44 | 102 |
| Tennis: Print + Digital Edition [29] | 620 | 59.36 | 0.41 | 98 |
| Barron's: Print + Digital Edition [29] | 492 | 61.39 | 0.32 | 101 |

* Projections relatively unstable

Source: 2021 GFK MRI-Simmons Spring Doublebase

# EXHIBIT B

**EXHIBIT B**

# LINDA V. YOUNG
**Linda.Young@abdata.com**

## EXPERIENCE

### A.B. Data, Ltd., Milwaukee, WI

Vice President, Media

Lead the A.B. Data Class Action Administration media team in research, development, and implementation of media notice plans for settlements and other class action administrations. Cases include the following:

### Antitrust/Commodities Cases

- *Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee v. Momenta Pharmaceuticals, Inc. et al.,* (Case No. 3:15-cv-01100) (M.D. Tenn.);

- *Laydon v. Mizuho Bank, Ltd., et al.,* No. 12-CV-3419 (GBD) and *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.,* No. 15-CV-5844 (GBD), United States District Court, Southern District of New York*;*

- *Sullivan v. Barclays plc et al.,* No. 13-cv-028111 (PKC), United States District Court, Southern District of New York*;*

- *In re Loestrin 24 FE Antitrust Litigation,* Case No. MDL 2472, United States District Court, District of  Rhode Island;

- *In re Resistors Antitrust Litigation* No. 3:15-cv-03820-JD, United States District Court, Northern District of California, San Francisco Division;

- *In re Qualcomm Antitrust Litigation,* No. 17-md-02773-LHK, United States District Court, Northern District of California, San Jose Division;

- *State of Washington v. LG Electronics, Inc., et al.,* No. 12-2-15842-8 SEA, State of Washington, King County Superior Court;

- *The State of New York, et al. v. Cephalon, Inc., et al.,* No. 16-cv-4234-MSG, United States District Court, Eastern District of Pennsylvania;

- *In re Liquid Aluminum Sulfate Antitrust Litigation,* No. 16-md-2687 (JLL) (JAD), United States District Court, District of New Jersey;

- *In re Aggrenox Antitrust Litigation,* No. 3:14-md-02516 (SRU)*,* United States District Court, District of Connecticut;

- *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation (All End-Payor Actions),* MDL No. 14-MD-2503-DJC, United States District Court, District of Massachusetts;

- *In re Capacitors Antitrust Litigations: All Indirect Purchaser Actions,* No. 14-CV-03264-JD, United States District Court, Northern District of California;

- *In re Polyurethane Foam Antitrust Litigation,* MDL Docket No. 2196, United States District Court, Northern District of Ohio;

- *In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation,* MDL No. 1508, United States District Court, Southern District of New York;

- *In re Warfarin Sodium Antitrust Litigation*, MDL No. 98-1232 (SLR), United States District Court, District of Delaware;

- *Blevins v. Wyeth-Ayerst Laboratories, Inc. and American Home Products Corp.,* No. 324380, Superior Court of California, County of San Francisco;

- *In re Terazosin Hydrochloride Antitrust Litigation,* 99-MDL-1317, United States District Court, Southern District of Florida;

- *In re Cardizem CD Antitrust Litigation,* 99-MD-1278, United States District Court, Eastern District of Michigan;

- *In re High Pressure Laminate Antitrust Litigation*, Civil Action No. 00C-1989 and Related Cases, Second Circuit Court for Davidson County, Tennessee, 20th Judicial District at Nashville;

- *In re Pennsylvania Baycol Third-Party Payor Litigation*, September Term, 2001 No. 001874, Court of Common Pleas, Philadelphia County, South Carolina;

- *In re Remeron End-Payor Antitrust Litigation*, Master File No. 02-CV-2007 (FSH), United States District Court, District of New Jersey;

- *In re Relafen Antitrust Litigation,* 01-12239-WGY, United States District Court, District of Massachusetts;

- *In re Buspirone Antitrust,* 01-MD-01413, United States District Court, Southern District of New York;

- *Rosemarie Ryan House, et al. v. GlaxoSmithKline PLC and SmithKline Beecham Corporation,* No. 2:02cv442, United States District Court, Eastern District of Virginia;

- *Cipro Cases I and II*, Judicial Council Coordination Proceedings Nos. 4154 and 4220, Superior Court of the State of California, County of San Diego;

- *In re Potash Antitrust Litigation (II),* No. 1:08-CV-6910, United States District Court, Northern District of Illinois;

- *In re Optiver Commodities Litigation,* No. 1:08-CV-06842-LAP, United States District Court, Southern District of New York;

- *In re: Rough Rice Commodity Litigation,* No. 11-CV-00618, United States District Court, Northern District of Illinois;

- *In re Platinum and Palladium Commodities Litigation (Platinum/Palladium Futures Action),* 10-CV-3617 (WHP) ("Futures Action"), United States District Court, Southern District of New York;

- *In re Platinum and Palladium Commodities Litigation (Platinum/Palladium Physical Action),* 10-CV-3617 (WHP) ("Physical Action"), United States District Court, Southern District of New York;

- *Kamakahi and Levy v. American Society for Reproductive Medicine and Society for Assisted Reproductive Technology,* No. 3:11-CV-1781 JCS, United States District Court, Northern District of California;

- *Mahoney v. Endo Health Solutions, Inc., et al.,* No. 15-CV-9841 (DLC), United States District Court, Southern District of New York;

- *In re London Silver Fixing, Ltd. Antitrust Litigation,* Case No. 14-MD-02573-VEC, 14-MC-02573-VEC, United States District Court, Southern District of New York;

- *In re GSE Bonds Antitrust Litigation,* Case No. 1:19-cv-01704 (JSR), United States District Court, Southern District of New York;

- *The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee, d/b/a Nashville General Hospital and American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan, v. Momenta Pharmaceuticals, Inc. and Sandoz Inc.,* Case No. 3:15-cv-01100, United States District Court, Middle District of Tennessee, Nashville Division;

- *In re Libor-Based Financial Instruments Antitrust Litigation, Metzler Investment GmbH, et al., v. Credit Suisse Group AG, et al.* Master File No. 11-md-2262 (NRB) Case No. Civ. 2613 (Exchange-Based Action), United States District Court, Southern District of New York;

- *Laydon v. Mizuho Bank, Ltd., et al.,* No. 12-CV-3419 (GBD) and *Sonterra Capital Master Fund Ltd., et al. v. UBS AG, et al.* No. 15-CV-5844 (GBD), United States District Court, Southern District of New York;

- *Sullivan v. Barclays plc et al.,* No. 13-cv-028111 (PKC), United States District Court, Southern District of New York;

- *In re: EpiPen (Epinephrine Injection, USP) Marketing, Sales Practices and Antitrust Litigation,* MDL No: 2785 Case No. 17-md-2785-DDC-TJJ, In the United States District Court for the District of Kansas;

- *In re Pork Antitrust Litigation* Civil No. 0:18-1779 (JRT/HB) United States District Court, District Court of Minnesota;

- *Breckenridge Brewery of Colorado, LLC, a Colorado limited liability company; and BBD Acquisition CO., a Colorado corporation, On behalf of themselves and all other similarly situated direct purchasers of natural gas in the State of Colorado, Plaintiffs, v. XCEL ENERGY, INC., E PRIME, INC., Defendants.* Civil Action No. 06-cv-01110-REB-MEH In The United States District Court for the District of Colorado;

- *In re Namenda Indirect Purchaser Antitrust Litigation* Case No. 1:15-cv-06549-CM-RWL In The United States District Court for the Southern District of New York

- *In re Mexican Government Bonds Antitrust Litigation* Case No. 18-cv-02830-JPO United States District Court for the Southern District of New York

**Securities Cases**

- *Gregory Boutchard and Synova Asset Management, LLC, individually and on behalf of all others similarly situated, Plaintiffs, v. Kamaldeep Gandhi, Yuchun Mao a/k/a Bruce Mao, Krishna Mohan, Tower Research Capital LLC, and John Doe Nos. 1 – 5, Defendants.* Case No. 1:18-cv-07041, United States District Court Northern District of Illinois Eastern Division;

- *Elkin v. Walter Investment Management Corp.,* No. 2:17-cv-02025-JCJ, United States District Court, Eastern District of Pennsylvania;

- *In re Flowers Foods, Inc. Securities Litigation,* No. 7:16-CV-00222 (WLS), United States District Court, Middle District of Georgia, Valdosta Division;

- *Steven Lazan v. Quantum Corporation, et. al.,* No. 3.18-cv-00923-RS, United States District Court, Northern District of California;

- *Cheng Jiangchen, Individually and on Behalf of All Others Similarly Situated v. Rentech, Inc., Keith B. Forman, and Jeffrey Spain*, No. 2.17-cv-01490-GW-FFM, United States District Court, Central District of California;

- *In re Medley Capital Stockholder Litigation,* No. 2019-0100-KSJM, The Court of Chancery of the State of Delaware;

- *Judith Godinez, Individually and on Behalf of All Others Similarly Situated v. Alere, Inc., et. al.,* No. 1.16-cv-10766-PBS, United States District Court, District of Massachusetts;

- *Edmund Murphy III, Individually and on Behalf of All Others Similarly Situated v. JBS S.A.,* No. 1.17-cv-03084-ILG-RER, United States District Court, Eastern District of New York;

- *In re Starz Stockholder Litigation,* No. 12584-VCG, The Court of Chancery of the State of Delaware;

- *In re Quality Systems, Inc. Securities Litigation,* No. 8:13-cv-01818-CJC-JPR, United States District Court, Central District of California, Southern Division*;*

- *In re PTC Therapeutics, Inc. Securities Litigation,* No. 16-1224 (KM)(MAH), United States District Court, District of New Jersey*;*

- *Aude, et al., v. Kobe Steel, Ltd., et al.,* No. 17-CV-10085-VSB, United States District Court, Southern District of New York*;*

- *Rahman v. GlobalSCAPE, Inc., et al.,* No. 5:17-cv-00753-XR, United States District Court, Western District of Texas*;*

- *In re CytRx Corporation Securities Litigation,* No. 2:16-CV-05519-SJO-SK, United States District Court, Central District of California*;*

- *In re CPI Card Group Inc. Securities Litigation,* No. 16-cv-04531 (LAK), United States District Court, Southern District of New York;

- *Singh v. 21Vianet Group, Inc.,* No. 2:14-cv-00894-JRG-RSP, United States District Court, Eastern District of Texas, Marshall Division;

- *Kasper v. AAC Holdings, Inc., et al.,* No. 3:15-CV-00923-JPM, United States District Court, Middle District of Tennessee, Nashville Division*;*

- *In re Facebook, Inc. IPO Securities and Derivative Litigation,* MDL No. 12-2389, United States District Court, Southern District of New York*;*

- *GFI Group, Inc. Securities Litigation,* No. 1:14-CV-09438 WHP, United States District Court, Southern District of New York*;*

- *In re Juno Therapeutics Inc.,* No. C16-1069 RSM, United States District Court, Western District of Washington at Seattle*;*

- *Zacharia v. Straight Path Communications, Inc. et al.,* Case No. 2:15-CV-08051-JMV-MF, United States District Court, District of New Jersey;

- *In re DFC Global Corp. Securities Litigation*, Civ. A. No. 2:13-CV-06731-BMS, United States District Court, Eastern District of Pennsylvania;

- *In re Berkshire Realty Company, Inc. Shareholder Litigation,* C.A. No. 17242, Court of Chancery, State of Delaware in and for New Castle County;

- *Lipson, et al. v. Simon et al.,* 98-CV-4573 (TCP), United States District Court, Eastern District of New York;

- *In re Service Corporation International*, Civil Action H-99-280, United States District Court, Southern District of Texas;

- *Hicks v. Morgan Stanley & Co.,* 01 Civ. 10071 (RJH), United States District Court, Southern District of New York;

- *High Tide Harry's, Inc. v. Waste Management Inc. of Florida,* 05-CA-009441, 9th Judicial Circuit, State of Florida;

