*Leave to file GRANTED*
*Judge Richard J. Leon*

1/26/22

## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, et al.,<br>*Plaintiffs*<br><br>v.<br><br>VISA, INC., et. al,<br><br>*Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action<br><br>[Fed. R. Civ. Proc. 23(e), 23(h)]<br><br>Honorable Richard J. Leon |

## ADMINISTRATIVE MOTION FOR ECF FILING ACCESS BY CLASS MEMBER SHIYANG HUANG

Class member Shiyang Huang files this motion in support of granting him ECF access as a non-attorney. He is a class member in this case and has already filed a claim. In light of the imminent Rule 23(e) settlement fairness hearings, granting him ECF access (and noticing) will help expedite court proceedings and eliminate costs of Court's service of newer dockets via paper mailing.

Huang currently has full ECF access as *pro se,* in the District Courts of Northern District of California, Northern District of Illinois, as well as in U.S. Courts of Appeals for the Eighth, Ninth and Eleventh Circuits.

### CONCLUSION

Huang's motion for ECF filing access should be granted.

Dated: January 19, 2022        Respectfully Submitted,

        Shiyang Huang
        /s/ SHIYANG HUANG
        2800 SW Engler Ct.
        Topeka, KS 66614
        314-669-1858
        defectivesettlement@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2022, I filed the foregoing motion with this Court, ECF will notify all participants in the case.

        /s/ Shiyang Huang