# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| *Mackmin, et al. v. Visa Inc., et al.* | Case No. 1:11-cv-01831 (RJL) |
| | **DECLARATION OF ERIC SCHACHTER IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS** |
| This Document Relates to:<br>All Plaintiff Actions | |

I, Eric Schachter, hereby declare as follows: I am a Vice President with A.B. Data, Ltd. ("A.B. Data"). I am fully familiar with the facts contained herein based upon my personal knowledge, and if called as a witness, could and would testify competently thereto. I submit this declaration at the request of Co-Lead Class Counsel in connection with the above-captioned action (the "Action").

1.      As detailed in the Declaration of Linda V. Young in Support of Plaintiffs' Motion dated October 25, 2021 (the "Notice Declaration"), and pursuant to the Court's Preliminary Approval Order Granting Preliminary Approval of Settlements With The Bank of America, Chase, and Wells Fargo Defendants and Directing Notice to the Class dated November 12, 2021, A.B. Data was responsible for implementing the Court-approved Notice Plan.  The Notice Plan was designed to provide notice to potential Settlement Class Members. The Settlement Class is defined as follows:

> All individuals and entities that paid an unreimbursed ATM Access Fee directly to any Bank Defendant or Alleged Bank Co-Conspirator for a Foreign ATM Transaction using an ATM card issued by a financial institution in the United States to withdraw cash at an ATM located in the United States at any time from

October 1, 2007, to the date of the Preliminary Approval Order [November 12, 2021].

2.       As detailed in the Notice Declaration, the Notice Plan featured a combination of: i) direct email notice to potential Settlement Class Members; ii) a digital advertising campaign on numerous digital and social media platforms; iii) a news release disseminated via *PR Newswire*; iv) a publication notice in *People* magazine; and v) a toll-free telephone number and case-specific website to address potential Settlement Class Member inquiries.

### Direct Notice

3.       Settling Defendants have provided names and contact information that includes an email address for approximately 100 million potential Settlement Class Members. A.B. Data worked directly with Plaintiffs and Settling Defendants to ensure that all data provided by the Settling Defendants will be handled with the appropriate safeguards and protocols in place to protect the privacy of each potential Settlement Class Member. A.B. Data has shared its internal data security protocols and procedures with the parties, and we have affirmatively agreed to treat the data provided by Settling Defendants as high security data subject to multiple layers of encryption.

4.       The data provided by Settling Defendants has been electronically processed to consolidate duplicate records, and the unique potential Settlement Class Member names and contact information are being stored in our secure notice database for purposes of providing notice.

5.      In advance of initiating the email campaign, A.B. Data performed several tasks to maximize deliverability and avoid SPAM and junk filters. These tasks included running the list of recipient email addresses through a deliverability analysis to ensure the email addresses are valid, and working with our contacts at the email service providers to develop sending strategies to achieve optimal deliverability. A.B. Data also incorporated certain best practices to maximize deliverability, such as ensuring no inclusion of words or phrases known to trigger SPAM or junk filters, not including attachments to the email, and sending the emails in tranches over a period of weeks.

6.      Of the 99,597,265 email addresses received from the Banks, a total of 87,685,557 unique email addresses remained after the data review and validation efforts.

7.      On December 10, 2021, A.B. Data began to send the Email Notice by email to potential Settlement Class Members with a known email address in the unique data set addressed above. Based on our records, those emails were successfully delivered to 59,271,528 or 67% of the unique email addresses. The delivery rate is due to the subject matter of the case, and the volume of emails sent. A.B. Data worked with email technical consultants to address email deliverability throughout the initial Email Notice. A true and correct copy of the Email Notice is attached as **Exhibit A**.

<u>**Digital Media**</u>

8.      To supplement direct notice efforts, beginning on December 10, 2021, A.B. Data caused digital banner and newsfeed ads to appear on various websites and social media platforms. These banner ads were placed on the Google Display Network

and on social media channels such as Facebook, Instagram, and YouTube. These ads appeared on both desktop and mobile formats.

9.      Targeted advertisements were delivered to potential Settlement Class Members using their known contact information. These ads were placed in "premium positioning" on websites and social media sites, and were specifically designed to be readable, noticeable, and widely disseminated.

10.     A.B. Data also used Google AdWords, where identified target phrases and keywords relevant to the Class are used in searches on Google, then links to the Settlement website will appear on the search result pages.

11.     Over 630,400,000 impressions have been delivered, resulting in over 546,962 clicks to the Settlement website and case-specific Facebook page that was created as a landing page for the links in the Facebook and Instagram newsfeed ads. A sample of the digital banner and newsfeed ads are attached as **Exhibit B**.

### Earned Media

12.     On December 10, 2021, A.B. Data disseminated a news release via *PR Newswire*'s US1 Newsline distribution list to announce the Settlements. This news release distributed via *PR Newswire* went to the news desks of approximately 10,000 newsrooms, including those of print, broadcast, and digital websites across the United States. The news release was also translated and published to *PR Newswire*'s U.S. Hispanic media contacts and Hispanic news websites. News about the Settlements was also sent via Twitter to the followers of *PR Newswire* and A.B. Data. A copy of the news release is attached as **Exhibit C.**

## Print Media

13.     A.B. Data published notice in the January 3, 2022, edition of *People*

magazine. To reach the older age ranges of the Settlement Class, as well as those who are

light users of digital and social media, the Email Notice, formatted as a 1/3-page ad, was

published one time in *People* magazine. *People* has a broad national readership with a

weekly audience of more than 26 million readers. A copy of the ad is attached as **Exhibit**

**D.**

## Website and Telephone

14.     To assist potential Settlement Class Members in understanding the terms

of the Settlement and their rights, A.B. Data established a case-specific toll-free

telephone number (877-311-3724) and a case-specific website

(www.atmclassaction.com).

15.     On December 10, 2021, A.B. Data established a case-specific toll-free

telephone number with an interactive voice response ("IVR") system which provided

summary information to frequently asked questions. This also provided callers the

opportunity to speak with a live customer support representative. As of today's date, a

total of 3,619 calls have been placed to the toll-free number, with 2,742 of those being

transferred to a representative.

16.     On December 10, 2021, A.B. Data established a case-specific website,

www.atmclassaction.com. The website address appeared on the Email Notice, Long-Form

Notice, and in *PR Newswire* and *People* magazine. The website includes case-specific

information, including relevant deadlines and downloadable versions of the Complaint,

Settlement Agreement, Long-Form Notice, and other relevant documents, including the motion for attorneys' fees. A copy of the Long-Form Notice is attached as **Exhibit E**. The website also includes functionality for Settlement Class Members to submit an online claim quickly and easily. To date, the website has 705,852 hits.

