# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW MACKMIN, *et al.*,

        *Plaintiffs*,

*v.*

VISA INC., *et al.*,

        *Defendants*.

Civil Action No. 1:11-cv-1831-RJL
Assign Date: 8/4/2015
Description: Antitrust – Class Action

## ORDER GRANTING *MACKMIN* CONSUMER PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND SERVICE AWARDS FOR CLASS REPRESENTATIVES

This matter comes before the Court on the *Mackmin* Consumer Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Service Awards for Class Representatives ("Motion"). The Court, having considered the Motion, and all papers filed in support thereof and opposition thereto, and the argument of counsel, and good cause appearing, hereby GRANTS the motion and ORDERS that:

1.      Class Counsel are awarded attorneys' fees of **$20,022,000**, together with a proportional share of interest earned on the Settlement Fund for the same time period until disbursed to Class Counsel.

2.      Class Counsel are awarded reimbursement of their litigation costs and expenses in the amount of **$10,000,000**.

3.      Class Representatives Andrew Mackmin and Sam Osborn shall each receive a service award of **$10,000**.

4.      The attorneys' fees awarded, reimbursement of litigation costs and expenses, and the service awards shall be paid from the Settlement Fund and the interest earned thereon.

**IT IS SO ORDERED.**

DATED: _8/8/22_

_____

HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE