# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ANDREW MACKMIN, *et al.*,

                *Plaintiffs*,

*v.*

VISA INC., *et al.*,

                *Defendants*.

Civil Action No. 1:11-cv-1831-RJL
Assign Date: 8/4/2015
Description: Antitrust – Class Action

## NOTICE OF WITHDRAWAL OF APPEARANCE OF STEPHEN R. NEUWIRTH ON BEHALF OF THE *MACKMIN* CONSUMER CLASS

Undersigned counsel hereby respectfully submits the following notice informing the Court of the withdrawal of appearance of Stephen R. Neuwirth in the above-captioned matter. Mr. Neuwirth recently, and unfortunately, passed away. Pursuant to the Court's Order appointing co-lead counsel in this case, Quinn Emanuel Urquhart & Sullivan, LLP, via Adam B. Wolfson, will continue in its role as Co-Lead Class Counsel with Hagens Berman Sobol Shapiro LLP, and Mehri & Skalet, PLLC, and therefore expects no delays or gaps in the ongoing representation of the *Mackmin* Consumer Class.

DATED this 15th day of February, 2023.  Respectfully submitted,

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: ___/s/ Adam B. Wolfson_____
    Adam B. Wolfson (*pro hac vice*)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
adamwolfson@quinnemanuel.com

*Co-Lead Class Counsel for*
*Mackmin Consumer Plaintiffs*