# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| *Mackmin, et al. v. Visa Inc., et al.* | Case No. 1:11-cv-01831 (RJL)<br><br>**DECLARATION OF ERIC SCHACHTER REGARDING SETTLEMENT ADMINISTRATION** |
| This Document Relates to:<br>All Plaintiff Actions | |

I, Eric Schachter, hereby declare as follows:

1. I am a Senior Vice President of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. I am fully familiar with the facts contained herein based upon my personal knowledge.

2. Pursuant to the Court's Order Granting Preliminary Approval of Settlements With The Bank of America, Chase, and Wells Fargo Defendants and Directing Notice to the Class dated November 12, 2021 (the "Preliminary Approval Order"), A.B. Data was appointed by the Court as Settlement Administrator in this Action with primary duties including: (1) disseminating notice to the Class; (2) receiving, reviewing, and processing Claim Forms; and (3) allocating and distributing the Net Settlement Funds to eligible members of the Settlement Class.

3. I submit this Declaration at the request of Settlement Class Counsel to provide the Court and the parties to the above-captioned action (the "Action") with updated information regarding settlement administration, the processing of Claim Forms, and the proposed distribution process. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

**Notice**

4. As detailed in my previous Declaration of Eric Schachter in Support of Plaintiffs' Motion for Final Approval of Settlements filed with the Court on March 25, 2022 (the "Final Approval Declaration") (ECF 258-1), A.B. Data successfully implemented the Court-approved Notice Plan, which included (i) direct email notice to potential Settlement Class Members; (ii) a digital advertising campaign on numerous digital and social media platforms; (iii) a news release disseminated via *PR Newswire*; (iv) a publication notice in *People* magazine; and (v) a toll-free telephone number and case-specific website to address potential Settlement Class Member inquiries.

5. More specifically, A.B. Data effectuated direct notice by sending the Email Notice to approximately 60 million potential Settlement Class Members. Supplemental notice included banner ads encompassing over 630 million digital impressions being placed on various digital and social networks, advertisements placed with Google AdWords such that links to the Settlement website appeared on the search result pages for relevant searches, and a news release disseminated over *PR Newswire*. A.B. Data also published a printed advertisement in a national edition of *People* magazine.

6. Pursuant to the Court's Order Granting *Mackmin* Consumer Plaintiffs' Motion for Final Approval of Settlements with the Bank of America, Chase, and Wells Fargo Defendants dated August 8, 2022 (the "Final Approval Order"), the Court found that the Notice Plan was the best practicable under the circumstances and fully satisfied the requirements of the Federal Rules of Civil Procedure. The Court also found that the proposed Plan of Allocation to pay Settlement Class Members on a *pro rata* basis based on the Claim Forms submitted was fair, reasonable, and adequate.

**Claims Processing Activities**

7. Settlement Class Members who wish to be eligible to receive a distribution from the Settlements were required to complete and submit to A.B. Data a properly executed Claim Form postmarked or submitted online no later than May 11, 2022.

8. In preparation for receiving and processing the submitted Claim Forms, A.B. Data (i) conferred with Settlement Class Counsel to ensure that project guidelines for processing claims followed the Court's orders; (ii) created a unique database to store Claim Form details, images of Claims Forms, and any supporting documentation; and (iii) trained staff in the specifics of the project so that Claim Forms would be properly processed.

9. As of the date of this Declaration, a total of approximately 433,363 Claim Forms were received by A.B. Data through the online filing portal on the case-specific website (www.atmclassaction.com). A total of 433,378 claims have been submitted. Each Claim Form was assigned a unique Claim Form number. The information from each Claim Form, including the claimant's name, address, email address, and information related to ATM surcharge transactions during the Settlement Class Period, was captured into a database developed by A.B. Data to process Claim Forms.

