IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-01803-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| LYNNE BARTRON, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-1831-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |
| PETER BURKE, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>VISA INC., *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:11-cv-1882-RJL<br>Assign Date: 8/4/2015<br>Description: Antitrust – Class Action |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned attorney, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, hereby enters an appearance as counsel of record for

Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions.

Dated: January 22, 2025
       Washington, D.C.

Respectfully submitted,

*/s/ Mitchell D. Webber*
Mitchell D. Webber (D.C. Bar No. 1024005)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, N.W.
Washington, D.C. 20006
Tel: 202-223-7359
Fax: 202-315-3973
mwebber@paulweiss.com

Attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated

## CERTIFICATE OF SERVICE

      I hereby certify that, on January 22, 2025, I caused the foregoing Notice of Appearance to be filed using the Court's CM/ECF system, which will send electronic notification of such filing to all counsel of record.

                                                */s/ Mitchell D. Webber*
                                                Mitchell D. Webber