IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW MACKMIN, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants.* | Civil Action No. 1:11-cv-1831-RJL |

### ORDER GRANTING *MACKMIN* CONSUMER PLAINTIFFS' MOTION FOR AUTHORIZATION TO DISTRIBUTE VISA AND MASTERCARD SETTLEMENT FUNDS

This Court has reviewed the Motion For Authorization to Distribute Visa and MasterCard Settlement Funds (the "Motion") submitted by the *Mackmin* Consumer Plaintiffs ("Plaintiffs"), which seeks approval of a plan consistent with this Court's prior rulings and findings in connection with preliminarily and finally approving the settlements with the Network Defendants[1] in this action, and is supported by a declaration from Mark Cowen ("Cowen Declaration"), Project Manager with A.B. Data, Ltd., the Court-appointed Settlement Administrator. The Motion asks the Court to authorize the distribution of net settlement funds consistent with the finally approved settlement, the recommendations above, the process outlined in the Cowen Declaration, and the Order Granting *Mackmin* Consumer Plaintiffs' Motion for Final Approval of Settlement with the Visa and Mastercard Defendants, where the Court found that the proposed Plan of Allocation to pay Settlement Class Members on a *pro rata* basis based on the number of valid claim forms submitted was fair, reasonable, and adequate (Dkt. 304, ¶ 10).

---

[1] The Network Defendants are Mastercard Inc. and Mastercard International Inc. d/b/a Mastercard Worldwide ("MasterCard Defendants" or "MasterCard"), as well as Visa Inc., Visa U.S.A. Inc., Visa International Service Association, and Plus System, Inc. ("Visa Defendants" or "Visa").

Upon consideration and for good cause shown, the Court hereby **GRANTS** the requested relief.

Therefore, **IT IS HEREBY ORDERED** that:

The Settlement Administrator, in consultation with Class Counsel, shall commence distribution of the net settlement funds within ninety (90) days of this Order and distribute those funds on a *pro rata* basis to eligible Settlement Class Members, after making appropriate adjustments to account for the results of the Settlement Administrator's claim deficiency and validation process, in accordance with the distribution plan described in paragraphs 17 through 25 of the Cowen Declaration.

**IT IS SO ORDERED.**

DATED: 12/3/25

_____
HONORABLE RICHARD J. LEON
UNITED STATES DISTRICT COURT JUDGE