IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL ATM COUNCIL, INC., *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:11-cv-01803-RJL |
| LYNNE BARTRON, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:11-cv-01831-RJL |
| PETER BURKE, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> VISA INC., *et al.*, <br><br> *Defendants*. | Civil Action No. 1:11-cv-01882-RJL |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Kenneth A. Gallo of Paul, Weiss, Rifkind, Wharton & Garrison LLP as attorney for Defendants Mastercard Incorporated and Mastercard International Incorporated in the above-captioned actions. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent Mastercard Incorporated and Mastercard International Incorporated in these proceedings.

Dated: January 7, 2026
Washington, D.C.

                    PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Kenneth A. Gallo*
     Kenneth A. Gallo
     2001 K Street, NW
     Washington, D.C. 20006-1047
     (202)-223-7356
     kgallo@paulweiss.com

*Counsel for Mastercard*

**CERTIFICATE OF SERVICE**

I, Kenneth A. Gallo, hereby certify that on January 7, 2026, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and upon Mastercard Defendants via email.

| | |
|---|---|
| Dated: January 7, 2026<br>Washington, D.C. | /s/ Kenneth A. Gallo<br>Kenneth A. Gallo |