ATM SURCHARGE SETTLEMENT

CASE # 1:11-cv-01831-RJL-MAU CIVIL ACTION # 1:11-cv-1831-RJL

ANDREW MACKMIN

V.

VISA INC.

NON-PARTY (3RD PARTY)

MOTION FOR LEAVE (REVIEW/RECONSIDER DENIED CLAIM)

ATTN:

HONORABLE JUDGE RICHARD J. LEON

UNITED STATES DISTRICT COURT JUDGE

CLAIMANT: JASON BRADLEY

CLAIM # 671345937

JASONBRADLEY33319@GMAIL.COM

213-755-7580

403 E 5TH ST STE 405

LOS ANGELES CA 90013

I hereby submit this to the court, as to formally appeal the denial of the above-referenced claim, that I was a class member claimant in. There were 2 seperate settlements that were litigated on. The 1st settlement in 2021 provided individuals an oppurtunity to submit a claim and indicate the approx.number of ATM visits you made betewen OCT. 2007 to NOV. 2021. once that settlement was

RECEIVED

JULY 17 2026

Clerk, U.S. District & Bankruptcy Court for the District of Columbia

completed, a second settlement was opened and anyone that submitted a valid claim in the 1st settlement was automaticlly included as a claimant in this current one. The claimants in the 1st settlement were also provided an oppurtunity to add additional visits to the 2nd claim since the 2nd settlement was from OCT. 2007 to JULY 2024.

My 2nd claim I took a substantial amount of time and effort, in order to provide an accurate number of visits. I also failed to realize that during the claim visit period, through those years I have 7 children that I provided an ATM Debit card that were attached to my account to each of them as they went through high school, on to college, and some even after college. They never had there own account until after they were established the cards and any and all transactions that were made were always from my personal account that I was the sole owner and they were just allowed minimal access such as using the ATM for cash withdrawls.

I then realized that all those visits for each child as well as my own visits are all able to be counted towards ATM visits since these were my accounts they were not even joint accounts, I was the sole and only account holder, which means that I was the one responsible for any and all ATM surcharges and theres no reason why they cant be included since I still had to pay for those visits, those visits cant just be excluded because there was still a surcharge that I paid, therefore any and all of those visits during the valid settlement time period are well within the terms of the settlement to be included. I feel that the court should agree unless the court is able to provide something stated in the settlement terms that indicate that im unable to include those visits on my claim.

I ultimatley submitted my claim in the 2nd settlement which included an approx # of visits for my children's visits (using my account) as well as my own visits. I received a defiency notice in Dec. 2025 (im also including the emails for you to review). The email said I needed to go to a website which will provide more details on fixing my claim. As you will see in my emails, I tried to access the site for a couple weeks and I emailed them a few times asking for help in order for me to have an oppurtunity to validate my claim. everytime I emailed the claim administrator asking what excatly is it that i need to provide to get my claim fully approved.

I received the same broad response that stated "ADJUST THE SURCHARGE VISITS ACCORDINGLY" or "SUBMIT SUPPORTING DOCUMENTATION TO JUSTIFY THE NUMBER OR VISITS CLAIMED"

I re-emailed them a few times asking for clairifacation of there response and everytime they just repeated there last reply. they didnt care to explain what adjust the number accordingly means, and they never once provided any examples of what type of supporting documentation is accecpted and not accecpted.

I then submitted excatly what they wanted and requested to approve my claim.

I took a few hours and adjusted the visits accordingly and provided a very accurate number for the 17 year period and 7 of my children being included in the number of vsits. That was excatly as they requested.

I then provided via email a full, detailed, itemized email that not only provided the number of visits,

but I also throughly explained how I reached the specific visits then I further explained and indicated the grand total of visit as well as how I reached that final number.

This is supporting documentation that justifys the number of visits claimed, and i further state that any disagreement that this is not a document that justifys the number of visits would not only be wrong, but a mere oppinion, I state that what i provided is an absoulte fact that this is what was required of me.

I ask that the court agree with the claimant as to I submitted excatly what was required in order for my claim to be fully approved.

I ask that the court also acknowledge and agree that if there were specific documents required then the denial email should, and must indicate the excact type of documents accepted, as I emailed a few times in order to get a specific reply as to what excactly is needed for my claim to be fully approved. The court can clearly see that I was provided the same reply everytime

The word "justify" in terms of numbers and sum of numbers means to provide valid reasoning, or calculations, that prove a specific sum is accurate.

My denial email required that i "JUSTIFY" the number of visits. My response email does "JUSTIFY" my number of visits according to the definition and meaning of JUSTIFY.

I ask that the court agree that according to the meaning of justify, I did indeed justify how my number was calculated with detailed explanations included as well.

I also ask the court to acknowlodge and agree that anyone that would argue that i failed to JUSTIFY my amount, would not only be incorrect on a factual basis according to the meaning, of the word, and would only be the mere oppinion of another individual that lacks facts to solidify there oppinion.

I would like to also ask that the settlement administrator provide to the court excactly as to which excact number of visits was used as the "cut off" number for which a claim is denied or approved? There must be a specific number otherwise were some claims denied at a certain number? and others werent? That figure should be accesible for claimants to see.

I feel that the court should also acknowledge that there are alot of claimants that are also submiting motions, letters, and documents to the court regarding there claim and regarding the settlement administartor, they should also be responsible for providing an explaination of why did millions file a claim but yet less than 300,000 were approved? its pretty clear that a mass denial took place, which isnt right, fair, or ethical.

The Atm visits that I calculated and provided a detailed "justification" of how i calculated that number which includes my 7 children and myself over the period of 17 years;

Grand Total : 41,861 ATM visits

I think that the administrator just looked at the number and immeditely denied the claim without

taking into account that my 7 children that had visits during that period are visits that need to be accepted as well due to these visits were all under my sole account, and then also realize that this isnt just 17 years of visits, its actually 17 years times 8 people which is 136 years of visits.

I ask the court to ackowledge the facts provided in this motion and ask that the facts be weighed more heavily than any oppinion or non-fact, which once all the facts are considered, Im confident that the court should fully approve my claim. There is nothing in this motion that can be argued with any type of concrete facts, but rather only with someones oppinion which should hold very little or no weight regarding the courts final decision of the full approval of my claim.

The emails that are attached should also help the court with the approval of my claim.

furthermore and in closing;

I ask, hope, and pray the court agrees with everything presented, and ask that my claim be fully approved and payment to be issued immediately following approval of this motion.

JASON BRADLEY