- *In re Campbell Soup Co. Securities Litigation,* 00-152-JEI, United States District Court, District of New Jersey;

- *Abrams v. Van Kampen Funds, Inc.* 01-C-7538, United States District Court, Northern District of Illinois;

- *In re Seitel, Inc. Securities Litigation,* No. 02-1566, United States District Court, Southern District of Texas;

- *Stevelman v. Alias Research, Inc.,* 591-CV-00682 (EBB), United States District Court, District of Connecticut;

- *In re Phoenix Leasing Limited Partnership Litigation,* No. 173739, Superior Court of the State of California, County of Marin*;*

- *In re Nuko Information Systems, Inc.,* C-97-20471 EAI, United States District Court, Northern District of California*;*

- *In re PriceSmart Securities Litigation,* Master File No. 03-CV-2260-JAH- (BLM), United States District Court, Southern District of California*;*

- *In re General Electric Co. Securities Litigation,* Civ. No. 09-CIV-1951 (DLC) ECF CASE, United States District Court, Southern District of New York*;*

- *In re PAR Pharmaceutical Securities Litigation,* Master File No. 2:06-03226 (ES) (SCM), United States District Court, District of New Jersey*;*

- *In re ING Groep, N.V. ERISA Litigation,* Master File No. 1:09-CV-00400-JEC, United States District Court, Northern District of Georgia*;*

- *In re Massey Energy Co. Securities Litigation,* Civil Action No. 5:10-CV-00689-ICB, United States District Court, Southern District of West Virginia;

- *In re Fannie Mae 2008 Securities Litigation,* No. 08-CV-7831, United States District Court, Southern District of New York*;*

- *In re 2014 Avon Products, Inc. ERISA Litigation,* Case No. 1:14-cv-10083, United States District Court, Southern District of New York*;*

- *In re BioScrip, Inc. Securities Litigation,* Civil Action No. 13-CV-6922-AJN, United States District Court, Southern District of New York*;*

- *In re BP plc Securities Litigation,* No. 4:10-MD-02185, United States District Court, Southern District of Texas*;*

- *The Department of the Treasury of the State of New Jersey and Its Division of Investment v. Cliffs Natural Resources Inc., et al.,* No. 1:14-CV-1031, United States District Court, Northern District of Ohio;

- *In re Eastman Kodak ERISA Litigation,* Master File No. 6:12-CV-06051 DGL, United States District Court, Western District of New York;

- *In re NII Holdings, Inc. Securities Litigation,* Civ. No. 1:14-CV-00227-LMB-JFA, United States District Court, Eastern District of Virginia;

- *In re Nu Skin Enterprises, Inc., Securities Litigation,* Master File No. 2:14-CV-00033-JNP-BCW, United States District Court, District of Utah;

- *Första AP-Fonden and Danske Invest Management A/S v. St. Jude Medical, Inc., et al.,* Civil No. 12-3070 (JNE/HB), United States District Court, District of Minnesota;

- *In re TIBCO Software Inc. Stockholders Litigation,* Consolidated C.A. No. 10319-CB, Court of Chancery, State of Delaware;

- *In re Brightview Holdings, Inc. Securities Litigation,* Consolidated Civil Action Case No. 2019-07222, Court of Common Pleas of Montgomery County, Pennsylvania;

- *David Ronge, Individually and on Behalf of All Others Similarly Situated, v. Camping World Holdings, Inc., et al.,* Consolidated C.A. Case No. 1:18-cv-07030, United States District Court, Northern District of Illinois, Eastern Division;

- *In re Caraco Pharmaceutical Laboratories, Ltd. Shareholder Litigation,* Consolidated Case No. 10-014311-CB, State of Michigan, in the Circuit Court for the County of Wayne;

- *Yellow Dog Partners, LP, Individually and on Behalf of All Others Similarly Situated, vs. Curo Group Holdings Corp., et al.,* C.A. Civil Action No. 2:18-cv-02662-JWL-KGG, United States District Court, District of Kansas, Kansas City;

- *Vancouver Alumni Asset Holdings Inc., Individually and on Behalf of All Others Similarly Situated, v. Daimler AG, Dieter Zetsche, Bodo Uebber, and Thomas Weber,* Master Case No. 16-cv-02942-DSF-KS, *Maria Munro, Individually and on Behalf of All Others Similarly Situated, v.Daimler AG, Dieter Zetsche, Bodo Uebber, and Thomas Weber* Case No. 16-cv-03412-DSF-KS, United States District Court, Central District of California;

- *Jennifer Tung, Individually and on Behalf of all Others Similarly Situated, v. Dycom Industries, Inc., Steven E. Nielsen and Andrew Deferrari,* Case No: 18-cv-81448-SINGHAL, United States District Court Southern District of Florida;

- *In re Henry Schein, Inc. Securities Litigation,* Master File No. 1:18-cv-01428-MKB-VMS, United States District Court, Eastern District of New York;

- *In re Impinj, Inc. Securities Litigation,* C.A. No. 3:18-cv-05704-RSL, United States District Court, Western District of Washington at Seattle;

- *Richard Di Donato, Individually and On Behalf of All Others Similarly Situated, v. Insys Therapeutics, Inc.; et al.,* Class Action No. CV-16-00302-PHX-NVW, United States District Court, for the District of Arizona;

- *Oklahoma Firefighters Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, v. Lexmark International, Inc., Paul A. Rooke, David Reeder and Gary Stromquist,* Class Action, Civil Action No. 1:17-cv-05543-WHP, United States District Court, Southern District of New York;

- *In re Netshoes Securities Litigation,* Index No. 157435 / 2018, Supreme Court of the State of New York, New York County;

- *In re Sequans Communications S.A. Securities Litigation,* Class Action, Case No. 1:17-cv04665-FB-SJB, United States District Court, Eastern District of New York;

- *Spectrum Brands Holdings, Inc., David M. Maura, Joseph S. Steinberg, George C. Nicholson, Curtis Glovier, Frank Iannna, Gerald Luterman, Andrew A. McKnight, Andrew Whittaker and HRG Group, Inc.,* Case No. 2019-CV-000982, State of Wisconsin, Circuit Court Branch 3, Dane County;

- *SEB Investment Management AB, individually and on behalf of all others similarly situated, v. Symantec Corporation and Gregory S. Clark,* No. C 18-02902 WHA, United States District Court, Northern District of California;

- *United States Steel Corporation, et al.,* Case No. 2:17-cv-0579-CB, United States District Court, Western District of Pennsylvania;

- *Harry Ploss, as Trustee for the Harry Ploss Trust DTD 8/16/1993, on behalf of Plaintiff and all others similarly situated, v. Kraft Foods Group, Inc. and Mondelez Global LLC,* Case No. 15-cv-02937, United States District Court, Northern District of Illinois, Eastern Division;

- *Richard Medoff v. CVS Caremark Corp., et al.,* Civil No. 09-cv-544-JNL, United States District Court, District of New York;

- *Norfolk County Retirement System, individually and on behalf of all others similarly situated, v. Community Health Systems, Inc., Wayne T. Smith and W. Larry Cash,* Consolidated Civil Action No.: 11-cv-0433, United States District Court for the Middle District of Tennessee, Nashville Division;

- *Douglas S. Chabot, et al., Individually and on Behalf of All Others Similarly Situated, Plaintiffs v. Walgreens Boots Alliance, Inc., et al., Defendants,* Civil Action No. 1:18-cv-02118-JEJ-KM, United States District Court, Middle District of Pennsylvania;

- *In re Obalon Therapeutics Inc. Securities Litigation,* Master File No. 3:18-cv-00352-AJB-AHG, United States District Court, Southern District of California

- *Plymouth County Contributory Retirement System, Individually and on Behaf of All Others Similarly Situated, Plaintiff, vs. Adamas Pharmaceuticals, Inc.; William Ericson; Martha J. Demski; Ivan Lieberburg; Gregory T. Went; Michael F. Bigham; David L. Mahoney; John Macphee; Rajiv Patni; Jennifer J. Rhodes; Alfred G. Merriweather; Christopher B. Prentiss; Richard King; Mardi C. Dier; Merrill Lynch, Pierce, Fenner, & Smith Incoporated; Leerink Partners LLC; and Evercore Group L.L.C.,* Case No.; RG19018715, Superior Court of the State of California for the County of Alameda;

- *Harry Ploss, as Trustee for the Harry Ploss Trust DTD 8/16/1993, on behalf of Plaintiff and all others similarly situated, Plaintiffs, v. Kraft Foods Group, Inc. and Mondelez Global LLC, Defendants.* Case No.; 15-cv-02937, In the United States District Court for the Northern District of Illinois Eastern Division;

- *In re Perrigo Company PLC Securities Litigation,* Case No.; 1:19-cv-00070-DLC, United States District Court, Southern District of New York;

- *In re Qudian Inc. Securities Litigation,* Master File No.: 1:17-cv-09741-JMF, United States District Court, Southern District of New York;

- *City of Hallandale Beach Police Officers' and Firefighters' Personnel Retirement Trust, on Behalf of Itself and All Others Similarly Situated, Plaintiff, v. Charles W. Ergen, Michael T. Dugan, David J. Rayner, Echostar Corp., Echostar BSS Corp., Hughes Network Corp., and BSS Merger Sub, Inc. Defendants.* Case No.: A-19-797799-B Dept. No.: XI, District Court Clark County, Nevada;

- *Teamsters Local 456 Pension Fund, et al., Plaintiffs, vs. Universal Health Services, Inc., et al., Defendants.* Case No. 2:17-cv-02817-JHS, United States District Court, Eastern District of Pennsylvania;

13

- *Maz Partners LP, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. First Choice Healthcare Solutions, Inc. and Christian Romandetti, Sr., Defendants.* Case No. 6:19-cv-00619-PGB-LRH, United States District Court, Middle District of Florida Orlando Division;

- *In Re The Allstate Corporation Securities Litigation,* Case No. 16-cv-10510, In the United States District Court for the Northern District of Illinois Eastern Division;

- *In Re Willis Towers Watson PLC Proxy Litigation,* Civ. A. No. 1:17:cv-01338-AJT-JFA, In the United States District Court for the Eastern District of Virginia Alexandria Division;

- *Larry Enriquez, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. Nabriva Therapeutics PLC, TED Schroeder, Gary Sender, and Jennifer Schranz, Defendants.* Case No. 19 Civ. 4183 (VM), United States District Court, Southern District of New York;

- *In re Blue Apron Holdings, Inc. Securities Litigation* No. 17-cv-04846-NGG-PK, United States District Court, Eastern District of New York;

- *Christina Lewis, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. YRC Worldwide Inc., et al., Defendants.* Case No. 1:19-cv-00001-GTS-ATB, United States District Court, Northern District of New York;

- *Paul Eric Weiss, on behalf of himself and all other similarly situated former stockholders of Nutraceutical International Corporation, Plaintiff, v. Michael D. Burke, J. Kimo Esplin, Frank W. Gay II, Jeffrey A. Hinrichs, James D. Stice, HGGC Fund III, L.P. and HGGC LLC, Defendants.* C.A. No. 2020-0364-PAF, In The Court of Chancery of the State of Delaware;

- *Oklahoma Police Pension and Retirement System, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Sterling Bancorp, Inc.; Gary Judd; Thomas Lopp; Michael Montemayor; Scott Seligman; Barry Allen; Jon Fox; Seth Meltzer; Sandra Seligman; Peter Sinatra; Benjamin Wineman; Lyle Wolberg; Piper Sandler Companies; and American Capital*

14

*Partners, LLC, Defendants.* Case 5:20-cv-10490-JEL-EAS, United States District Court, Eastern District of Michigan;

- *SEB Investment Management AB, individually and on behalf of all others similarly situated, Plaintiffs, v. Symantec Corporation and Gregory S. Clark, Defendants.* Case No. 3:18-cv-02902-WHA ECF CASE, United States District Court, Northern District of California San Francisco Division;

- *Christopher Vataj, Plaintiff, v. William D. Johnson, et al., Defendants.* Case No. 19-cv-06996-HSG, United States District Court, Northern District of California;