## Claims

17.     Settlement Class Members who opted to receive their share of money from the Settlement are required to have their Claim Forms submitted online at the Settlement Website on or before May 11, 2022, or postmarked by May 11, 2022. As of this date, a total of 273,191 Claims have been received. These Claims are under review, and the final count has not yet been determined and is subject to change until all Claims have been finalized after the Claims deadline. A copy of the Claim Form is attached as **Exhibit F**.

18.     A.B. Data worked with Co-Lead Counsel to draft an email reminder to file a Claim, which was sent to Settlement Class Members with a valid email. A.B. Data began sending these emails on March 16, 2022, and will send them through April 20, 2022, prior to the May 11, 2022 Claims deadline ordered by the Court. A copy of the Email Reminder is attached as **Exhibit G**.

## Requests for Exclusion and Objections

19.     The notices provide that Settlement Class Members may request exclusion by sending a written request to the Settlement Administrator that was postmarked by March 11, 2022. As of the date of this declaration, A.B. Data has received 17 requests for exclusion from the Settlement Class. Attached hereto as **Exhibit H** is a list of requests for exclusion.

20.     The deadline to object to the Settlement was March 11, 2022. The Notice informed Settlement Class Members that objections were to be mailed directly to the Court. As of the date of this declaration, A.B. Data has been made aware of one objection.

## Conclusion

21.     Based on my individual expertise and experience and that of my A.B. Data colleagues, that the Notice Plan effectively reached an estimated 80% of the target audience and thus potential Settlement Class Members, delivered plain language notices designed to capture potential Settlement Class Members' attention, and provided them with information about the settlement in an informative and easy to understand manner.

22.     In sum, I believe that the Notice Program in this Action as described herein has provided the best notice practicable under the circumstances, is consistent with the requirements set forth in Rule 23 of the Federal Rules of Civil Procedure, and is consistent with, and indeed exceeds, other similar court-approved practicable notice programs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of March 2022 in Milwaukee, Wisconsin.

ERIC SCHACHTER

# EXHIBIT A

**From:** ATM Surcharge Class Action Settlement
**To:**
**Subject:** COURT APPROVED LEGAL NOTICE Friday,
**Date:** December 10, 2021 3:51:52 PM

## Used An ATM Card And Were Assessed A Surcharge?
## You Could Get Money From $67 Million Class Action Settlements

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations. The Court has not decided who is right.

JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants") have agreed to Settlements resolving the claims.

## Am I included?

You are a Settlement Class Member if, at any time between October 1, 2007 and November 12, 2021, you paid a surcharge to withdraw cash from a bank ATM in the United States. You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States. A more detailed notice, including the exact Settlement Class definition and exceptions to Settlement Class membership, is available at www.ATMClassAction.com.

## What does the Settlement provide?

The Settlements provide for the payment of $66,740,000 in cash to resolve the claims.

## How can I get a payment?

To receive money from this Settlement, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges. You are not required to provide documentation with the Claim Form, but the Settlement Administrator reserves the right to request your bank statements or other documentation supporting your claim. Visit www.ATMClassAction.com/claims to fill out a Claim Form online or download one that can be mailed. To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than May 11, 2022.

Please note your Notice ID Number is 10293-85736. You will be requested to provide your Notice ID Number on your Claim Form, which will be used to expedite the validation of your claim submission.

## What are my rights?

If you are a Settlement Class Member, even if you do nothing, you will be bound by the Court's decisions and judgments concerning the Settlements. If you want to keep your right to sue the Settling Defendants regarding ATM surcharges, you must exclude yourself from the Settlement Class in writing by March 11, 2022. If you stay in the Settlement Class, you may object to the Settlements in writing by March 11, 2022. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.ATMClassAction.com. The U.S. District Court for the District of Columbia is scheduled to hold a hearing on May 17, 2022, at 3:00 p.m., at 333 Constitution Avenue N.W., Courtroom 18, Washington D.C. 20001, to consider whether to approve the Settlements. Class Lead Counsel will also request at the hearing, or at a later date, attorneys' fees of up to 33% of the Settlement Fund, plus reimbursement of costs and expenses, for investigating the facts, litigating the case, and negotiating the Settlements. You or your own lawyer may appear and speak at the hearing at your own expense, but you don't have to. The hearing may be conducted electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. Please do not contact the Court about this case.

If the case against the other Defendants is not dismissed, settled, or resolved by legal motion, plaintiffs will have to prove their claims against the other Defendants at trial. Trial dates have not yet been set. The Court has appointed the law firms of Hagens Berman Sobol Shapiro LLP; Quinn Emanuel Urquhart & Sullivan, LLP; and Mehri & Skalet, PLLC as Class Lead Counsel to represent Settlement Class Members.

Unsubscribe

# EXHIBIT B

**A.B. DATA, LTD.**
Class Action Administration



*Mackmin et al. v. Visa Inc. et al.*

## Banner Ads






## Mobile Ads





## Facebook Ads





# EXHIBIT C

**Hagens Berman Sobol Shapiro LLP,  Quinn Emanuel Urquhart & Sullivan, LLP, and Mehri & Skalet, PLLC Announce $67 Million Settlements for Persons and Entities Who Withdrew Money from an ATM**

Washington D.C. / December 10, 2021 / PR Newswire --

# Used An ATM Card And Were Assessed A Surcharge? You Could Get Money From $67 Million Class Action Settlements

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations. The Court has not decided who is right.

JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants") have agreed to Settlements resolving the claims.

### Am I included?

You are a Settlement Class Member if at any time on or after October 1, 2007 you paid a surcharge to withdraw cash from a bank ATM in the United States. You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States. A more detailed notice, including the exact Settlement Class definition and exceptions to Settlement Class membership, is available at www.ATMClassAction.com.

### What does the Settlement provide?

The Settlements provide for the payment of $66,740,000 in cash to resolve the claims.

### How can I get a payment?

To receive money from this Settlement, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges. You are not required to provide documentation with the Clam Form, but the Settlement Administrator reserves the right to request your bank statements or other documentation supporting your claim. Visit www.ATMClassAction.com/claims to fill out a Claim Form online or download one that can be mailed. To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than May 11, 2022.

### What are my rights?

If you are a Settlement Class Member, even if you do nothing, you will be bound by the Court's decisions and judgments concerning the Settlements. If you want to keep your right to sue the Settling Defendants regarding ATM surcharges, you must exclude yourself from the Settlement Class in writing by March 11, 2022. If you stay in the Settlement Class, you may object to the Settlements in writing by March 11, 2022. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.ATMClassAction.com. The U.S. District Court for the District of Columbia is scheduled to hold a hearing on May 17, 2022, at 3:00 p.m., at 333 Constitution Avenue N.W., Courtroom 18, Washington D.C. 20001, to consider whether to approve the Settlements. Class Lead Counsel will also request at the hearing, or at a later date, attorneys' fees of up to 33% of the Settlement Fund, plus reimbursement of costs and expenses,

for investigating the facts, litigating the case, and negotiating the Settlements. You or your own lawyer may appear and speak at the hearing at your own expense, but you don't have to. The hearing may be conducted electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. Please do not contact the Court about this case.