10. All claims were subject to review and/or audit by the Settlement Administrator. A.B. Data performed numerous customary audits and secondary reviews of the submitted claims, in consultation with Settlement Class Counsel, to determine which claims are valid, and for purposes of culling out any duplicate or fraudulent claims — for example, where (a) the claimed amount appears high in comparison to other claimants; (b) information on the Claim Form suggests the claimant is not a Settlement Class Member; and/or (c) members of A.B. Data's staff identified a claim that was potentially suspicious or not genuine. A.B. Data also identified certain claims that were invalid for not providing information as required by the Claim Form.

11. Any claimant with an invalid or deficient claim is being sent a notification via email and/or mail to provide them with an opportunity to resolve any issues identified related to their claim. For example, some claims will be required to furnish additional information and/or documentation to validate the information presented on their Claim Form. If the claimant fails to correct the deficiency within the time specified, the claim will be deemed invalid and will not receive a distribution from the Net Settlement Fund. A.B. Data estimates the deficiency and validation process will be complete in the next 45 to 60 days, depending on volume.

**Distributions to Eligible Claimants**

12. Subject to the Court's approval, A.B. Data will commence distribution of the net settlement funds within 90 days of the Court issuing an order approving the distribution process. As previously approved by the Court, the Net Settlement Fund will be distributed on a *pro rata* basis to eligible Settlement Class Members based on the claimed surcharges during the Settlement Class Period as reflected on the Claim Forms.

13. A.B. Data will send Settlement payments digitally to each eligible Settlement Class Member using the email address provided on the Claim Form. Each eligible claimant will be provided with a number of digital payment options such as a prepaid virtual debit card, ACH, or PayPay/Venmo. At the time of distribution, claimants will also have the opportunity to request a traditional paper check payment by mail. Prior to sending payments by email, A.B. Data will run all email addresses through a verification process to confirm the email address is valid and functional. Any Settlement Class Member with an invalid or undeliverable email address will instead be sent a traditional paper check.

14. The digital payment links will be valid for a period of 60 days. To encourage each Settlement Class Member to redeem their digital payments, A.B. Data will send a number of reminder emails to any claimants who do not initially redeem their digital payment over the 60 day period.

15. The traditional paper checks sent by request or due to an invalid email address will also be valid for a period of 60 days. To encourage Settlement Class Members to deposit their payments promptly, all checks will bear a notation: "CASH PROMPTLY. VOID AND SUBJECT TO REDISTRIBUTION IF NOT CASHED BY [DATE 60 DAYS AFTER ISSUE DATE]."

16. Settlement Class Members who do not redeem their digital payments or cash their checks within the 60-day period will not receive a recovery from the Settlement, and those residual funds will be subject to redistribution to other Settlement Class Members who actually redeemed their digital payments or cashed their checks in a second distribution.

17. To conduct a second distribution, A.B. Data, after deducting the payment of any estimated administrative costs and estimated taxes, will reallocate the residual funds to all Settlement Class Members who submitted a valid claim and successfully redeemed or cashed their initial distribution payment. The second distribution would begin approximately 90 days after the initial distribution payments are voided and would also last for a period of 60 days.

18. At the conclusion of the second distribution, A.B. Data, in conjunction with Class Counsel, will determine whether any further distributions of the funds remaining in the Net Settlement Fund is cost-effective and feasible. If feasible, additional rounds of distribution will be conducted in a similar manner as the initial and second distributions.

## Administrative Costs

19. A.B. Data agreed to be the Settlement Administrator in exchange for payment of its fees and expenses. Settlement Class Counsel received reports on and invoices for all of the work A.B. Data performed with respect to the administration of the Settlement to date. A.B. Data has incurred fees and expenses in the amount of $577,375.16 through January 31, 2023. To date, A.B. Data has been paid a total of $479,569.28 from the Settlement Fund, in accordance with the Settlement Agreements. A.B. Data estimates that it will incur an additional $350,000 to complete the claim deficiency process described herein, finalize the claim calculations, and conduct an initial distribution of the Net Settlement Fund.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 17th day of February, 2023 in Milwaukee, Wisconsin.

Eric Schachter