- *Patrick Machniewicz, Individually and on behalf of all others similarly situated, Plaintiff, v. Uxin Limited, Kun Dai, Zhen Zeng, Rong Lu, Julian Cheng, Dou Shen, Hainan Tan, Morgan Stanley & Co. International PLC, Goldman Sachs (Asia) L.L.C., J.P. Morgan Securities LLC, China International Capital Corporation Hong Kong Securities Limited, and China Renaissance Securities (Hong Kong) Limited, Defendants.* Case No: 1:19-cv-822-MKB-VMS, United States District Court, Eastern District of New York;

- *Dr. William Tomaszewski, Individually and on Behalf of All Others Similarly Situated, Plaintiffs, v. Trevena, Inc., Maxine Gowen, and David Soergel, Defendants.* Civil Action No. 2:18-cv-4378-CMR, United States District Court, Eastern District of Pennsylvania;

- *In re Restoration Robotics, Inc. Securities Litigation.* Case No. 5:18-cv-03712-EJD, United States District Court, Northern District of California San Jose Division;

- *In re Dynagas LNG Partners LP Securities Litigation* Case No. 1:19-cv-04512 (AJN), United States District Court, Southern District of New York;

- *St. Lucie County Fire District Firefighters' Pension Trust, Individually and on Behalf of All Others Similarly Situated, Plaintiff, v. Southwestern Energy Company, et al., Defendants.* No. 2016-70651, In The District Court of Harris County, Texas 61ST Judicial District;

- *Hollywood Firefighters' Pension Fund, West Palm Beach Firefighters' Pension Fund, and Sheet Metal Workers' Local Union No. 80 Pension Trust Fund, on behalf of themselves and all others similarly situated, Plaintiffs, v. John C. Malone, Gregory B. Maffei, Gregg L. Engles, Ronald A. Duncan, Donne F. Fisher, and Richard R. Green, Defendants.* C.A. No. 2020-0880-SG, In The Court of Chancery of the State of Delaware;

- *Avi Yaron, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. Intersect ENT, Inc., Lisa D. Earnhardt, Jeryl L. Hilleman, and Robert H. Binney, Jr., Defendants.* Case No.: 4:19-cv-02647-JSW, United States District Court, Northern District of California;

## Consumer Cases

- *Charles Roberts, an individual, and Kenneth McKay, an individual, on Behalf of Themselves and Others Similarly Situated v. C.R. England, Inc., a Utah Corporation; and Opportunity Leasing, Inc., a Utah Corporation,* Civil Case No. 2:12-cv-00302, United States District Court, District of Utah, Central Division;

- *State of Washington v. Motel 6 Operating L.P. and G6 Hospitality LLC,* No. 18-2-00283-4 SEA, Superior Court of the State of Washington King County;

- *Wave Lengths Hair Salons of Florida, Inc., on Behalf of Itself and All Others Similarly Situated, d/b/a Salon Adrian v. CBL & Associates Properties, Inc., CBL & Associates Management, Inc.,*

*CBL & Associates Limited Partnership, and JC Gulf Coast Town Center, LLC,* No. 2:16-cv-206-FtM-PAM-MRM, United States District Court, Middle District of Florida, Fort Myers Division;

- *In re: Vizio, Inc., Consumer Privacy Litigation,* No. 8:16-ml-02693-JLS (KESx), United States District Court, Central District of California, Santa Ana Division;

- *In re Google LLC Streetview Electronic Communications Litigation,* Case No. 5:10-md-02184, United States District Court, Northern District of California, San Francisco Division;

- *MSPA Claims 1, LLC v. Ocean Harbor Cas. Ins. Co.,* No. 2015-1946 CA-01, Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida;

- *Valle v. Popular Community Bank,* No. 653936/2012, Supreme Court, State of New York, County of New York;

- *Bizarro, et al., v. Ocean County,* No. OCN-1644-17, Superior Court of New Jersey, Law Division, Ocean County;

- *Christina Martin et al. v. the State of Washington, et al.,* No 14-2-00016-7, Superior Court, State of Washington, County of Spokane;

- *Picant v. Premier Cruise Lines,* 96-06932-CA-FN, 18th Judicial Circuit, State of Florida;

- *McParland and Picking v. Keystone Health Plan Central, Inc.,* Civil Action No. 98-SU- 00770-01, Court of Common Pleas, York County, Pennsylvania;

- *Smith v. American Family Mutual Automobile Insurance Co.,* No. 00-CV-211554, Circuit Court of Jackson County, Missouri;

- *Phil Shin, on Behalf of Himself and All Others Similarly Situated v. Plantronics, Inc.,* No. 5:18-cv-05626-NC, United States District Court, Northern District of California;

- *Lincoln Adventures, LLC, a Delaware Limited Liability Company and Michigan Multi-King, Inc., a Michigan Corporation, on Behalf of Themselves and All Those Similarly Situated v. Those*

*Certain Underwriters at Lloyd's, London Members of Syndicates, et al.,* No. 2:08-cv-00235-CCC-JAD, United States District Court, Court of New Jersey;

- *Scott Meeker and Erin Meeker, Kelly Goodwin, Bruce Ely and Kristi Hauke, Elizabeth Borte and Rino Pasini, Christian Miner, and Judy Sanseri and Howard Banich; Individually and on Behalf of All Others Similarly Situated v. Bullseye Glass Co., an Oregon Corporation,* Civil Action No. 16CV07002, In the Circuit Court of the State of Oregon, County of Multnomah;

- *Duncan v. The Unity Life and Accident Insurance Association, et al.*, Civil Action No. 00-CIV-7621, United States District Court, Southern District of New York;

- *Duncan v. Columbian Protective Association of Binghamton, New York, and Columbian Mutual Life Insurance Company,* No. 00 CIV. 7236 (JGK), United States District Court, Southern District of New York;

- *Watkins, as Executrix of the Estate of Hines, and as Beneficiary of the Adult Whole Life Industrial Policy of Hines, v. Columbian Mutual Life Insurance Company, a Subsidiary of Columbian Financial Group, and Golden Eagle Mutual Life Insurance Corporation,* No. 03 CIV. 8620 (JGK), United States District Court, Southern District of New York;

- *In re: Benzion v. Vivint, Inc.,* No. 12-CV-61826-WJZ, United States District Court, Southern District of Florida;

- *In re: ADT Security Services, Inc.*, No. 1:11-CV-1925, United States District Court, Northeastern District of Illinois;

- *The State of Illinois v. Au Optronics Corporation, et al.,* No. 10 CH 34472, Circuit Court of Cook County, Illinois;

- *State of Washington v. AU Optronics Corporation, et al.,* No. 10-2-29164-4 SEA, King County Superior Court, Washington;

- *LLE One, LLC, et al. v. Facebook, Inc.,* Case No. 4:16-cv-06232-JSW, United States District Court, Northern District of California;

- *Mey v. Interstate National Dealer Services, Inc., et al.,* No. 1:14-CV-01846-ELR, United States District Court, Northern District of Georgia;

- *Estakhrian, et al., v. Obenstine, et al.,* No. CV11-3480-FMO (CWx), Nevada District Court;

- *Krakauer v. DISH Network, L.L.C.,* Civil Action No. 14-CV-333, United States District Court, Middle District of North Carolina;

- *Lofton v. Verizon Wireless (VAW) LLC,* No. 13-CV-05665-YGR, United States District Court, Northern District of California;

- *Lyons, et al., v. Litton Loan Servicing, LP, et al.,* No. 13-CV-00513, United States District Court, Southern District of New York;

- *Katz, et al. v. Live Nation, Inc., et al.,* Civil Action No. 1:09-CV-003740-MLC-DEA, United States District Court, District of New Jersey;

- *Bergman, et al. v. DAP Products Inc., et al.,* No. 14-CV-03205-RDB, United States District Court, District of Maryland;

- *In re Google LLC Street View Electronic Communications Litigation,* Case No. 3:10-md-02184-CRB, United States District Court, Northern District of California, San Francisco Division;

- *State of Washington v. Motel 6 Operating L.P. and G6 Hospitality LLC,* No. 18-2-00283-4 SEA, Superior Court of the State of Washington King County;

- *Valle v. Popular Community Bank,* No. 653936/2012, Supreme Court, State of New York, County of New York;

- *Royce Solomon, et al., individually and on behalf of all others similarly situated, v. American Web Loan, Inc., et al.,* Class Action, Civil Action No. 4:17-cv-0145-HCM-RJK, United States District Court, Eastern District of Virginia, Newport News Division;

- *Arandell Corporation, et al., v. Xcel Energy, Inc., et al.,* Case No.: 3:07-cv-00076-wme; *Newpage Wisconsin System Inc., v. CMS Energy Resource Management Company, et al.,* Case No.:3:09-cv-00240-wme, United States District Court for the Western District of Wisconsin;

- *Jeffrey Koenig and Marcellus Holt, on behalf of themselves and all others similarly situated, Plaintiffs, v. Vizio, Inc., Defendant.* LASC Case No: BC702266, Superior Court of the State of California for the County of Los Angeles;

- *Tallen Todorovich, on behalf of himself and all others similarly situated, Plaintiff, against, 63 Wall Street Owner, LLC and 67 Wall Street Owner LLC, Defendants.* Index No.: 161441/2019, Supreme Court of the State of New York, County of New York

- *Melissa Atkinson and Katie Renvall, Individually and on Behalf of Classes of Similarly Situated Individuals, Plaintiffs, v. Minted, Inc., Defendant.* Case No.: 3:20-cv-03869-VC, United States District Court, Northern District of California

**Employment Cases**

- *Tapanga Hardeman, et al., Plaintiff, v. Office of Lake County Sheriff, et al. Defendant.* Case No. 1:17-cv-08729, United States District Court, for the Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3 Eastern Division;

- *Ronen Sartena, Elizabeth Gordon, Nathaniel Dearth, and Isabel Strobing, on behalf of themselves and all others similarly situated, Plaintiffs, against, Meltwater News US, Inc. and Meltwater News US 1, INC., Defendants.* Index No.: 614389/2020, Supreme Court of the State of New York, County of Suffolk;

Mile Marker Zero, LLC, Greenville, SC

Principal
Directed the development of marketing and advertising plans for national and local clients, including the following:

- **Complete Claim Solutions, Inc.**

Mile Marker Zero worked with Complete Claim Solutions, Inc., for six years as its sole media planning and buying partner. Mile Marker Zero developed and implemented national and international print and earned media notice programs to support the notification of consumers and third-party payors in cases such as the following:

| Coumadin-Warfarin | Taxol | Van Kampen |
|---|---|---|
| Hytrin | Waste Management | Unity Life Insurance Co. |
| Cardizem | Campbell Soup | Premier Cruise Lines |
| Buspar | Alias Research | MedCo |
| Nuko | Augmentin | Berkshire Realty |
| Columbian Mutual Life | Keystone Health Plan | Platinol |
| Freeport-McMoRan | Seitel, Inc. Securities | Transaction System Architects |
| Sulpher, Inc. | Relefen | Remeron |
| Service Corporation | 3M-Scotch | Baycol |

| International | | |
|---|---|---|
| Smartforce, PLC | American Family Mutual Automobile Insurance Co. | Eaton Vance Corp. |
| Cipro | PriceSmart | Premarin |
| Morgan Stanley | | |

Other clients include:
- **The National Arthritis Foundation**
- **Papa Murphy's Pizza**
- **FIERO** (Fire Industry Equipment Research Organization) – national fire services association.
- **TeamPoint Systems, Inc.** – a global software company

**<u>Denny's Corporation, Spartanburg, SC</u>**

Senior National Advertising Manager

**<u>The Coca-Cola Company, Atlanta, GA</u>**

Advertising Services Manager

**<u>McCann Erickson, Atlanta, GA</u>**

Media Supervisor

**<u>EDUCATION</u>**

Bachelor of Business Administration, University of North Dakota

# EXHIBIT C



**Headquarters**
600 A.B. Data Drive
Milwaukee, WI 53217
P: 866-217-4470
F: 414-961-3099

**New York**
One Battery Park Plaza
32nd Floor
New York, NY 10004
P: 646-290-9137

**Washington DC**
915 15th St., NW, Ste. 300
Washington, DC 20005
P: 202-618-2900
F: 202-462-2085

**Florida**
5080 PGA Boulevard, Ste. 209
Palm Beach Gardens, FL 33418
P: 561-336-1801
F: 561-252-7720

**Israel**
19 Weissburg Street
Tel Aviv 69358
Israel
P: +972 (3) 720-8782



# CAPABILITIES

## About A.B. Data

Founded in 1981, **A.B. Data has earned a reputation** for expertly managing the complexities of class action administration in consumer, antitrust, securities, Securities and Exchange Commission (SEC) enforcement actions, and ERISA, Attorneys General, employment, civil rights, insurance, environmental, wage and hour, and other class action cases. **A.B. Data's work in all aspects of class action administration** has been perfected by decades of experience in hundreds of class action cases involving billions of dollars in total settlements. Dedicated professionals deliver **A.B. Data's all-inclusive services,** working in partnership with its clients to administer their class action cases effectively, efficiently, and affordably, regardless of size or scope.