If the case against the other Defendants is not dismissed, settled, or resolved by legal motion, plaintiffs will have to prove their claims against the other Defendants at trial. Trial dates have not yet been set. The Court has appointed the law firms of Hagens Berman Sobol Shapiro LLP; Quinn Emanuel Urquhart & Sullivan, LLP; and Mehri & Skalet, PLLC as Class Lead Counsel to represent Settlement Class Members.


Source: Hagens Berman Sobol Shapiro LLP, Quinn Emanuel Urquhart & Sullivan, LLP, and Mehri & Skalet, PLLC

Contact: Ashley Klann, pr@hbsslaw.com, 206-268-9363

**Hagens Berman Sobol Shapiro LLP, Quinn Emanuel Urquhart & Sullivan, LLP y Mehri & Skalet, PLLC anuncian acuerdos por USD 67 millones para personas y entidades que hubiesen retirado dinero de un cajero automático**

Washington D.C. / 10 de diciembre de 2021 / PR Newswire --

# ¿Utilizó una tarjeta de cajero automático y le cobraron un recargo?
# Podría recibir dinero en virtud de un Acuerdo de demanda colectiva por USD 67 millones

En esta demanda colectiva, se sostiene que los Demandados infringieron las leyes federales antimonopolio al adoptar restricciones que presuntamente aumentaron los recargos en cajeros automáticos pagado por el Grupo de demandantes. Los Demandados niegan estas afirmaciones. El Tribunal no decidió quién tiene razón.

JP Morgan, Wells Fargo y Bank of America (los "Demandados conciliadores") han aceptado los Acuerdos que resuelven los reclamos.

### ¿Estoy incluido?
Es Miembro del grupo de demandantes si, en cualquier momento a partir del 1 de octubre de 2007, hubiese pagado algún recargo al retirar dinero en efectivo de un cajero automático de un banco en los Estados Unidos de Norteamérica. Está excluido del Grupo de demandantes si todas las transacciones en cajeros automáticos con recargo se hubiesen (a) reembolsado o (b) realizado con tarjetas emitidas por instituciones financieras con sede fuera de los Estados Unidos de Norteamérica. En www.ATMClassAction.com se encuentra disponible un aviso más detallado que incluye la definición precisa del Grupo de demandantes y las excepciones a la participación en el Grupo.

### ¿Qué dispone el Acuerdo?
El Acuerdo dispone el pago de USD 66,740,000 en efectivo para resolver los reclamos.

### ¿Cómo puedo recibir el pago?
Para recibir dinero en virtud de este Acuerdo, debe completar un Formulario de reclamo en el que deberá declarar bajo juramento que se le aplicaron recargos en cajeros automáticos. No está obligado a suministrar documentación con el Formulario de reclamo, no obstante, el Administrador del acuerdo se reserva el derecho a solicitarle los extractos bancarios u otra documentación que justifique su reclamo. Visite www.ATMClassAction.com/claims para completar un Formulario de reclamo en línea o descargar uno que puede enviar por correo postal. Para que tengan derecho a recibir el pago, los Formularios de reclamo se deben presentar de manera electrónica o deben estar matasellados antes del 11 de mayo de 2022, inclusive.

### ¿Cuáles son mis derechos?
Si fuese Miembro de grupo de demandantes, aunque no hiciera nada, quedará vinculado por las resoluciones y sentencias que el Tribunal dictase en relación con los Acuerdos. Si deseara conservar su derecho a demandar a los Demandados conciliadores en relación con los recargos en cajeros automáticos, debe excluirse por escrito del Grupo de demandantes antes del 11 de marzo de 2022. Si decidiese permanecer en el Grupo de demandantes, puede presentar objeciones a los

Acuerdos antes del 11 de marzo de 2022. En www.ATMClassAction.com se encuentran disponibles los Acuerdos, junto con los detalles sobre cómo excluirse o presentar una objeción. El Tribunal de distrito de los Estados Unidos de Norteamérica para el distrito de Columbia ha programado la celebración de una audiencia el 17 de mayo de 2022, a las 3:00 p. m., en 333 Constitution Avenue N.W., Courtroom 18, Washington D.C. 20001, para considerar si aprueba los Acuerdos. El Abogado principal de Grupo de demandantes también solicitará en la audiencia, o en una fecha posterior, los honorarios de los abogados por un monto de hasta el 33 % del Fondo del acuerdo, más el reembolso de los costos y gastos, por investigar los hechos, litigar el caso y negociar los Acuerdos. Usted o su propio abogado pueden comparecer e intervenir en la audiencia por su propia cuenta, pero no está obligado a hacerlo. La audiencia se podrá celebrar de manera electrónica o cambiar para otra fecha u hora sin que mediase notificación adicional, por lo tanto, le recomendamos que consulte www.ATMClassAction.com para mayor información. Le solicitamos que no se comunique con el Tribunal en relación con este caso.

Si el caso contra los otros Demandados no se desestimase, no se llegase a un acuerdo o no se resolviese mediante una solicitud legal, los demandantes tendrán que probar sus reclamos contra los otros Demandados en el juicio. Aún no se han programado las fechas del juicio. El Tribunal ha designado a los bufetes de abogados Hagens Berman Sobol Shapiro LLP; Quinn Emanuel Urquhart & Sullivan, LLP y Mehri & Skalet, PLLC como los Abogados principales del Grupo de demandantes para que representasen a los Miembro del grupo.

Fuente: Hagens Berman Sobol Shapiro LLP, Quinn Emanuel Urquhart & Sullivan, LLP y Mehri & Skalet, PLLC

Contacto: Ashley Klann, pr@hbsslaw.com 206-268-9363

# EXHIBIT D

*People* picks

## The Best of Benedict Cumberbatch!

Check out these performances by the Oscar-touted star of Netflix's *The Power of the Dog*







**Doctor Strange**
MOVIE | FANTASY
Cumberbatch is a neurosurgeon turned mystical, dapper-goateed superhero in one of the Marvel Universe's most visually trippy adventures. *(Disney+)*

**Sherlock**
TV | MYSTERY
Possibly the greatest of all Sherlock Holmes, Cumberbatch was definitely the most nervily sexy. He played the sleuth for four seasons on PBS, winning an Emmy. *(Amazon)*

**Patrick Melrose**
TV | DRAMA
In this disturbing British miniseries, based on Edward St Aubyn's novels, he plays an acid-tongued addict left reeling after an abusive childhood. *(Showtime)*



**CBS** | **Good Sam**
### A new kind of family medicine

DRAMA Dr. Sam Griffith (Sophia Bush), her hospital's chief of surgery, contends with a work situation that should have been headed off by HR. She landed the job because her predecessor—who happens to be her brilliant father (Jason Isaacs)—is in a coma after a shooting. Then Pop comes to and starts making the rounds, spouting off diagnoses like a know-it-all. The tone is light, fun, not terribly urgent. *(Jan. 5, 10 p.m.)*

CLOCKWISE FROM TOP: EVERETT(3); RAMONA DIACONESCU/CBS

## Used An ATM Card And Were Assessed A Surcharge?

### You Could Get Money From $67 Million Class Action Settlements

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations. The Court has not decided who is right.

JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants") have agreed to Settlements resolving the claims.

**Am I included?**

You are a Settlement Class Member if, at any time between October 1, 2007 and November 12, 2021, you paid a surcharge to withdraw cash from a bank ATM in the United States. You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States. A more detailed notice, including the exact Settlement Class definition and exceptions to Settlement Class membership, is available at www.ATMClassAction.com.

**What does the Settlement provide?**

The Settlements provide for the payment of $66,740,000 in cash to resolve the claims.

**How can I get a payment?**

To receive money from this Settlement, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges. You are not required to provide documentation with the Claim Form, but the Settlement Administrator reserves the right to request your bank statements or other documentation supporting your claim. Visit www.ATMClassAction.com/claims to fill out a Claim Form online or download one that can be mailed. To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than May 11, 2022.

**What are my rights?**

If you are a Settlement Class Member, even if you do nothing, you will be bound by the Court's decisions and judgments concerning the Settlements. If you want to keep your right to sue the Settling Defendants regarding ATM surcharges, you must exclude yourself from the Settlement Class in writing by March 11, 2022. If you stay in the Settlement Class, you may object to the Settlements in writing by March 11, 2022. The Settlement Agreements, along with details on how to exclude yourself or object, are available at www.ATMClassAction.com. The U.S. District Court for the District of Columbia is scheduled to hold a hearing on May 17, 2022, at 3:00 p.m., at 333 Constitution Avenue N.W., Courtroom 18, Washington D.C. 20001, to consider whether to approve the Settlements. Class Lead Counsel will also request at the hearing, or at a later date, attorneys' fees of up to 33% of the Settlement Fund, plus reimbursement of costs and expenses, for investigating the facts, litigating the case, and negotiating the Settlements. You or your own lawyer may appear and speak at the hearing at your own expense, but you don't have to. The hearing may be conducted electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. Please do not contact the Court about this case.

If the case against the other Defendants is not dismissed, settled, or resolved by legal motion, plaintiffs will have to prove their claims against the other Defendants at trial. Trial dates have not yet been set. The Court has appointed the law firms of Hagens Berman Sobol Shapiro LLP; Quinn Emanuel Urquhart & Sullivan, LLP; and Mehri & Skalet, PLLC as Class Lead Counsel to represent Settlement Class Members.



**SQUID GAME'S LEE JUNG-JAE**
My 'Unbelievable' Ride and What's Next

**Keanu Reeves & Carrie-Anne Moss**
On Their 24-Year Friendship

**HARRY & MEGHAN**
*Meet Baby Lili!*

# People

# Betty White Turns 100!

**People Exclusive Interview**

## 'Funny Never Gets Old'

The comedy legend shares her secrets for happiness—and her celebrity crush

**Plus!** Friends **Ryan Reynolds, Carol Burnett, Sandra Bullock** & more toast the Golden Girl

January 10, 2022
$5.99

0 2>
0 74470 10227 4

# EXHIBIT E

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENTS

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

---

### Used An ATM Card And Were Assessed A Surcharge?
### You Could Get Money From $67 Million Class Action Settlements

---

- Please read this Notice and the Settlement Agreements available at www.ATMClassAction.com carefully. Your legal rights may be affected whether you act or do not act. This Notice is a summary. To obtain more specific details concerning the Settlements, please read the Settlement Agreements.

- This class action alleges Defendants violated federal antitrust laws by adopting restraints that inflated the ATM surcharges (also called ATM access fees) paid by the Settlement Class. Defendants deny these allegations. The Court has not decided who is right.

- JP Morgan, Wells Fargo, and Bank of America ("Settling Defendants" or "Bank Defendants") have agreed to Settlements resolving the claims against them.

- Visit www.ATMClassAction.com to make a claim. You can also opt out of, comment on, or object to the Settlements.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | | DEADLINE |
|---|---|---|
| **SUBMIT A CLAIM FORM FOR PAYMENT** | You must submit a valid claim in order to receive compensation under these Settlements. | May 11, 2022 |
| **EXCLUDE YOURSELF** | You can exclude yourself from the Settlements by submitting a Request for Exclusion by mailing a letter to the Settlement Administrator saying you want to opt out. This is the only option that allows you to keep your legal right to sue the Settling Defendants for claims related to this case.<br><br>If you exclude yourself, you will <u>not</u> be eligible to receive compensation from these Settlements. | March 11, 2022 |
| **OBJECT TO THE SETTLEMENTS AND/OR ATTEND A HEARING** | You can write the Court about why you like or do not like the Settlements or object to Court approval, but you can't ask the Court to order larger Settlements. You can also ask to speak to the Court at the hearing on May 17, 2022 about the fairness of the Settlements, with or without your own attorney. | March 11, 2022 |
| **DO NOTHING** | If you take no action, you get no payment and you give up your legal right to continue to sue the Settling Defendants for claims related to this case. | No Deadline |