**A.B. Data offers unmatched resources and capacity** and is capable of expertly administering any class action notice, settlement, and/or fund administration. Whether notifying millions of class members in the United States or throughout the world, processing millions of claims, distributing payments digitally via A.B. Data's Digital PayPortal℠, or printing and distributing millions of checks, **A.B. Data matches its talent and technology** to the specific needs of its clients, delivering unparalleled service on time and on budget without ever compromising quality.

## Location, Ownership Structure

**A.B. Data is an independently owned,** 39-year-old, Milwaukee, Wisconsin-based company that prides itself on its vast expertise and industry-leading innovations. We like to remind our clients and partners that we're not just a class action administration company, but a group of experienced, dedicated professionals who believe that relationships are just as important as the accurate and timely management of class action administrations. In other words, we are people who do business with people.

## Services

**Every A.B. Data client is deserving of the best job we can put forward.** A.B. Data makes class action administration easy for our clients with clarity, convenience, and efficiency. Our priority is to navigate the intricacies of our clients' matters and deliver successful results by using our solid expertise, advanced technology, and top-quality products and services. We pay attention to the details and get it right the first time.

We aim to provide our clients the full experience of a truly collaborative working relationship. It is why we believe much of our success originates from our philosophy of "people doing business with people."



## Services

### All Digital — From Notice to Distribution

**A.B. Data is uniquely positioned to design, implement, and maintain notice and settlement administration programs** using an innovative, "all-digital" approach that replaces the more traditional and less efficient methods of administration, such as newspaper ads, mailed notices, and paper checks. Many of our recent proposed notice plans and claim programs utilize the latest technologies such as microtargeted digital ads for notice, streamlined online claims, and distributing settlement funds electronically using a digital paywall. These methods provide significant cost savings, are consistent with the amendments to Rule 23 that are now in effect, and importantly provide much-needed alignment of class action notice and administration with current consumer behaviors.

### Pre-Settlement Consultation

**The pre-settlement consultation is a collaborative session** designed to help A.B. Data clients prepare a stronger case. Our support teams simplify the task of sorting through a maze of documents during investigation and discovery, streamlining the process and preserving fund assets. From there, we assist with fully interactive media packages for court presentations and settlement negotiations. A.B. Data works closely with our clients, offering expert testimony on documents, processing, class and notice manageability, and proposed plans of allocation.

### Media Services

**A.B. Data continues to earn our reputation** as the early innovator in integrating advanced micro-targeting techniques, including contextual targeting, behavioral targeting, and predictive modeling. Coupled with inventive digital media strategies to drive claims, case-specific banner ad development, class member research, and comScore analysis services, our multi-tiered media programs are designed to cost-effectively deliver notice to potential class members and increase claims rates.

### Notice Administration

**In A.B. Data, clients have a comprehensive resource** with a depth of experience in direct notice. Our compliance and understanding of Rule 23 of the Federal Rules of Civil Procedure are crucial in meeting the "plain language" legal requirements for any campaign. From our sophisticated digital media capabilities and extensive global experience with class member research, our experts create notice documents that are easily understandable and cost-efficient to produce. We consult with our clients to deliver notice documents from multi-page, mailed, or emailed notice packets to concise postcards that establish the most influential and cost-effective means of communicating with potential claimants.



## Claims Processing

**A.B. Data continues to bring game-changing technologies** to improve the speed and precision in claims processing. Our robust system for online claims submissions allows us to meticulously verify data and documentation, preserve and authenticate claims, and calculate and verify settlement amounts. In addition, our data network infrastructure includes on-site data storage, backup, contingency plans, and security for electronic and hard copy claim filings. It is all part of a total commitment to be the most innovative and comprehensive resource in the industry. At A.B. Data, we take pride in having the in-house capacity to process millions of pages, as well as the organizational integrity to treat every claim as if it were the only one.

## Contact Center

**A.B. Data's Contact Center is comprised of a full staff** that is trained on and equipped with online and telecommunication systems to monitor and connect with class members. Associates routinely monitor class member communication for all class action administrations, including antitrust, consumer, and securities.

Utilizing monitoring software, associates watch multiple social media channels simultaneously, allowing for instantaneous routing of inquiries and interaction with claimants. Detailed and concise analytical reports outlining Contact Center activities are always provided.

Our Contact Center and case websites are capable of handling millions of class member engagements, as recently displayed in a campaign which garnered over 1.2 million website visits in two months and had more than 72,500 Facebook engagements. Facebook comments and threads are monitored and claimants are guided to the website for more information. Google AdWords and display advertising have also brought hundreds of thousands of visitors to various case websites.

A.B. Data's Contact Center also has Spanish language associates in-house and we can accommodate any language, given proper lead time. Traditional call center facilities are also available, if needed.

## Case Websites

**We offer a state-of-the-art technology platform** that supports every step of our class action administration process. Our expert marketing professionals design customized case-specific websites that provide potential class members easy access to case information, critical documents, important deadlines, as well as the capability to file claim forms and register for future mailings about the case. Claimants can use the website to elect to receive their settlement payments by mail or by one of several digital payment options, all accessible by mobile devices.

## Settlement Fund Distribution

**From complete escrow services to establishment of qualified settlement funds,** check printing and mailing, electronic cash or stock distribution and tax services, A.B. Data has always provided a full-service solution to Settlement Fund Distribution. Our IT team has decades of experience in developing and implementing fast, secure databases and claims administration systems that ensure class members receive the correct amount in their settlement disbursement. Today's digital capabilities allow even greater convenience for class members. In certain instances, claimants can now elect to instantaneously receive settlement payments through popular digital-payment options, such as PayPal, Amazon, and virtual debit cards.



# A.B. Data's Leadership

 **A.B. Data's administration team** is composed of the following key executives, who collectively have decades of experience settling and administering class actions:

**Bruce A. Arbit, Co-Managing Director** and one of the founders of the A.B. Data Group, serves as Chairman of the Board and oversees the day-to-day operations of the A.B. Data Group of companies, employing almost 400 people in the United States and Israel. Mr. Arbit is also Chairman of the Board of Integrated Mail Industries, Ltd. and has served as a member of the Board of Directors of University National Bank and State Financial Bank. He is the past Chairman of Asset Development Group, Inc., Home Source One, and American Deposit Management and is a member of the National Direct Marketing Association, the Direct Marketing Fundraising Association, and the American Association of Political Consultants. He was named 1996 Direct Marketer of the Year by the Wisconsin Direct Marketing Association.

A.B. Data's work in class action litigation support began with the Court selecting A.B. Data to oversee the restitution effort in the now-famous Swiss Banks Class Action Case, the International Commission on Holocaust Era Insurance Claims, and every other Holocaust Era Asset Restitution program, in which it was the company's job to identify, contact, and inform survivors of the Holocaust. A.B. Data delivered by reaching out to millions of people in 109 countries who spoke more than 30 languages. Since those days, Mr. Arbit has guided the class action division through phenomenal growth and success. Today, A.B. Data manages hundreds of administrations annually that distributes billions of dollars to class members.

**Thomas R. Glenn, President**, Mr. Glenn's management of A.B. Data's Class Action Administration Company includes designing and implementing notice plans and settlement administration programs for antitrust, securities, and Securities and Exchange Commission settlements and SEC disgorgement fund distributions, as well as consumer, employment, insurance, and civil rights class actions. Mr. Glenn previously served as Executive Vice President at Rust Consulting and has more than 30 years of executive leadership experience.

**Eric Miller, Senior Vice President**, as a key member of A.B. Data's Class Action Administration Leadership Team, oversees the Case Management Department and supervises the operations and procedures of all of A.B. Data's class action administration cases. Mr. Miller is recognized in the class action administration industry as an expert on securities, SEC, consumer, product recall, product liability, general antitrust, pharmaceutical antitrust, and futures contract settlements, to name a few settlement types. Prior to joining A.B. Data, Mr. Miller served as the Client Service Director for Rust Consulting, responsible there for its securities practice area. He has more than 20 years of operations, project management, quality assurance, and training experience in the class action administration industry. In addition, Mr. Miller manages A.B. Data's office in Palm Beach Gardens, Florida.

**Ravin Raj, Vice President-Operations**, has more than 15 years of experience in class action claims management, document management, and insurance claims remediation. Mr. Raj's responsibilities for A.B. Data's Class Action Administration Company include heading the shared operations center, which includes mailroom, contact center, claims processing, quality control, and information systems operations. His areas of expertise include business process development, strategic/tactical operations



planning and implementation, risk analysis, budgeting, business expansion, growth planning and implementation, cost reduction, and profit, change, and project management. In his previous position, as Assistant Vice President-Operations at RR Donnelley India Pvt. Ltd., in Chennai, India, he led a team of more than 400 employees with the capacity to process more than 4 million claims a year, servicing several leading claims administrators. Mr. Raj managed six of the top ten securities class action settlements, by settlement value, including several multibillion-dollar settlements. His background also includes work as a Project Lead for iMarque Solutions Pvt. Ltd., Chennai, India.

**Linda V. Young, Vice President, Media**, oversees the Media Department and is responsible for the direction, development, and implementation of media notice plans for A.B. Data's clients. Ms. Young is an expert in media planning using most forms of advertising including digital, print, and broadcast. She developed some of the first Court-approved Notice Plans using an all-digital approach for cases such as *In re Vizio Consumer Privacy Litigation*, *In re Qualcomm Antitrust Litigation*, and *In re Google Inc. Street View Electronic Communications Litigation*, among others. Her ability to create notice plans that efficiently extend reach and drive class member engagement and participation has made a significant impact across many types of administrations. Ms. Young has developed and implemented national and international print, digital-, and earned-media notice plans for some of the industry's leading pharmaceutical, insurance, and securities class action cases, including Libor-based Financial Instruments Antitrust Litigation, Cipro Antitrust Cases I and II, Euribor and Euroyen-based Derivatives cases, and many more. She has more than 20 years of general market and ethnic media advertising and media planning experience, having managed advertising for brands such as Georgia-Pacific, American Express, Denny's, and Coca-Cola USA.

**Eric Schachter, Vice President**, is a member of A.B. Data's Class Action Administration Leadership Team. He has over 15 years of experience in the legal settlement administration services industry. Mr. Schachter's responsibilities include ensuring successful implementation of claims administration services for A.B. Data's clients in accordance with settlement agreements, court orders, and service agreements. He also works closely with Project Managers to develop plans of administration to provide the highest level of effective and efficient delivery of work product. A frequent speaker on claims administration innovation and best practices at industry events nationwide, Mr. Schachter has a bachelor's degree in sociology from Syracuse University, earned his law degree at Hofstra University School of Law, and was previously an associate at Labaton Sucharow LLP in New York City.

**Paul Sauberer, Director of Quality Assurance**, is responsible for overseeing quality assurance and process management, working diligently to mitigate risk, ensure exceptional quality control, and develop seamless calculation programming. Mr. Sauberer brings more than 20 years of experience as a quality assurance specialist with a leading claims-processing company where he developed extensive knowledge in securities class action administration. He is recognized as the class action administration industry's leading expert on claims and settlement administrations of futures contracts class actions.