| WHAT THIS NOTICE CONTAINS |
|---|

**BASIC INFORMATION**.............................................................................................. **3**
   1.   Why is there a notice?.......................................................................... 3
   2.   What is this lawsuit about? ................................................................... 3
   3.   Who are the Defendants in the lawsuit? ............................................... 3
   4.   Why is this a class action? ................................................................... 3
   5.   Why are there Settlements? .................................................................. 4
**SETTLEMENT CLASS MEMBERSHIP** ..................................................................... **4**
   6.   How do I know if I can participate in the Settlements?........................ 4
**THE SETTLEMENT BENEFITS** ................................................................................ **4**
   7.   What do the Settlements provide? ........................................................ 4
   8.   How much money can I get from the Settlements? ............................... 5
**HOW TO GET A PAYMENT—MAKING A CLAIM** ................................................... **5**
   9.   How can I get a payment? .................................................................... 5
   10.  What is the deadline for submitting a Claim Form? ........................... 5
   11.  When and how will I get my payment?................................................ 5
   12.  What happens if my contact information changes after I submit a claim? .................... 6
   13.  What happens if some of the money from these Settlements is not claimed? ................ 6
**LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENTS** .................................. **6**
   14.  What am I giving up if I stay in the Settlement Class? ....................... 6
**THE LAWYERS REPRESENTING YOU** ..................................................................... **7**
   15.  Do I have a lawyer in the case?........................................................... 7
   16.  Should I get my own lawyer? .............................................................. 7
   17.  How will the lawyers be paid? ............................................................ 7
**EXCLUDING YOURSELF FROM THE SETTLEMENTS** ............................................. **8**
   18.  How do I exclude myself from the Settlements? ................................ 8
   19.  If I don't exclude myself, can I sue the Settling Defendants for the same thing later? ... 9
   20.  What happens if I exclude myself? ..................................................... 9
   21.  If I exclude myself, am I still represented by Class Lead Counsel? ............................. 9
**COMMENTING ON OR OBJECTING TO THE SETTLEMENTS** .................................. **9**
   22.  How do I tell the Court that I like or don't like the Settlements? ........ 9
   23.  What's the difference between excluding yourself and objecting?............ 10
**DOING NOTHING** ................................................................................................. **10**
   24.  What happens if I do nothing at all? ................................................... 10
**THE COURT'S FAIRNESS HEARING** .................................................................... **10**
   25.  When and where will the Court decide whether to approve the Settlements?.............. 10
   26.  Do I have to come to the Fairness Hearing? ...................................... 11
   27.  May I speak at the hearing?................................................................. 11
**GETTING MORE INFORMATION** ........................................................................... **11**
   28.  How do I get more information? ......................................................... 11

# BASIC INFORMATION

| **1.  Why is there a notice?** |
|---|

A Court authorized this notice because you have a right to know how the proposed Settlements may affect your rights. This notice explains the nature of the litigation, the general terms of the proposed Settlements, and what they may mean to you. This notice also explains the ways you may participate in, or exclude yourself from, the Settlements.

| **2.  What is this lawsuit about?** |
|---|

A class action lawsuit was brought on behalf of ATM cardholders who used a bank ATM owned by an entity different from the entity that issued the ATM card and were assessed an ATM surcharge. The lawsuit alleges the Defendants violated federal antitrust laws by participating in an unlawful agreement that allegedly had the effect of increasing the amount of ATM surcharges paid by the Class. The Defendants deny these allegations. The Court has not decided who is right.

| **3.  Who are the Defendants in the lawsuit?** |
|---|

Three Defendants have agreed to settle the lawsuit – JPMorgan & Chase Co. ("JP Morgan"); Wells Fargo & Co. and Wells Fargo Bank ("Wells Fargo"); and Bank of America, N.A. and Bank of America Corp. ("Bank of America"). These Defendants are collectively referred to as the "Settling Defendants."

The lawsuit is continuing against the remaining Defendants, namely:  Visa Inc.; Visa U.S.A. Inc.; Visa International Service Association; Plus System, Inc.; Mastercard Inc.; Mastercard International Inc. d/b/a Mastercard Worldwide; and NB Holdings Corp. These Defendants are collectively referred to as the "Non-Settling Defendants."

| **4.  Why is this a class action?** |
|---|

Even if you have not filed your own lawsuit against Defendants regarding the allegations described herein, you can obtain the benefits provided by these Settlements because the litigation is proceeding as a class action.

In a class action, one or more people file a lawsuit to assert legal claims on behalf of themselves and other persons who have experienced the same or similar circumstances. Here, two persons who were assessed ATM surcharges are named as Plaintiffs in a class action complaint against the Defendants. They serve as Settlement Class Representatives to represent their personal interests and the interests of all the Settlement Class Members.

Judge Richard J. Leon of the United States District Court for the District of Columbia presides over this litigation. The case is *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831.

| 5. Why are there Settlements? |
| --- |

Settlements avoid the costs and uncertainty of a trial and related appeals, while providing benefits to Settlement Class Members when the Settlements become final. The Court has not decided in favor of Plaintiffs or Defendants. The Settlement Class Representatives and Class Lead Counsel think the Settlements are in the best interests of everyone affected.

# SETTLEMENT CLASS MEMBERSHIP

| 6. How do I know if I can participate in the Settlements? |
| --- |

You are a Settlement Class Member, and you are affected by these Settlements, if you are:

- An individual or entity that paid an unreimbursed ATM Access Fee directly to any Bank Defendant or Bank Co-Conspirator for a Foreign ATM Transaction using an ATM card issued by a financial institution in the United States to withdraw cash at an ATM located in the United States at any time from October 1, 2007 to the date of the Preliminary Approval Order, which was on November 12, 2021.

ATM Access Fee means the fee assessed by an ATM operator to a cardholder for completing a Foreign ATM Transaction. ATM Access Fees are also referred to as "surcharges." Bank Defendant means JP Morgan, Wells Fargo, or Bank of America. Bank Co-Conspirator means a bank that is a member of the Visa and/or MasterCard ATM networks. Foreign ATM Transaction means an ATM transaction in which the cardholder uses an ATM that is owned by an entity different from the entity that issued the ATM card used for that ATM transaction. Specifically excluded from the Settlement Class are Defendants; Released Parties; the officers, directors, or employees of any Defendant or Released Party; any entity in which any Defendant or Released Party has a controlling interest; any affiliate, legal representative, heir, or assign of any Defendant or Released Party and any person acting on their behalf. Also excluded from the Settlement Class are any federal, state, or local governmental entities, Class Lead Counsel, and any judicial officer presiding over the Action and the members of his/her immediate family and judicial staff.

# THE SETTLEMENT BENEFITS

| 7. What do the Settlements provide? |
| --- |

The Settling Defendants will collectively pay approximately $67,000,000—Bank of America ($26,420,000), Wells Fargo ($20,820,000), and JP Morgan ($19,500,000)—into a Settlement Fund. After deductions for attorneys' fees, litigation costs, and other expenses, the Fund will be distributed to Class Members who submit valid claims.

## 8.  How much money can I get from the Settlements?

You must file a timely, valid claim in order to receive monetary compensation. Each claim will be eligible to receive a pro rata share of the Net Settlement Fund, after deductions for attorneys' fees, litigation costs, and other Court-approved expenses, based on the number of claims that are submitted. Because the amount of each payment depends on the number of approved claims, nobody can know in advance how much the payment will be.

# HOW TO GET A PAYMENT—MAKING A CLAIM

## 9.  How can I get a payment?

To receive money from these Settlements, you must complete a Claim Form that asks you to state under oath that you were assessed ATM surcharges.

You can fill out a Claim Form online at www.ATMClassAction.com.

If you prefer a paper Claim Form, you can ask for one by contacting the Settlement Administrator by telephone at 877-311-3724 or by email at info@ATMClassAction.com, or by U.S. Mail at ATM Surcharge Settlement, P.O. Box 170500, Milwaukee, WI 53217.

## 10. What is the deadline for submitting a Claim Form?

To be eligible for payment, Claim Forms must be submitted electronically or postmarked no later than May 11, 2022.