**Justin Parks, Business Development Director**, provides expertise in legal marketing strategies and brings extensive experience in client relations to A.B. Data's business development team. Previously, Mr. Parks served the legal industry as part of the marketing group at a major class action administration firm where he successfully managed and consulted on notice plans and other administrative aspects in hundreds of cases with an estimated value of several hundred million dollars in settlement funds distributed to class members, including some of the largest Employment settlements in history. Mr. Parks is uniquely experienced in Data Privacy matters, having consulted with clients on numerous matters stemming from data breaches as well as violations of the Illinois Biometric Information Privacy Act (BIPA), several of which resulted in the first ever Biometric Privacy related settlements in history. Mr. Parks' knowledge and understanding of the class action industry, as well as his client relationship skills, expand A.B. Data's capacity to achieve its business development and marketing goals effectively.



**Camron Assadi, Vice President, Digital Marketing**, has more than 20 years of experience in digital marketing leadership, which includes directing and overseeing all aspects of the company's digital notice plans and campaigns across multiple networks and platforms. Mr. Assadi is an expert in online advertising and social media campaigns including Facebook, Google Ads, LinkedIn, Twitter, Amazon, Pinterest, Verizon Media, and others. He holds certifications in Google Ads Display and Search, and is a Facebook Certified Digital Marketing Associate. His ability to create and optimize business opportunities, extend brand reach, and capture the interest and support of local and international audiences has proven him an invaluable leader of A.B. Data's effort to maximize and streamline class member notice and engagement. Mr. Assadi has managed the notice plans for cases that have garnered millions of unique visitors and social media interactions. He holds a BS in Psychology from the University of Utah.

**Adam Walter, PMP, Senior Project Manager**, has nearly fifteen years of experience managing the administration of securities class action settlements and SEC disgorgements totaling more than $4 billion. He has managed settlement programs in engagements involving some of the largest securities class action settlements and is a key contributor to the development of administration strategies that meet the evolving needs of our clients. His responsibilities include developing case administration strategies to ensure that all client and court requirements and objectives are met, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to class counsel, overseeing notice dissemination programs, implementing complex claims-processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Walter holds a bachelor's degree in business administration from Florida Atlantic University, Boca Raton, Florida. He also has been an active member of the Project Management Institute since 2010 and is PMP®-certified.

**Steve Straub, Senior Project Manager**, joined A.B. Data in February 2012. As a Senior Project Manager, his responsibilities include developing case administration strategies, overseeing daily operations of case administrations, ensuring execution of client deliverables, providing case-related legal and administration support to case counsel, overseeing notice dissemination programs, implementing complex claims processing and allocation methodologies, establishing quality assurance and quality control procedures, and managing distribution of settlement funds. Mr. Straub's experience in administering class action settlements includes securities, consumer, and antitrust settlements, with a primary focus on antitrust cases. He holds a Juris Doctor degree from Seton Hall University School of Law, Newark, New Jersey.

**Patty Nogalski, Project Manager**, is a veteran in the equity and securities industry and now contributes her talents to A.B. Data as a Project Manager specializing in class action administrations for securities litigation. Ms. Nogalski brings to A.B. Data many new ideas, methods, and technologies to achieve project efficiency and organizational integration. For much of her twenty-year career, she served as Vice President Equity Trading for BMO Global Asset Management Corporation where she managed equity trading for mutual funds and institutional accounts. She works closely with Eric Miller and the project management team to deliver strategies that meet the unique needs of securities and commodities settlements. Ms. Nogalski attended the University of Wisconsin-Milwaukee where she earned her Bachelor of Arts in Communications, and has also obtained her Financial Industry Regulatory Authority (FINRA) Series 7, Series 63, and Series 65 licenses.

**Eric Schultz, MCSE, Information Technology Manager and Security Team Chairperson**, has been with A.B. Data for more than 19 years, and is currently responsible for overseeing all information technology areas for all A.B. Data divisions across the United States and abroad, including network infrastructure and architecture, IT operations, data security, disaster recovery, and all physical, logical, data, and information systems security reviews and audits required by our clients or otherwise. As a Microsoft Certified Systems Engineer (MCSE) with more than 25 years of experience in information technology systems and solutions, Mr. Schultz has developed specializations in network security, infrastructure, design/architecture, telephony, and high-availability network systems.



## Secure Environment

 **A.B. Data's facilities provide the highest level of security** and customization of security procedures, including:

- A Secure Sockets Layer server
- Video monitoring
- Limited physical access to production facilities
- Lockdown mode when checks are printed
- Background checks of key employees completed prior to hire
- Frequency of police patrol – every two hours, with response time of five or fewer minutes
- Disaster recovery plan available upon request

## Data Security

 **A.B. Data is committed to protecting the confidentiality, integrity, and availability of personal identifying information** and other information it collects from our clients, investors, and class members and requires that its employees, subcontractors, consultants, service providers, and other persons and entities it retains to assist in distributions do the same. A.B. Data has developed an Information Security Policy, a suite of policies and procedures intended to cover all information security issues and bases for A.B. Data, and all of its divisions, departments, employees, vendors, and clients. A.B. Data has also recently taken the necessary, affirmative steps toward compliance with the EU's General Data Protection Regulation and the California Consumer Privacy Act.

A.B. Data has a number of high-profile clients, including the Securities and Exchange Commission (SEC), the United States Department of Justice, the Attorneys General of nearly all 50 states, other agencies of the United States government, and the Government of Israel, as well as direct banking and payment services companies with some of the most recognized brands in United States financial services and some of the largest credit card issuers in the world.

We are therefore frequently subjected to physical, logical, data, and information systems security reviews and audits. We have been compliant with our clients' security standards and have also been determined to be compliant with ISO/IEC 27001/2 and Payment Card Industry (PCI) data-security standards, the Gramm-Leach-Bliley Act (GLB) of 1999, the National Association of Insurance Commissioners (NAIC) Regulations, the Health Insurance Portability and Accountability Act (HIPAA) of 1996, and the Health Information Technology for Economic and Clinical Health Act (HITECH).

The Government of Israel has determined that A.B. Data is compliant with its rigorous security standards in connection with its work on Project HEART (Holocaust Era Asset Restitution Taskforce).

A.B. Data's fund distribution team has been audited by EisnerAmper LLP and was found compliant with class action industry standards and within 99% accuracy. EisnerAmper LLP is a full-service advisory and accounting firm and is ranked the 15th-largest accounting firm in the United States.



In addition, as part of PCI compliance requirements, A.B. Data has multiple network scans and audits from third-party companies, such as SecurityMetrics and 403 Labs, and is determined to be compliant with each of them.

## Fraud Prevention and Detection



**A.B. Data is at the forefront of class action fraud prevention.**

A.B. Data maintains and utilizes comprehensive proprietary databases and procedures to detect fraud and prevent payment of allegedly fraudulent claims.

We review and analyze various filing patterns across all existing cases and claims. Potential fraudulent filers are reported to our clients as well as to the appropriate governmental agencies where applicable.

## Representative Class Action Engagements

**A.B. Data and/or its team members have successfully administered** hundreds of class actions, including many major cases. Listed below are just some of the most representative or recent engagements.

### Consumer & Antitrust Cases

- *Phil Shin, et al. v. Plantronics, Inc.*
- *In re: Qualcomm Antitrust Litigation*
- *In re Resistors Antitrust Litigation*
- *The Hospital Authority of Metropolitan Government of Nashville and Davidson County, Tennessee v. Momenta Pharmaceuticals, Inc. and Sandoz Inc.* ("Lovenox Antitrust Matter")
- *William Kivett, et al. v. Flagstar Bank, FSB, and DOES 1-100, inclusive*
- *Adelphia, Inc. v. Heritage-Crystal Clean, Inc.*
- *LLE One, LLC, et al. v. Facebook, Inc.*
- *Bach Enterprises, Inc., et al. v. Advanced Disposal Services South, Inc., et al.*
- *JWG Inc., et al. v. Advanced Disposal Services Jacksonville, L.L.C., et al.*
- *State of Washington v. Motel 6 Operating L.P. and G6 Hospitality LLC*
- *In re GSE Bonds Antitrust Litigation*
- *Wave Lengths Hair Salons of Florida, Inc., et al. v. CBL & Associates Properties, Inc., et al.*
- *In re Loestrin 24 FE Antitrust Litigation*
- *Office of the Attorney General, Department of Legal Affairs, State of Florida v. Pultegroup, Inc. and Pulte Home Company, LLC*
- *In re Cigna-American Specialties Health Administration Fee Litigation*
- *In re: Intuniv Antitrust Litigation*
- *High Street, et al. v. Cigna Corporation, et al.*
- *Gordon Fair, et al. v. The Archdiocese of San Francisco, San Mateo, and Marin County*



- *Bizzarro, et al. v. Ocean County Department of Corrections, et al.*
- *Meeker, et al. v. Bullseye Glass Co.*
- *MSPA Claims 1, LLC v. Ocean Harbor Casualty Insurance Company*
- *Tennille v. Western Union Company - Arizona*
- *Garner, et al. v. Atherotech Holdings, Inc.* and *Garner, et al. v. Behrman Brothers IV, LLC, et al.*
- *Robinson, et al. v. Escallate, LLC*
- *Josefina Valle and Wilfredo Valle, et al. v. Popular Community Bank f/k/a Banco Popular North America*
- *Vision Construction Ent., Inc. v. Waste Pro USA, Inc. and Waste Pro USA, Inc. and Waste Pro of Florida, Inc.*
- *Plumley v. Erickson Retirement Communities, et al.*
- *In re London Silver Fixing, Ltd. Antitrust Litigation*
- *In re EpiPen Marketing, Sales Practices and Antitrust Litigation*
- *Ploss v. Kraft Foods Group, Inc. and Mondelēz Global LLC*
- *In re Mexican Government Bonds Antitrust Litigation*
- *In re Ready-Mixed Concrete Antitrust Litigation*
- *In re: Marine Hose Antitrust Litigation*
- *Iowa Ready Mixed Concrete Antitrust Litigation*
- *In re Potash Antitrust Litigation (II)*
- *In re Evanston Northwestern Healthcare Corp. Antitrust Litigation*
- *In re Polyurethane Foam Antitrust Litigation*
- *In re LIBOR-Based Financial Instruments Antitrust Litigation*
- *In re Lorazepam and Clorazepate Antitrust Litigation*
- *In re Cardizem CD Antitrust Litigation*
- *Vista Healthplan, Inc., and Ramona Sakiestewa v. Bristol-Myers Squibb Co., and American BioScience, Inc.*
- *In re Lupron Marketing and Sales Practices Litigation*
- *In re Terazosin Hydrochloride Antitrust Litigation*
- *In re Warfarin Sodium Antitrust Litigation*
- *Rosemarie Ryan House, et al. v GlaxoSmithKline PLC and SmithKline Beecham Corporation*
- *Carpenters and Joiners Welfare Fund, et al. v. SmithKline Beecham*
- *New Mexico United Food and Commercial Workers Union's and Employers' Health and Welfare Trust Fund, et al. v. Purdue Pharma L.P.*
- *In Re Pharmaceutical Industry Average Wholesale Price Litigation*
- *Alma Simonet, et al. v. SmithKline Beecham Corporation, d/b/a GlaxoSmithKline*
- *In re Relafen Antitrust Litigation*
- *In Re Remeron Direct Purchaser Antitrust Litigation*
- *In re TriCor Indirect Purchasers Antitrust Litigation*
- *Nichols, et al., v. SmithKline Beecham Corporation*
- *In re: DDAVP Indirect Purchaser Antitrust Litigation*

## Securities Cases

- *Laydon v. Mizuho Bank, Ltd., et al.*
- *Lomingkit, et al. v. Apollo Education Group, Inc., et al.*
- *In re Caraco Pharmaceutical Laboratories, Ltd. Shareholder Litigation*
- *Norfolk County Retirement System, et al. v. Community Health Systems, Inc., et al.*
- *Chester County Employees' Retirement Fund v. KCG Holdings, Inc., et al.*
- *Oklahoma Law Enforcement Retirement System, et al. v. Adeptus Health Inc., et al.*
- *Di Donato v. Insys Therapeutics, Inc., et al.*
- *Lundgren-Wiedinmyer, et al. v. LJM Partners, Ltd, et al.*