## 11. When and how will I get my payment?

The Court is scheduled to hold a hearing on May 17, 2022, to decide whether to approve the Settlements. The hearing may be held electronically or moved to a different date or time without additional notice, so it is a good idea to check www.ATMClassAction.com for additional information. If the Court approves the Settlements, there may be an appeal of that decision. It is hard to estimate how long it might take for any appeals to be resolved. If the Settlements are approved and no appeals are filed, the Settlement Administrator anticipates that payments will be sent out within 6 months.

Settlement payments will be digitally sent to you via email. Please ensure you provide a current, valid email address on the Claim Form. When you receive the email notifying you of your payment, you will be provided with a number of digital payment options such as PayPal or a virtual debit card. For many, this is the easiest and quickest option to receive money.

You will also have the opportunity to request that a check be mailed to you by the Settlement Administrator.

Updates regarding the Settlements and when payments will be made will be posted on the Settlement website, www.ATMClassAction.com.

| **12. What happens if my contact information changes after I submit a claim?** |
|---|

If, after you submit a Claim Form, you change your mailing address or email address, it is your responsibility to inform the Settlement Administrator of your updated information. Notify the Settlement Administrator of any changes to your mailing address or email address by writing:

ATM Surcharge Settlement
P.O. Box 170500
Milwaukee, WI 53217
info@ATMClassAction.com

| **13. What happens if some of the money from these Settlements is not claimed?** |
|---|

The Settling Defendants are not entitled to retain any part of the Settlement Funds that is not paid out or distributed as part of the administration of the Settlements for any reason. To the extent, if any, that an unpaid or undistributed part of the Settlement Amount is held by the Settlement Administrator at the completion of the administration of the Settlements, such remaining funds will be directed to a court-approved "next best" recipient.

# LEGAL RIGHTS RESOLVED THROUGH THE SETTLEMENTS

| **14. What am I giving up if I stay in the Settlement Class?** |
|---|

If you are a Settlement Class Member and you make a claim, or if you do nothing, you will be releasing all of your legal claims relating to the Settling Defendants' conduct described herein and will be bound by the Court's decisions and judgments concerning the Settlements. The Released Parties are Settling Defendants and each entity's past, present, and future direct and indirect parents (including holding companies), subsidiaries, affiliates, associates (all as defined in Securities and Exchange Commission Rule 12b-2 promulgated pursuant to the Securities Exchange Act of 1934, as amended), divisions, predecessors, successors, and each of their respective officers, directors, employees, agents, attorneys, legal or other representatives, trustees, heirs, executors, administrators, advisors, and assigns. Released Parties do not include any of the other Non-Settling Defendants.

This notice provides only a summary of the claims being released. The specific details of the claims being released by Settlement Class Members who do not exclude themselves from the Settlements are set forth in the Settlement Agreements, which may be viewed at www.ATMClassAction.com.

# THE LAWYERS REPRESENTING YOU

| **15. Do I have a lawyer in the case?** |
|---|

Yes. The Court appointed the law firms of Hagens Berman Sobol Shapiro LLP, Quinn Emanuel Urquhart & Sullivan, LLP, and Mehri & Skalet PLLC to represent you and the other Settlement Class Members. These attorneys are called Class Lead Counsel. You will not be charged for their services.

| **HAGENS BERMAN SOBOL SHAPIRO LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **MEHRI & SKALET, PLLC** |
|---|---|---|
| STEVE BERMAN | STEPHEN NEUWIRTH | STEVEN A. SKALET |
| 1301 Second Avenue | 51 Madison Avenue | 1250 Connecticut Avenue, |
| Suite 2000 | 22nd Floor | NW, Suite 300 |
| Seattle, WA 98101 | New York, NY 10010 | Washington, DC 20036 |
| Telephone: 206-623-7292 | Telephone: 212-849-7165 | Telephone: (202) 822-5100 |

| **16. Should I get my own lawyer?** |
|---|

You do not need to hire your own lawyer because Class Lead Counsel is working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your own lawyer to appear in Court for you if you want someone other than Class Lead Counsel to speak for you. You may also appear for yourself without a lawyer.

| **17. How will the lawyers be paid?** |
|---|

You do not have to pay Class Lead Counsel. Class Lead Counsel have not been paid for their services since this case began. They will seek an award of attorneys' fees out of the Settlement Fund, as well as reimbursement for litigation costs they advanced in pursuing the claims. The fees will compensate Class Lead Counsel for investigating the facts, litigating the case, and negotiating and administering the Settlements. Class Lead Counsel's attorneys' fee request will not exceed 33 percent of the Settlement Amount of $66,740,000. Additionally, Class Lead Counsel will seek reimbursement of their out-of-pocket litigation expenses as part of their application for attorney's fees, which will be posted to the Settlement website 14 days before the objection deadline.

Class Lead Counsel will also ask the Court to approve service award payments not to exceed $10,000 to each of the individual Class Representatives, who are Andrew Mackmin and Sam Osborn.

The costs of providing this notice and administering the Settlements are being paid from the Settlement Fund.

# EXCLUDING YOURSELF FROM THE SETTLEMENTS

If you don't want monetary compensation from the Settlements, and you want to keep your right, if any, to sue the Settling Defendants on your own about the legal issues in this case, then you must take steps to get out of the Settlements. This is called excluding yourself from—or "opting out" of—the Class.

| 18. How do I exclude myself from the Settlements? |
| --- |

If you want to keep the right to sue or continue to sue the Settling Defendants based on claims these Settlements resolve, you must take steps to exclude yourself from the Settlement Class. This is sometimes called "opting out." If you exclude yourself, however, you will not be eligible to receive a monetary payment from the Settlements.

You may opt out of the Settlements by mailing a letter to the Settlement Administrator with the following information:

- Your full name and mailing address, telephone number, and/or email address;
- The statement, "I wish to exclude myself from the Settlement Class and do not wish to participate in the Settlements in *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831" or substantially similar clear and unambiguous language; and
- Your handwritten signature. An attorney's signature, or a typed signature, is not sufficient.

Your letter must be sent First Class mail, postmarked by March 11, 2022, to:

ATM Surcharge Settlement
ATTN: EXCLUSIONS
P.O. Box 173001
Milwaukee, WI 53217

Your exclusion letter must be signed by you, personally, and not your lawyer or anyone else acting on your behalf. "Mass" or "class" opt-outs made on behalf of multiple persons or classes of persons will be deemed invalid.

You cannot exclude yourself by mailing a notification to any other location or after March 11, 2022. You cannot exclude yourself by telephone or by email.

If you submit a Claim Form and also a Request for Exclusion, the Request for Exclusion will be deemed invalid.