- *Martin, et al. v. Altisource Residential Corporation, et al.*
- *Stephen Appel, et al. v. Apollo Management, et al.*
- *In re Medley Capital Corporation Stockholder Litigation*
- *Forman, et al. v. Meridian BioScience, Inc., et al.*
- *Public Employees' Retirement System of Mississippi, et al. v. Endo International PLC, et al.*
- *In Re Flowers Foods, Inc. Securities Litigation*
- *Jiangchen, et al. v. Rentech, Inc., et al.*
- *In re Liberty Tax, Inc. Stockholder Litigation*
- *In re RH, Inc. Securities Litigation*
- *Lazan v. Quantum Corporation, et al.*
- *Nabhan v. Quantum Corporation, et al.*
- *Edmund Murphy III, et al. v. JBS S.A.*
- *Public Employees' Retirement System of Mississippi, et al. v. Sprouts Farmers Market, Inc., et al.*
- *In re Starz Stockholder Litigation*
- *Judith Godinez, et al. v. Alere Inc., et al.*
- *Rahman and Giovagnoli, et al. v. GlobalSCAPE, Inc., et al.*
- *Arthur Kaye, et al. v. ImmunoCellular Therapeutics, Ltd., et al.*
- *In re CPI Card Group Inc. Securities Litigation*
- *Daniel Aude, et al. v. Kobe Steel, Ltd., et al.*
- *In re Quality Systems, Inc. Securities Litigation*
- *Cooper, et al. v. Thoratec Corporation, et al.*
- *Washtenaw County Employees' Retirement System, et al. v. Walgreen Co., et al.*
- *Elkin v. Walter Investment Management Corp., et al.*
- *In Re CytRx Corporation Securities Litigation*
- *Ranjit Singh, et al. v. 21Vianet Group, Inc., et al.*
- *In re PTC Therapeutics, Inc. Securities Litigation*
- *Securities and Exchange Commission v. Mark A. Jones*
- *In re Sequans Communications S.A. Securities Litigation*
- *In re Henry Schein, Inc. Securities Litigation*
- *Ronge, et al. v. Camping World Holdings, Inc., et al.*
- *Oklahoma Firefighters Pension & Retirement System v. Lexmark International, Inc.*
- *Christakis Vrakas, et al. v. United States Steel Corporation, et al.*
- *Emerson et al. v. Mutual Fund Series Trust, et al.* ("Catalyst")
- *In re Fannie Mae 2008 Securities Litigation*
- *In re Anadarko Petroleum Corporation Class Action Litigation*
- *Ge Dandong, et al., v. Pinnacle Performance Limited, et al.*
- *In Re: Rough Rice Commodity Litigation*
- *Xuechen Yang v. Focus Media Holding Limited et al.*
- *In re Massey Energy Co. Securities Litigation*
- *In re Swisher Hygiene, Inc.*
- *The City of Providence vs. Aeropostale, Inc., et al.*
- *In re Metrologic Instruments, Inc. Shareholders Litigation*
- *Public Pension Fund Group v. KV Pharmaceutical Company et al.*
- *Pension Trust Fund for Operating Engineers, et al. v. Assisted Living Concepts, Inc., et al.*
- *In re Lehman Brothers Equity/Debt Securities Litigation*
- *In re: Platinum and Palladium Commodities Litigation* (Platinum/Palladium Physical Action)
- *In re: Platinum and Palladium Commodities Litigation* (Platinum/Palladium Futures Action)
- *In re General Electric Co. Securities Litigation*
- *In re CNX Gas Corporation Shareholders Litigation*
- *Oscar S. Wyatt, Jr. et al. v. El Paso Corporation, et al.*
- *In re Par Pharmaceutical Securities Litigation*



- *In re Par Pharmaceutical Companies, Inc. Shareholders Litigation*
- *In re Delphi Financial Group Shareholders Litigation*
- *In re SLM Corporation Securities Litigation*
- *In re Del Monte Foods Company Shareholder Litigation*
- *Leslie Niederklein v. PCS Edventures!.com, Inc. and Anthony A. Maher*
- *In re Beckman Coulter, Inc. Securities Litigation*
- *Michael Rubin v. MF Global, Ltd., et al.*
- *Allen Zametkin v. Fidelity Management & Research Company, et al.*
- *In re BP Prudhoe Bay Royalty Trust Securities Litigation*
- *Police and Fire Retirement System of the City of Detroit et al. v. SafeNet, Inc., et al.*
- *In re Limelight Networks, Inc. Securities Litigation*
- *In re Gilead Sciences Securities Litigation*
- *In re ACS Shareholder Litigation, Consolidated C.A. No. 4940-VCP*
- *Lance Provo v. China Organic Agriculture, Inc., et al.*
- *In re LDK Solar Securities Litigation*

### Labor & Employment Cases

- *Talisa Borders, et al. v. Wal-mart Stores, Inc.*
- *Reale v. McClain Sonics Inc., et al.*
- *Larita Finisterre and Songhai Woodard, et al. v. Global Contact Services, LLC*
- *Adebisi Bello v. The Parc at Joliet*
- *Garcia, et al. v. Vertical Screen, Inc.*
- *Brook Lemma and Matthieu Hubert, et al. v. 103W77 Partners LLC, et al. ("Dovetail Settlement")*
- *American Federation of Government Employees, Local 1145 v. Federal Bureau of Prisons, U.S. Penitentiary, Atlanta, Georgia*
- *Lisa Ferguson, Octavia Brown, et al. v. Matthew G. Whitaker, Acting AG, DOJ Bureau of Prisons ("USP Victorville")*
- *American Federation of Government Employees, Local 2001 v. Federal Bureau of Prisons, Federal Correctional Institution, Fort Dix, New Jersey*
- *American Federation of Government Employees, Local 506 v. U.S. Department of Justice, Federal Bureau of Prisons, U.S. Penitentiary Coleman II, Coleman, Florida*
- *Vargas v. Sterling Engineering*
- *Rosenbohm v. Verizon*
- *Alex Morgan, et al. v. United States Soccer Federation, Inc.*
- *Iskander Rasulev v. Good Care Agency, Inc.*
- *Kyndl Buzas, et al., v. Phillips 66 Company and DOES 1 through 10*
- *American Federation of Government Employees, Local 408 v. U.S. Dept. of Justice, Federal Bureau of Prisons, Federal Correctional Complex, Butner, NC*
- *In re 2014 Avon Products, Inc. ERISA Litigation*
- *In re Eastman Kodak ERISA Litigation*
- *Taronica White, et al. v. Attorney General Loretta Lynch, Department of Justice*
- *Lisa Ferguson, et al. v. Acting Attorney General Matthew Whitaker, Department of Justice*
- *Melissa Compere v. Nusret Miami, LLC, et al.*
- *Abelar v. American Residential Services, L.L.C., Central District of California*
- *Flores, et al. v. Eagle Diner Corp., et al., Eastern District of Pennsylvania*
- *Michael Furman v. Godiva Chocolatier, Inc., 15th Judicial Circuit, Palm Beach County, Florida*
- *Finisterre et. al v. Global Contact Services, LLC, New York State Supreme Court, Kings County*
- *McGuire v. Intelident Solutions, LLC, et al., Middle District of Florida, Tampa Division*
- *Duran De Rodriguez, et al. v. Five Star Home Health Care Agency, Inc. et al., Eastern District of New York*



## Data Breach/BIPA Cases

- *In re: Vizio, Inc. Consumer Privacy Litigation*
- *In re: Google, Inc. Street View Electronic Communications Litigation*
- *Devin Briggs and Bobby Watson, et al. v. Rhinoag, Inc.* ("Briggs Biometric Settlement")
- *Trost v. Pretium Packaging L.L.C.*

## Telephone Consumer Protection Act (TCPA) Cases

- *Lowe and Kaiser, et al. v. CVS Pharmacy, Inc., et al.*
- *Johansen v. HomeAdvisor, Inc., et al.*
- *Charvat, et al. v. National Holdings Corporation*
- *Hopkins, et al. v. Modernize, Inc.*
- *Diana Mey vs. Frontier Communications Corporation*
- *Matthew Donaca v. Dish Network, L.L.C.*
- *Matthew Benzion and Theodore Glaser v. Vivint, Inc.*
- *John Lofton v. Verizon Wireless (VAW) LLC, et al.*
- *Lori Shamblin v. Obama for America et al.*
- *Ellman v. Security Networks*

## For More Information

For more detailed information regarding A.B. Data's experience, services, or personnel, please see our website at **www.abdataclassaction.com**

# EXHIBIT D

# Used An ATM Card And Were Assessed A Surcharge?
# You Could Get Money From $67 Million Class Action Settlements

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations. The Court has not decided who is right.

JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants") have agreed to Settlements resolving the claims.

### Am I included?

You are a Settlement Class Member if at any time on or after October 1, 2007 you paid a surcharge to withdraw cash from a bank ATM in the United States. You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States. A more detailed notice, including the exact Settlement Class definition and exceptions to Settlement Class membership, is available at www.ATMClassAction.com.

### What does the Settlement provide?

The Settlements provide for the payment of $66,740,000 in cash to resolve the claims.

### How can I get a payment?

To receive money from this Settlement, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges. You are not required to provide documentation with the Clam Form, but the Settlement Administrator reserves the right to request your bank statements or other documentation supporting your claim. Visit www.ATMClassAction.com/claims to fill out a Claim Form online or download one that can be mailed. To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than [X + 180].

Please note your Notice ID Number is XXXXXXXX. You will be requested to provide your Notice ID Number on your Claim Form, which will be used to expedite the validation of your claim submission.

### What are my rights?

If you are a Settlement Class Member, even if you do nothing, you will be bound by the Court's decisions and judgments concerning the Settlements. If you want to keep your right to sue the Settling Defendants regarding ATM surcharges, you must exclude yourself from the Settlement Class in writing by [X + 119]. If you stay in the Settlement Class, you may object to the Settlements in writing by [X + 119]. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.ATMClassAction.com. The U.S. District Court for the District of Columbia is scheduled to hold a hearing on [X + 168], at _____ a.m./p.m., at 333 Constitution Avenue N.W., Courtroom __, Washington D.C. 20001, to consider whether to approve the Settlements. Class Lead Counsel will also request at the hearing, or at a later date, attorneys' fees of up to 33% of the Settlement Fund, plus reimbursement of costs and expenses, for investigating the facts, litigating the case, and negotiating the Settlements. You or your own lawyer may appear and speak at the hearing at your own expense, but you don't have to. The hearing may be conducted electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. Please do not contact the Court about this case.

If the case against the other Defendants is not dismissed, settled, or resolved by legal motion, plaintiffs will have to prove their claims against the other Defendants at trial. Trial dates have not yet been set. The Court has appointed the law firms of Hagens Berman Sobol Shapiro LLP; Quinn Emanuel Urquhart & Sullivan, LLP; and Mehri & Skalet, PLLC as Class Lead Counsel to represent Settlement Class Members.

# EXHIBIT E

<u>NOTICE OF PROPOSED CLASS ACTION SETTLEMENTS</u>

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

---

**Used An ATM Card And Were Assessed A Surcharge?**
**You Could Get Money From $67 Million Class Action Settlements**

- Please read this Notice and the Settlement Agreements available at www.ATMClassAction.com carefully. Your legal rights may be affected whether you act or do not act. This Notice is a summary. To obtain more specific details concerning the Settlements, please read the Settlement Agreements.

- This class action alleges Defendants violated federal antitrust laws by adopting restraints that inflated the ATM surcharges (also called ATM access fees) paid by the Settlement Class. Defendants deny these allegations. The Court has not decided who is right.

- JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants" or "Bank Defendants") have agreed to Settlements resolving the claims against them.