**19. If I don't exclude myself, can I sue the Settling Defendants for the same thing later?**

No. Unless you opt out, you give up the right to sue the Settling Defendants for the claims the Settlements resolve. You must exclude yourself from the Class if you want to try to pursue your own lawsuit.

**20. What happens if I exclude myself?**

If you exclude yourself, you will not have any rights as a member of the Settlement Class under the Settlements; you will not receive any payment as part of the Settlements; you will not be bound by any further orders or judgments in this case; and you will keep the right, if any, to sue on the claims alleged in the case at your own expense.

**21. If I exclude myself, am I still represented by Class Lead Counsel?**

No. Class Lead Counsel represents the members of the Settlement Class. If you exclude yourself from the Settlement Class, you are not represented by Class Lead Counsel.

# COMMENTING ON OR OBJECTING TO THE SETTLEMENTS

**22. How do I tell the Court that I like or don't like the Settlements?**

If you're a Settlement Class Member and do not opt out of the Settlements, you can comment on or object to the Settlements, including to tell the Court that you like or don't like the Settlements. By filing an objection, however, you are asking the Court to deny approval of the Settlements. You can't ask the Court to order larger Settlements; the Court can only approve or deny the Settlements.

If the Court denies approval, no Settlement payments will be sent out and the lawsuit against Settling Defendants will continue. If that is what you want to happen, you must object.

To comment on or object to the Settlements, you must mail a letter containing the following information:

- The name and case number of this lawsuit, *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831;
- Your full name and mailing address, and email address or telephone number;
- An explanation of why you believe you are a Settlement Class Member;
- If you are objecting, a statement whether the objection applies only to the objector, or to a specific subset of the Class, or to the entire Class;
- All reasons for your objection or comment, stated with specificity;
- A statement identifying the number of class action settlements you have objected to or commented on in the last five years;

- Whether you intend to personally appear and/or testify at the Final Approval Hearing;
- The name and contact information of any and all attorneys representing, advising, or assisting you, including any counsel who may be entitled to compensation for any reason related to your objection or comment;
- Whether any attorney will appear on your behalf at the Final Approval Hearing, and if so the identity of that attorney;
- The identity of any persons who wish to be called to testify at the Final Approval Hearing; and
- Your handwritten or electronically imaged written (e.g., "DocuSign") signature. An attorney's signature, or a typed signature, is not sufficient.

Your objection must be submitted directly to the Court either by mailing it to the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001, or by filing it in person at the United States District Court for the District of Columbia. To be considered, the objection must be filed or postmarked by March 11, 2022.

## 23. What's the difference between excluding yourself and objecting?

Excluding yourself from the Settlement Class means that you are no longer a Settlement Class Member and don't want the Settlements to apply to you. Once you are excluded, you lose any right to receive any benefits from the Settlements or to object to any aspect of the Settlements because the case no longer affects you.

You object to the Settlements when you disagree with some aspect of the Settlements and think the Court should not give Final Approval to the Settlements. An objection, like a comment, allows your views to be heard in Court.

# DOING NOTHING

## 24. What happens if I do nothing at all?

If you do nothing and the Court grants Final Approval, you'll be a member of the Settlement Class, but you will receive no money from this Settlements, and you won't be able to sue the Settling Defendants for the conduct alleged in this case.

# THE COURT'S FAIRNESS HEARING

## 25. When and where will the Court decide whether to approve the Settlements?

The Court will hold a Fairness Hearing at 3:00 p.m. on May 17, 2022, at the U.S. District Court for the District of Columbia 333 Constitution Avenue N.W., Washington D.C. 20001, Courtroom

18. At this hearing, the Court will consider whether the Settlements are fair, reasonable, and adequate. If there are objections, the Court will consider them.

The Court may also decide how much to pay to Class Lead Counsel in fees and expense reimbursements. After the hearing, the Court will decide whether to approve the Settlements.

The Court may hold the Fairness Hearing electronically, reschedule the Fairness Hearing, or change any of the deadlines described in this notice. The date of the Fairness Hearing may change without further notice to the Settlement Class Members. Be sure to check the website, www.ATMClassAction.com, for news of any such changes. You can also access the case docket via the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.dcd.uscourts.gov.

| 26. Do I have to come to the Fairness Hearing? |
| --- |

No. Class Lead Counsel will answer any questions the Court may have. You may attend at your own expense if you wish. If you send an objection, you do not have to come to Court to talk about it. As long as you mailed your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

| 27. May I speak at the hearing? |
| --- |

You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must include a statement in your written objection that you intend to appear at the hearing. Be sure to include your name, address, and signature as well.

You cannot speak at the hearing if you exclude yourself from the Class.

# GETTING MORE INFORMATION

| 28. How do I get more information? |
| --- |

This notice summarizes the proposed Settlements—more details are in the Settlement Agreements and other important case documents. You can get a copy of the Settlement Agreements, view other case documents, and get additional information and updates by visiting www.ATMClassAction.com.

All of the case documents that have been filed publicly in this case are also available online through the Court's Public Access to Court Electronic Records (PACER) system at https://ecf.dcd.uscourts.gov. This case is called *Andrew Mackmin, et al., v. Visa Inc., et al.* and the case number is No. 1:11-cv-01831. You may also obtain case documents by visiting the office of the Clerk of the Court for the United States District Court for the District of Columbia, 333 Constitution Avenue N.W., Washington D.C. 20001, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding court-observed holidays.

You can get additional information or request a copy of the Settlement Agreements by calling toll-free   877-311-3724   or   writing   to   the   Settlement   Administrator   by   email   at info@ATMClassAction.com or mail to ATM Surcharge Settlement, P.O. Box 170500, Milwaukee, WI 53217.

PLEASE DO NOT TELEPHONE THE COURT OR THE COURT CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENTS OR THE CLAIMS PROCESS.

# EXHIBIT F

# ATM SURCHARGE SETTLEMENT

## CLAIM FORM

### <u>INSTRUCTIONS</u>

This class action alleges Defendants violated federal antitrust laws by adopting restraints that allegedly inflated the ATM surcharges paid by the Class. Defendants deny these allegations.

You are a Settlement Class Member if at any time on or after October 1, 2007 you paid a surcharge to withdraw cash from a bank ATM in the United States.  You are excluded from the Settlement Class if all of your surcharged ATM transactions were (a) reimbursed, or (b) conducted on cards issued by financial institutions located outside of the United States.

**To be eligible for payment you must submit a valid claim no later than May 11, 2022.**

**Settlement payments will be digitally sent to you via email.** Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Settlement Administrator to receive a payment. When you receive the email and/or mobile phone text notifying you of your Settlement payment, you will be provided with a number of digital payment options such as PayPal or a virtual debit card, to immediately receive your Settlement payment. You will also at that time have the option to request a paper check.

The information provided on this Claim Form will be used solely by the Court-approved Settlement Administrator for the purposes of administering the Settlements and will not be provided to any third party or sold for marketing purposes.