- Visit www.ATMClassAction.com to make a claim. You can also opt out of, comment on, or object to the Settlements.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM FORM FOR PAYMENT** | You must submit a valid claim in order to receive compensation under these Settlements. | [X + 180] |
| **EXCLUDE YOURSELF** | You can exclude yourself from the Settlements by submitting a Request for Exclusion by mailing a letter to the Settlement Administrator saying you want to opt out. This is the only option that allows you to keep your legal right to sue the Settling Defendants for claims related to this case.<br><br>If you exclude yourself, you will <u>not</u> be eligible to receive compensation from these Settlements. | [X + 119] |
| **OBJECT TO THE SETTLEMENTS AND/OR ATTEND A HEARING** | You can write the Court about why you like or do not like the Settlements or object to Court approval, but you can't ask the Court to order larger Settlements. You can also ask to speak to the Court at the hearing on [X + 168] about the fairness of the Settlements, with or without your own attorney. | [X + 119] |
| **DO NOTHING** | If you take no action, you get no payment and you give up your legal right to continue to sue the Settling Defendants for claims related to this case. | No Deadline |

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**..................................................................................................... **3**

   1.   Why is there a notice?............................................................................... 3

   2.   What is this lawsuit about?........................................................................ 3

   3.   Who are the Defendants in the lawsuit?..................................................... 3

   4.   Why is this a class action?........................................................................ 3

   5.   Why are there Settlements? ....................................................................... 4

**SETTLEMENT CLASS MEMBERSHIP** ......................................................................... **4**

   6.   How do I know if I can participate in the Settlements?............................... 4

**THE SETTLEMENT BENEFITS** ................................................................................... **4**

   7.   What do the Settlements provide? ............................................................. 4

   8.   How much money can I get from the Settlements? ..................................... 5

**HOW TO GET A PAYMENT—MAKING A CLAIM** ..................................................... **5**

   9.   How can I get a payment?......................................................................... 5

  10.   What is the deadline for submitting a Claim Form? ................................... 5

  11.   When and how will I get my payment?....................................................... 5

  12.   What happens if my contact information changes after I submit a claim? .... 6

  13.   What happens if some of the money from these Settlements is not claimed? ... 6

**LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENTS** .................................. **6**

  14.   What am I giving up if I stay in the Settlement Class?................................. 6

**THE LAWYERS REPRESENTING YOU** ....................................................................... **7**

  15.   Do I have a lawyer in the case?................................................................. 7

  16.   Should I get my own lawyer?.................................................................... 7

  17.   How will the lawyers be paid? .................................................................. 7

**EXCLUDING YOURSELF FROM THE SETTLEMENTS** ............................................... **8**

  18.   How do I exclude myself from the Settlements? ......................................... 8

  19.   If I don't exclude myself, can I sue the Settling Defendants for the same thing later? ... 9

  20.   What happens if I exclude myself? ............................................................ 9

  21.   If I exclude myself, am I still represented by Class Lead Counsel? ............... 9

**COMMENTING ON OR OBJECTING TO THE SETTLEMENTS**..................................... **9**

  22.   How do I tell the Court that I like or don't like the Settlements? ................. 9

  23.   What's the difference between excluding yourself and objecting?................ 10

**DOING NOTHING** ...................................................................................................... **10**

  24.   What happens if I do nothing at all? ....................................................... 10

**THE COURT'S FAIRNESS HEARING** ........................................................................ **10**

  25.   When and where will the Court decide whether to approve the Settlements?.............. 10

  26.   Do I have to come to the Fairness Hearing? ............................................. 11

  27.   May I speak at the hearing?.................................................................... 11

**GETTING MORE INFORMATION** .............................................................................. **11**

  28.   How do I get more information? .............................................................. 11

# BASIC INFORMATION

| **1.  Why is there a notice?** |
|---|

A Court authorized this notice because you have a right to know how the proposed Settlements may affect your rights. This notice explains the nature of the litigation, the general terms of the proposed Settlements, and what they may mean to you. This notice also explains the ways you may participate in, or exclude yourself from, the Settlements.

| **2.  What is this lawsuit about?** |
|---|

A class action lawsuit was brought on behalf of ATM cardholders who used a bank ATM owned by an entity different from the entity that issued the ATM card and were assessed an ATM surcharge. The lawsuit alleges the Defendants violated federal antitrust laws by participating in an unlawful agreement that allegedly had the effect of increasing the amount of ATM surcharges paid by the Class. The Defendants deny these allegations. The Court has not decided who is right.

| **3.  Who are the Defendants in the lawsuit?** |
|---|

Three Defendants have agreed to settle the lawsuit – JPMorgan & Chase Co. ("JP Morgan"); Wells Fargo & Co. and Wells Fargo Bank ("Wells Fargo"); and Bank of America, N.A. and Bank of America Corp. ("Bank of America"). These Defendants are collectively referred to as the "Settling Defendants."

The lawsuit is continuing against the remaining Defendants, namely:  Visa Inc.; Visa U.S.A. Inc.; Visa International Service Association; Plus System, Inc.; Mastercard Inc.; Mastercard International Inc. d/b/a Mastercard Worldwide; and NB Holdings Corp. These Defendants are collectively referred to as the "Non-Settling Defendants."

| **4.  Why is this a class action?** |
|---|

Even if you have not filed your own lawsuit against Defendants regarding the allegations described herein, you can obtain the benefits provided by these Settlements because the litigation is proceeding as a class action.

In a class action, one or more people file a lawsuit to assert legal claims on behalf of themselves and other persons who have experienced the same or similar circumstances. Here, two persons who were assessed ATM surcharges are named as Plaintiffs in a class action complaint against the Defendants. They serve as Settlement Class Representatives to represent their personal interests and the interests of all the Settlement Class Members.

Judge Richard J. Leon of the United States District Court for the District of Columbia presides over this litigation. The case is *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831.

| 5. Why are there Settlements? |
|---|

Settlements avoid the costs and uncertainty of a trial and related appeals, while providing benefits to Settlement Class Members when the Settlements become final. The Court has not decided in favor of Plaintiffs or Defendants. The Settlement Class Representatives and Class Lead Counsel think the Settlements are in the best interests of everyone affected.

# SETTLEMENT CLASS MEMBERSHIP

| 6. How do I know if I can participate in the Settlements? |
|---|

You are a Settlement Class Member, and you are affected by these Settlements, if you are:

- An individual or entity that paid an unreimbursed ATM Access Fee directly to any Bank Defendant or Bank Co-Conspirator for a Foreign ATM Transaction using an ATM card issued by a financial institution in the United States to withdraw cash at an ATM located in the United States at any time from October 1, 2007 to the date of the Preliminary Approval Order.

ATM Access Fee means the fee assessed by an ATM operator to a cardholder for completing a Foreign ATM Transaction. ATM Access Fees are also referred to as "surcharges." Bank Defendant means JP Morgan, Wells Fargo, or Bank of America. Bank Co-Conspirator means a bank that is a member of the Visa and/or MasterCard ATM networks. Foreign ATM Transaction means an ATM transaction in which the cardholder uses an ATM that is owned by an entity different from the entity that issued the ATM card used for that ATM transaction. Specifically excluded from the Settlement Class are Defendants; Released Parties; the officers, directors, or employees of any Defendant or Released Party; any entity in which any Defendant or Released Party has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant or Released Party and any person acting on their behalf. Also excluded from the Settlement Class are any federal, state, or local governmental entities, Class Lead Counsel, and any judicial officer presiding over the Action and the members of his/her immediate family and judicial staff.

# THE SETTLEMENT BENEFITS

| 7. What do the Settlements provide? |
|---|

The Settling Defendants will collectively pay approximately $67,000,000—Bank of America ($26,420,000), Wells Fargo ($20,820,000), and JP Morgan ($19,500,000)—into a Settlement Fund. After deductions for attorneys' fees, litigation costs, and other expenses, the Fund will be distributed to Class Members who submit valid claims.

| 8.  How much money can I get from the Settlements? |
|---|

You must file a timely, valid claim in order to receive monetary compensation. Each claim will be eligible to receive a pro rata share of the Net Settlement Fund, after deductions for attorneys' fees, litigation costs, and other Court-approved expenses, based on the number of claims that are submitted. Because the amount of each payment depends on the number of approved claims, nobody can know in advance how much the payment will be.

# HOW TO GET A PAYMENT—MAKING A CLAIM

| 9.  How can I get a payment? |
|---|

To receive money from these Settlements, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges.

You can fill out a Claim Form online at www.ATMClassAction.com.

If you prefer a paper Claim Form, you can ask for one by contacting the Settlement Administrator by telephone at 877-xxx-xxxx or by email at info@ATMClassAction.com, or by U.S. Mail at ATM Surcharge Settlement, P.O. Box 170500, Milwaukee, WI 53217.

| 10. What is the deadline for submitting a Claim Form? |
|---|

To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than [X + 180].

| 11. When and how will I get my payment? |
|---|

The Court is scheduled to hold a hearing on [X + 168], to decide whether to approve the Settlements. The hearing may be held electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. If the Court approves the Settlements, there may be an appeal of that decision. It is hard to estimate how long it might take for any appeals to be resolved. If the Settlements are approved and no appeals are filed, the Settlement Administrator anticipates that payments will be sent out within 6 months.

Settlement payments will be digitally sent to you via email. Please ensure you provide a current, valid email address on the Claim Form. When you receive the email notifying you of your payment, you will be provided with a number of digital payment options such as PayPal or a virtual debit card. For many, this is the easiest and quickest option to receive money.

You will also have the opportunity to request that a check be mailed to you by the Settlement Administrator.

Updates regarding the Settlements and when payments will be made will be posted on the Settlement website, www.ATMClassAction.com.

### 12. What happens if my contact information changes after I submit a claim?

If, after you submit a Claim Form, you change your mailing address or email address, it is your responsibility to inform the Settlement Administrator of your updated information. Notify the Settlement Administrator of any changes to your mailing address or email address by writing:

ATM Surcharge Settlement
P.O. Box 170500
Milwaukee, WI 53217
info@ATMClassAction.com

### 13. What happens if some of the money from these Settlements is not claimed?

The Settling Defendants are not entitled to retain any part of the Settlement Funds that is not paid out or distributed as part of the administration of the Settlements for any reason.  To the extent, if any, that an unpaid or undistributed part of the Settlement Amount is held by the Settlement Administrator at the completion of the administration of the Settlements, such remaining funds will be directed to a court-approved "next best" recipient.

# LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENTS

### 14. What am I giving up if I stay in the Settlement Class?

If you are a Settlement Class Member and you make a claim, or if you do nothing, you will be releasing all of your legal claims relating to the Settling Defendants' conduct described herein and will be bound by the Court's decisions and judgments concerning the Settlements. The Released Parties are Settling Defendants and each entity's past, present, and future direct and indirect parents (including holding companies), subsidiaries, affiliates, associates (all as defined in Securities and Exchange Commission Rule 12b-2 promulgated pursuant to the Securities Exchange Act of 1934, as amended), divisions, predecessors, successors, and each of their respective officers, directors, employees, agents, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns. Released Parties do not include any of the other Non-Settling Defendants.

07069-00001/12354321.1

These Settlements affect your legal rights even if you do nothing.
Questions? Go to www.ATMClassAction.com or call 877-xxx-xxxx
6

This notice provides only a summary of the claims being released. The specific details of the claims being released by Settlement Class Members who do not exclude themselves from the Settlements are set forth in the Settlement Agreements, which may be viewed at www.ATMClassAction.com.

# THE LAWYERS REPRESENTING YOU

| **15. Do I have a lawyer in the case?** |
|---|

Yes. The Court appointed the law firms of Hagens Berman Sobol Shapiro LLP, Quinn Emanuel Urquhart & Sullivan, LLP, and Mehri & Skalet PLLC to represent you and the other Settlement Class Members. These attorneys are called Class Lead Counsel. You will not be charged for their services.