## CLAIM FORM

**NOTICE ID NUMBER (IF EMAIL NOTICE SENT TO YOU)**

**NAME***

_FIRST NAME  LAST NAME_

**STREET ADDRESS***                                          **APT**

**CITY***                                          **STATE***        **ZIP***

**MOBILE PHONE NUMBER***

_XXX-XXX-XXXX_

**EMAIL ADDRESS***                        **VERIFY EMAIL ADDRESS***

Please ensure you provide a current, valid email address and mobile phone number with your claim submission. If the email address or mobile phone number you include with your submission becomes invalid for any reason, it is your responsibility to provide the Settlement Administrator with a current, valid email address and mobile phone number for payment.

## ATM SURCHARGE INFORMATION

**HAVE YOU PAID AN UNREIMBURSED SURCHARGE TO WITHDRAW CASH FROM AN ATM IN THE UNITED STATES AT ANY POINT ON OR AFTER OCTOBER 1, 2007?***
- ○ **YES**
- ○ **NO**

**[IF YES] WERE ANY OF THESE SURCHARGES PAID TO A BANK TO USE AN ATM OPERATED BY THAT BANK?***
- ○ **YES**
- ○ **NO**

**[IF YES] WERE ANY OF THESE SURCHARGED BANK ATM TRANSACTIONS CONDUCTED WITH AN ATM CARD ISSUED BY A FINANCIAL INSTITUTION (INCLUDING ANY BANK OR CREDIT UNION) IN THE UNITED STATES?***
- ○ **YES**
- ○ **NO**

**[IF YES] ESTIMATE THE NUMBER OF TIMES BETWEEN OCTOBER 1, 2007 AND THE NOVEMBER 12, 2021 THAT YOU PAID AN UNREIMBURSED SURCHARGE TO WITHDRAW CASH FROM A BANK ATM IN THE UNITED STATES USING AN ATM CARD ISSUED BY A UNITED STATES FINANCIAL INSTITUTION.***

**"AS STATED BELOW, THIS CLAIM FORM IS SUBMITTED UNDER PENALTY OF PERJURY, AND THE SETTLEMENT ADMINISTRATOR RESERVES THE RIGHT TO REQUEST BANK STATEMENTS OR OTHER DOCUMENTATION SUPPORTING YOUR CLAIM."**

\*Denotes required field

## <u>CERTIFICATION</u>

By signing this claim submission, I certify, under penalty of perjury, that the information included with this claim submission is accurate and complete to the best of my knowledge, information, and belief. If I am submitting this claim submission on behalf of a claimant, I certify that I am authorized to submit this claim submission on the individual's behalf. I am, or the individual on whose behalf I am submitting this claim submission is, a member of the Settlement Class, and have not submitted a request to exclude myself, or "opt-out of," the Settlements. I agree and consent to be communicated with electronically via email and/or mobile phone text (message & data rates may apply). I agree to furnish additional information regarding this claim submission if so requested to do so by the Settlement Administrator.

| **SIGNATURE** | **DATE** |
|---|---|
|  | *mm/dd/yyyy* |

# EXHIBIT G

| From: | ATM Surcharge Class Action Settlement |
|---|---|
| To: | |
| Subject: | ATM Surcharge Settlement Reminder [Important Legal Notice] |
| Date: | Wednesday, March 16, 2022 4:27:11 PM |

You were recently e-mailed a Court Authorized Notice of a proposed class action Settlement *Andrew Mackmin, et al., v. Visa Inc., et al.*, No. 1:11-cv-01831.

**You are likely eligible to file a claim to receive payment, and if you have not already filed a claim, please do so by clicking on the File a Claim Button below.**



**To receive a payment from the Settlement Fund, you must submit a Claim by May 11, 2022.** You can submit your claim online at the Settlement Website, www.atmclassaction.com, on or before 11:59 p.m. Eastern time on **May 11, 2022.**

Detailed information is available at the Settlement Website www.atmclassaction.com. You may also call the Settlement Administrator toll-free at 1-877-311-3724, mail to:

ATM Surcharge Settlement
P.O. Box 170500
Milwaukee, WI 53217

Unsubscribe

# EXHIBIT H

*ATM Fee's*
**Exclusion Report**

| | Name | Exclusion ID | Postmark Date | Exclusion Statement | Address | Phone Number | Signature | Notes |
|---|---|---|---|---|---|---|---|---|
| 1) | Andrew F. Rosbury | 145188798 | 1/24/2022 | Y | ██████████████ | N/A | Y | Paper Exclusion |
| 2) | Tony Rollins | 145188799 | 2/7/2022 | Y | ███████████ | ██████ | N | Emailed Exclusion |
| 3) | Jon Neill | 145188800 | 2/7/2022 | Y | ███████████ | ██████ | Y | Mailed Exclusion |
| 4) | Marcus G Ravazzar | 145188801 | 2/8/2022 | Y | █████ | N/A | Y | Mailed Exclusion (Did not provide full address) |
| 5) | Jozef Hatala | 145188802 | 2/7/2022 | Y | █████████ | N/A | Y | Mailed Exclusion |
| 6) | Amber K Lee | 145188803 | 2/12/2022 | Y | ████████████ | N/A | Y | Mailed Exclusion |
| 7) | Stephen Auerbach | 145188804 | 2/19/2022 | Y | ███████████████ | N/A | Y | Mailed Exclusion |
| 8) | Maria Elena Esparz | 145188805 | 2/22/2022 | Y | █████████████ | █████ | Y | Mailed Exclusion |
| 9) | Santiago Fernando- | 145188806 | 2/22/2022 | Y | █████████████ | █████ | Y | Mailed Exclusion |
| 10) | Judy Wilson | 145188807 | 2/27/2022 | Y | N/A | N/A | N | Emailed Exclusion |
| 11) | Alexander Cohen | 145188808 | 3/4/2022 | Y | ████████████ | █████ | Y | Mailed Exclusion |
| 12) | Ricardo LaCroix | 145188809 | 3/11/2022 | Y | N/A | N/A | N | Emailed Exclusion |
| 13) | Ryan Lawrence Tut | 145188810 | 3/11/2022 | Y | ██████████ | █████ | Y | Mailed Exclusion |
| 14) | Jaimi Inskeep Tuttle | 145188811 | 3/11/2022 | Y | ██████████ | █████ | Y | Mailed Exclusion |
| 15) | Donald Machado | 145188812 | 2/15/2022 | Y | N/A | N/A | N | Emailed Exclusion |
| 16) | Frank Story | 145188813 | 2/16/2022 | Y | N/A | N/A | N | Emailed Exclusion |
| 17) | Jerilyn Phippeny | 145188814 | 2/15/2022 | Y | N/A | N/A | N | Emailed Exclusion |