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **MEHRI & SKALET, PLLC** |
|---|---|---|
| STEVE BERMAN | STEPHEN NEUWIRTH | STEVEN A. SKALET |
| 1301 Second Avenue Suite 2000 | 51 Madison Avenue 22nd Floor | 1250 Connecticut Avenue, NW, Suite 300 |
| Seattle, WA 98101 | New York, NY 10010 | Washington, DC 20036 |
| Telephone: 206-623-7292 | Telephone: 212-849-7165 | Telephone: (202) 822-5100 |

| **16. Should I get my own lawyer?** |
|---|

You do not need to hire your own lawyer because Class Lead Counsel is working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in Court for you if you want someone other than Class Lead Counsel to speak for you. You may also appear for yourself without a lawyer.

| **17. How will the lawyers be paid?** |
|---|

You do not have to pay Class Lead Counsel. Class Lead Counsel have not been paid for their services since this case began. They will seek an award of attorneys' fees out of the Settlement Fund, as well as reimbursement for litigation costs they advanced in pursuing the claims. The fees will compensate Class Lead Counsel for investigating the facts, litigating the case, and negotiating and administering the Settlements. Class Lead Counsel's attorneys' fee request will not exceed 33 percent of the Settlement Amount of $66,740,000. Additionally, Class Lead Counsel will seek reimbursement of their out-of-pocket litigation expenses as part of their application for attorney's fees, which will be posted to the Settlement website 14 days before the objection deadline.

Class Lead Counsel will also ask the Court to approve service award payments not to exceed $10,000 to each of the individual Class Representatives, who are Andrew Mackmin and Sam Osborn.

The costs of providing this notice and administering the Settlements are being paid from the Settlement Fund.

# EXCLUDING YOURSELF FROM THE SETTLEMENTS

If you don't want monetary compensation from the Settlements, and you want to keep your right, if any, to sue the Settling Defendants on your own about the legal issues in this case, then you must take steps to get out of the Settlements. This is called excluding yourself from—or "opting out" of—the Class.

| 18. How do I exclude myself from the Settlements? |
| --- |

If you want to keep the right to sue or continue to sue the Settling Defendants based on claims these Settlements resolve, you must take steps to exclude yourself from the Settlement Class. This is sometimes called "opting out." If you exclude yourself, however, you will not be eligible to receive a monetary payment from the Settlements.

You may opt out of the Settlements by mailing a letter to the Settlement Administrator with the following information:

- Your full name and mailing address, telephone number, and/or email address;
- The statement, "I wish to exclude myself from the Settlement Class and do not wish to participate in the Settlements in *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831" or substantially similar clear and unambiguous language; and
- Your handwritten signature. An attorney's signature, or a typed signature, is not sufficient.

Your letter must be sent First Class mail, postmarked by [X + 119], to:

> ATM Surcharge Settlement
> ATTN: EXCLUSIONS
> P.O. Box 173001
> Milwaukee, WI 53217

Your exclusion letter must be signed by you, personally, and not your lawyer or anyone else acting on your behalf. "Mass" or "class" opt-outs made on behalf of multiple persons or classes of persons will be deemed invalid.

You cannot exclude yourself by mailing a notification to any other location or after [X + 119]. You cannot exclude yourself by telephone or by email.

If you submit a Claim Form and also a Request for Exclusion, the Request for Exclusion will be deemed invalid.

## 19. If I don't exclude myself, can I sue the Settling Defendants for the same thing later?

No. Unless you opt out, you give up the right to sue the Settling Defendants for the claims the Settlements resolve. You must exclude yourself from the Class if you want to try to pursue your own lawsuit.

## 20. What happens if I exclude myself?

If you exclude yourself, you will not have any rights as a member of the Settlement Class under the Settlements; you will not receive any payment as part of the Settlements; you will not be bound by any further orders or judgments in this case; and you will keep the right, if any, to sue on the claims alleged in the case at your own expense.

## 21. If I exclude myself, am I still represented by Class Lead Counsel?

No. Class Lead Counsel represents the members of the Settlement Class. If you exclude yourself from the Settlement Class, you are not represented by Class Lead Counsel.

# COMMENTING ON OR OBJECTING TO THE SETTLEMENTS

## 22. How do I tell the Court that I like or don't like the Settlements?

If you're a Settlement Class Member and do not opt out of the Settlements, you can comment on or object to the Settlements, including to tell the Court that you like or don't like the Settlements. By filing an objection, however, you are asking the Court to <u>deny</u> approval of the Settlements. You can't ask the Court to order larger Settlements; the Court can only approve or deny the Settlements.

If the Court denies approval, no Settlement payments will be sent out and the lawsuit against Settling Defendants will continue. If that is what you want to happen, you must object.

To comment on or object to the Settlements, you must mail a letter containing the following information:

- The name and case number of this lawsuit, *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831;
- Your full name and mailing address, and email address or telephone number;
- An explanation of why you believe you are a Settlement Class Member;
- If you are objecting, a statement whether the objection applies only to the objector, or to a specific subset of the Class, or to the entire Class;
- All reasons for your objection or comment, stated with specificity;
- A statement identifying the number of class action settlements you have objected to or commented on in the last five years;

- Whether you intend to personally appear and/or testify at the Final Approval Hearing;
- The name and contact information of any and all attorneys representing, advising, or assisting you, including any counsel who may be entitled to compensation for any reason related to your objection or comment;
- Whether any attorney will appear on your behalf at the Final Approval Hearing, and if so the identity of that attorney;
- The identity of any persons who wish to be called to testify at the Final Approval Hearing; and
- Your handwritten or electronically imaged written (e.g., "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

Your objection must be submitted directly to the Court either by mailing it to the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001, or by filing it in person at the United States District Court for the District of Columbia. To be considered, the objection must be filed or postmarked by [X + 119].

## 23. What's the difference between excluding yourself and objecting?

Excluding yourself from the Settlement Class means that you are no longer a Settlement Class Member and don't want the Settlements to apply to you. Once you are excluded, you lose any right to receive any benefits from the Settlements or to object to any aspect of the Settlements because the case no longer affects you.

You object to the Settlements when you disagree with some aspect of the Settlements and think the Court should not give Final Approval to the Settlements. An objection, like a comment, allows your views to be heard in Court.

# DOING NOTHING

## 24. What happens if I do nothing at all?

If you do nothing and the Court grants Final Approval, you'll be a member of the Settlement Class, but you will receive no money from this Settlements, and you won't be able to sue the Settling Defendants for the conduct alleged in this case.

# THE COURT'S FAIRNESS HEARING

## 25. When and where will the Court decide whether to approve the Settlements?

The Court will hold a Fairness Hearing at _____. on [X + 168], at the U.S. District Court for the District of Columbia 333 Constitution Avenue N.W., Washington D.C. 20001, Courtroom ___,

_____ Floor. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them.

The Court may also decide how much to pay to Class Lead Counsel in fees and expense reimbursements. After the hearing, the Court will decide whether to approve the Settlements.

The Court may hold the Fairness Hearing electronically, reschedule the Fairness Hearing, or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice to the Settlement Class Members. Be sure to check the website, www.ATMClassAction.com, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.dcd.uscourts.gov.

## 26. Do I have to come to the Fairness Hearing?

No. Class Lead Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

## 27. May I speak at the hearing?

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include a statement in your written objection that you intend to appear at the hearing. Be sure to include your name, address, and signature as well.

You cannot speak at the hearing if you exclude yourself from the Class.

# GETTING MORE INFORMATION

## 28. How do I get more information?

This notice summarizes the proposed Settlements—more details are in the Settlement Agreements and other important case documents. You can get a copy of the Settlement Agreements, view other case documents, and get additional information and updates by visiting www.ATMClassAction.com.

All of the case documents that have been filed publicly in this case are also available online through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.dcd.uscourts.gov. This case is called *Andrew Mackmin, et al., v. Visa Inc., et al.* and the case number is No. 1:11-cv-01831. You may also obtain case documents by visiting the office of the Clerk of the Court for the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding court-observed holidays.

You can get additional information or request a copy of the Settlement Agreements by calling toll-free 877-xxx-xxxx or writing to the Settlement Administrator by email at info@ATMClassAction.com or mail to ATM Surcharge Settlement, P.O. Box 170500, Milwaukee, WI 53217.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENTS OR THE CLAIMS PROCESS.

# EXHIBIT F

A.B. DATA, LTD.
Class Action Administration



*Mackmin et al. v. Visa Inc. et al.*

## Banner Ads






## Mobile Ads












abdataclassaction.com
New York | Washington, D.C. | West Palm Beach | Milwaukee | Tel Aviv

CONFIDENTIAL                                                          PAGE 2

## Facebook Ads





# EXHIBIT G

# ATM SURCHARGE SETTLEMENT

## CLAIM FORM

### INSTRUCTIONS

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations.

You are a Settlement Class Member if at any time on or after October 1, 2007 you paid a surcharge to withdraw cash from a bank ATM in the United States.  You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States.

**To be eligible for payment you must submit a valid claim no later than [X + 180].**

**Settlement payments will be digitally sent to you via email.** Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Settlement Administrator to receive a payment. When you receive the email and/or mobile phone text notifying you of your Settlement payment, you will be provided with a number of digital payment options such as PayPal or a virtual debit card, to immediately receive your Settlement payment. You will also at that time have the option to request a paper check.

The information provided on this Claim Form will be used solely by the Court-approved Settlement Administrator for the purposes of administering the Settlements and will not be provided to any third party or sold for marketing purposes.

## CLAIM FORM

**NOTICE ID NUMBER (FROM THE EMAIL NOTICE SENT TO YOU)**

**NAME***

*FIRST NAME  LAST NAME*

**STREET ADDRESS** **APT**

**CITY** **STATE** **ZIP***

**MOBILE PHONE NUMBER***

*XXX-XXX-XXXX*

**EMAIL ADDRESS*** **VERIFY EMAIL ADDRESS***

Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide the Settlement Administrator with a current, valid email address and mobile phone number for payment.

## ATM SURCHARGE INFORMATION

1. **HAVE YOU PAID AN UNREIMBURSED SURCHARGE TO WITHDRAW CASH FROM AN ATM IN THE UNITED STATES AT ANY POINT ON OR AFTER OCTOBER 1, 2007?* (YES/NO RADIO BUTTONS)**

   A. **[IF YES] WERE ANY OF THESE SURCHARGES PAID TO A BANK TO USE AN ATM OPERATED BY THAT BANK?***

      I. **[IF YES] WERE ANY OF THESE SURCHARGED BANK ATM TRANSACTIONS CONDUCTED WITH AN ATM CARD ISSUED BY A FINANCIAL INSTITUTION (INCLUDING ANY BANK OR CREDIT UNION) IN THE UNITED STATES?***

         1. **[IF YES] ESTIMATE THE NUMBER OF TIMES BETWEEN OCTOBER 1, 2007 AND THE PRESENT THAT YOU PAID AN UNREIMBURSED SURCHARGE TO WITHDRAW CASH FROM A BANK ATM IN THE UNITED STATES USING AN ATM CARD ISSUED BY A UNITED STATES FINANCIAL INSTITUTION.* (DROP DOWN MENU; INCLUDE IN MENU THE FOLLOWING ADMONITION: "AS STATED BELOW, THIS CLAIM FORM IS SUBMITTED UNDER PENALTY OF PERJURY, AND THE SETTLEMENT ADMINISTRATOR RESERVES THE RIGHT TO REQUEST BANK STATEMENTS OR OTHER DOCUMENTATION SUPPORTING YOUR CLAIM.)**

*Denotes required field

## **CERTIFICATION**

By signing this claim submission, I certify, under penalty of perjury, that the information included with this claim submission is accurate and complete to the best of my knowledge, information, and belief. If I am submitting this claim submission on behalf of a claimant, I certify that I am authorized to submit this claim submission on the individual's behalf. I am, or the individual on whose behalf I am submitting this claim submission is, a member of the Settlement Class, and have not submitted a request to exclude myself, or "opt-out of," the Settlements. I agree and consent to be communicated with electronically via email and/or mobile phone text (message & data rates may apply). I agree to furnish additional information regarding this claim submission if so requested to do so by the Settlement Administrator.

| **SIGNATURE** | **DATE** |
|---|---|
|  | *mm/dd/yyyy* |