# ATM Surcharge class action settlement

1 message

**Jason Bradley** <jasonbradley33319@gmail.com> Sun, Jan 4, 2026 at 10:16 PM
To: contactus@hbsslaw.com, adamwolfson@quinnemanuel.com <adamwolfson@quinnemanuel.com>, sskalet@findjustice.com <sskalet@findjustice.com>, steve@hbsslaw.com <steve@hbsslaw.com>

Hello,
My name is Jason Bradley;

Im an active claimant in the ATM SURCHARGE Class Action.
My Claim number is
671345937

Im aware that the payout to claimants will be soon.
In early December, I received an email from the claim administrator advising that I need to fix my claim with a deadline of JANUARY 3, 3026 and in order to find out exactly what I needed to do I have to visit the claim website and input my claim number on the "fix my claim" tab which will explain what is needed. So everyday for the entire month I tried to visit the site and that particular tab never worked. It would always say "LOADING" and that's it (I attached a screenshot for you to see) so I then attempted several times to email the Settlement Administrator to get some help and find out what is needed from me, I received an email several days later which said

"TO FIX YOUR CLAIM YOU NEED TO UPDATE YOUR SURCHARGE AMOUNT ACCORDINGLY"

that's makes absolutely no sense at all

ACCORDINGLY TO WHAT???

So throughout December I continually emailed the administrator in which I NEVER received any further responses

The purpose of this email is to make the attorneys of the Settlement aware that I attempted several times to find out what i needed to do to fix my claim.
Im also requesting that my claim that I submitted should be approved as submitted as numerous attempts were made to no avail.

The claim that I submitted is true and accurate, and it should be noted that during the time period I have also put 7 of my children through college and I would always open an account under my name for them to use.. so that's an extra 7-10 accounts which they also used during high school and during and after college and also presently
So adding those accounts of my children that's another 70-100 years of atm visits and fees (approx. 1,200 months) and each of my children were using ATM'S 3-5 TIMES PER DAY, PER CHILD CONSISTENTLY... and that's ONLY speaking about those accounts, so once you include my accounts that I used during that period, that' provides a better perspective of how i calculated the numbers on my claim... I also resided In las vegas for several years of the period and I used the ATM's at the Casinos a majority of the time so those surcharges were always $12-$25 per transaction.
So now it should make more sense of how I calculated my numbers on my claim..

At this point I ask that my claim to be approved due to me making several attempts to fix my claim and the site wasn't working properly which I should have been emailed regarding what exactly i need to do. Along with making several attempts, I emailed several times throughout December trying to get a response.
So I provided some background of how I came up with the calculations on my claim and should shed some light and make more sense.
Once again i ask that my claim be approved as submitted, and any other disposition such as a denial would ultimately deprive me of an opportunity to fix whatever was initially requested after several attempts to contact the administrator regarding this so anything other than an approval would be unethical and furthermore not JUST and NOT FAIR.

This should definitely provide clarification and a better understanding of my calculations on my claim

As a claim participant I felt like sending this email to you is important since you are representing myself and the entire class. The payout is very soon and I wanted to make sure this situation is taking care of, so that my claim is approved and I can receive my pro rata share caluculations of the Settlement from my claim.

A class action administrator should be well staffed and prepared to handle large classes like this one and it seems like they aren't staffed or prepared, but due to that, a claimant such as myself should not be penalized due to a settlement administrator not being able to handle such a large case.

Furthermore and due to the above facts and circumstances, im requesting a full approval of my claim.

I would appreciate perhaps a follow up email regarding this...

Thank you very much

God Bless,




Jason Bradley

**Claimant**

1 message

**Jason Bradley** <jasonbradley33319@gmail.com> Mon, Dec 22, 2025 at 2:36 PM

To: ATM Surcharge Settlement <info@atmclassaction.com>

Adjust the surcharge amount accordingly to what??

[Quoted text hidden]

# Claimant

1 message

**Jason Bradley** <jasonbradley33319@gmail.com> Mon, Dec 29, 2025 at 5:42 PM

To: ATM Surcharge Settlement <info@atmclassaction.com>

Claim number: 671345937

Hello, Im trying to fix my claim, the site is still not working which is how im supposed to find out what exactly I need to do to fix my claim and I've sent a few emails over the past few weeks and the only email response I've received from you said;

"I need to adjust my claim surcharge amount accordingly"

That doesn't make much sense..?

Adjust it accordingly to what???

You provided me a deadline to fix my claim but the website isn't working and I've been emailing several times in order to get a direct response but your only reply told me to adjust my surcharge fees amount accordingly..

Can someone please advise me as to what exactly you would like from me?

Thank you

[Quoted text hidden]

# Claimant

1 message

**ATM Surcharge Settlement** <info@atmclassaction.com> Mon, Jan 5, 2026 at 9:50 AM
Reply-to: ATM Surcharge Settlement <info@atmclassaction.com>
To: Jason Bradley <jasonbradley33319@gmail.com>

Hello,

Please choose one of the following options: adjust the surcharge amount accordingly or submit supporting documentation to justify the amount claimed.

You may reply to this email with your supporting documents or the updated surcharge amount, and we will update our records accordingly.

Regards,
Claims Administrator

**ATM Surcharge Settlement**
Phone: 877-311-3724
Website: www.ATMClassAction.com
Email: info@ATMClassAction.com

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

On December 30, 2025 at 1:42:56 AM UTC, jasonbradley33319@gmail.com wrote:

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Claim number: 671345937

Hello, Im trying to fix my claim, the site is still not working which is how im supposed to find out what exactly I need to do to fix my claim and I've sent a few emails over the past few weeks and the only email response I've received from you said;

"I need to adjust my claim surcharge amount accordingly"

That doesn't make much sense..?

Adjust it accordingly to what???

You provided me a deadline to fix my claim but the website isn't working and I've been emailing several times in order to get a direct response but your only reply told me to adjust my surcharge fees amount accordingly..

Can someone please advise me as to what exactly you would like from me?

Thank you

[Quoted text hidden]

## Claimant

1 message

**ATM Surcharge Settlement** <info@atmclassaction.com> Mon, Jan 5, 2026 at 9:50 AM
Reply-to: ATM Surcharge Settlement <info@atmclassaction.com>
To: Jason Bradley <jasonbradley33319@gmail.com>

Hello,

Please choose one of the following options: adjust the surcharge amount accordingly or submit supporting documentation to justify the amount claimed.

You may reply to this email with your supporting documents or the updated surcharge amount, and we will update our records accordingly.

Regards,
Claims Administrator

**ATM Surcharge Settlement**
Phone: 877-311-3724
Website: www.ATMClassAction.com
Email: info@ATMClassAction.com

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

On December 30, 2025 at 1:42:56 AM UTC, jasonbradley33319@gmail.com wrote:

**EXTERNAL MESSAGE**
This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.

Claim number: 671345937

Hello, Im trying to fix my claim, the site is still not working which is how im supposed to find out what exactly I need to do to fix my claim and I've sent a few emails over the past few weeks and the only email response I've received from you said;

"I need to adjust my claim surcharge amount accordingly"

That doesn't make much sense..?

Adjust it accordingly to what???

You provided me a deadline to fix my claim but the website isn't working and I've been emailing several times in order to get a direct response but your only reply told me to adjust my surcharge fees amount accordingly..

Can someone please advise me as to what exactly you would like from me?

Thank you

[Quoted text hidden]

## ATM SURCHARGE SETTLEMENT NOTICE OF REJECTION OF CLAIM

1 message

**ATM Surcharge Class Action Settlement** <help@mg.abdataclassactionmail.com> Thu, Dec 4, 2025 at 10:23 AM
Reply-to: info@atmclassaction.com
To: jasonbradley33319@gmail.com

# NOTICE OF REJECTION OF CLAIM

**DATE: December 4, 2025**
**CLAIM NUMBER: 671345937**
**RESPONSE DEADLINE: January 3, 2026**

Dear Claimant:

We have processed the Claim Form ("Claim") that you submitted regarding the *Andrew Mackmin, et al., v. Visa Inc., et al.* class action settlement. This letter is to inform you that additional supporting documentation is necessary in order to consider validating the Claim.

In your Claim, you provided a response to the number of times an unreimbursed surcharge was paid with a number that requires supporting documentation to verify the number indicated.

To cure your Claim, please visit www.ATMClassAction.com and select the "Fix My Claim" option from the menu bar. You will need to enter your Claim ID provided above to log in and address the issues above. Please follow the instructions on how to fix your claim.

Your response, including the requested documentation, must be received by the Response Deadline listed above. If you fail to respond by the Response Deadline, or if your response fails to substantiate the number of times an unreimbursed surcharge was paid and other information requested, your Claim may be adjusted or rejected in its entirety.

If you have any questions about this request, please contact us at (877) 311-3724, or email us at info@ATMClassAction.com. Please reference the Claim Number set forth above in any communication.

If you are unable to log in to the deficiency portal, you may provide your response via email at info@ATMClassAction.com, or by mail to:

ATM Surcharge Settlement
P.O. Box 170500
Milwaukee, WI 53217

The response deadline is January 3, 2026. Your response must be received if sent by email, or postmarked if sent by United States Postal Service, no later than January 3, 2026.

Regards,

A.B. DATA, LTD.
Claims Administrator

If you'd like to unsubscribe click here.

# Claimant

1 message

**Jason Bradley** <jasonbradley33319@gmail.com> Tue, Jan 6, 2026 at 7:53 AM
To: ATM Surcharge Settlement <info@atmclassaction.com>

Hello,

This is going to be the 5th time I have emailed you for an explanation and clarification of your response im either getting no response or your just copying and pasting the same response that makes no sense
You said I need to;

"ADJUST THE SURCHARGE AMOUNT ACCORDINGLY"

ONCE AGAIN IM ASKING YOU WHAT DO YOU MEAN BY "ACCORDINGLY"???

THAT DOESN'T MAKE MUCH SENSE

ACCORDINGLY TO WHAT????????

By the way this is being handled im starting to think this is a tactic to kill time in order to deny my claim.

I hope not, but I've since emailed the 3 attorneys that represent the class on this case to fully advise them on what's been happening since early December.
I showed them how your site to fix the claim isn't working and advised them my several attempts to fix my claim and I either get no response or this response that makes no sense..its rather ironic that your site isn't allowing claimants to fix there claim and emails dont get replied to, which seems like an easy way to do a mass large denial of claims...

Im not going to allow my claim to be denied unfairly. im not concerned much about how you handle other claims but my claim is my only concern at this point.

Thank you
Jason Bradley
[Quoted text hidden]

# Claimant

1 message

**Jason Bradley** <jasonbradley33319@gmail.com> Tue, Jan 6, 2026 at 9:45 AM
To: ATM Surcharge Settlement <info@atmclassaction.com>

Hello,

Im going to attempt to recalculate this for you which will adjust my surcharge atm visits from October 2007 thru July 2024

That equals approx 6,115 days

Now, for approx 10 years of that period I have 7 different children that also had and used atm cards under my accounts while they attended high school and college so during that time period my children usually used the atm 2-3 times daily but for the sake of breaking the numbers down we will use 1.5 times per day times 7 children for that period which equals 10.5 atm visits per day on a 10 year span
10 years equals 3,650 days multiplied by 10.5 visits per day equals
38,325 atm visits for my 7 children during that period

Now for me alone for the 17 year period
Let's just figure 4 times per week for that period equals approx 3,536 visits

The grand total of atm visits is

38,325 visits for the period that my children used atm visits on my accounts

And then the 3,536 visit from me

Grand total;
41,861 ATM VISITS

so for the sake of breaking all the figures down and im still probably under estimating it considerably
I'll accept a recalculated adjustment to that amount.

So please formally adjust my claim of surcharge atm visits to 41,861

So at this point I have adhered to your request and I have adjusted my atm surcharge visits accordingly

Please provide a email response at your convenience acknowledging you received the email and that my claim has been updated accordingly.

Thank you
Jason Bradley
[Quoted text hidden]

# Claimant

1 message

**ATM Surcharge Settlement** <info@atmclassaction.com> Mon, Dec 22, 2025 at 2:28 PM
Reply-to: ATM Surcharge Settlement <info@atmclassaction.com>
To: Jason Bradley <jasonbradley33319@gmail.com>

Hello,

Please choose one of the following options: adjust the surcharge amount accordingly or submit supporting documentation to justify the amount claimed. You may response to this email with your documentations or new surcharge amount.

Regards,
Claims Administrator

**ATM Surcharge Settlement**
Phone: 877-311-3724
Website: www.ATMClassAction.com
Email: info@ATMClassAction.com

This email is a service from A.B. Data, Ltd. Delivered by Zendesk

On December 20, 2025 at 12:16:38 AM UTC, jasonbradley33319@gmail.com wrote:

> **EXTERNAL MESSAGE**
> This email was received from outside AB Data. Always verify the sender and content before clicking links or opening attachments.
>
> There's an issue on your website
> Everytime I try to click on fix my claim and type my claim number its just says loading and that's it...
> It's been doing that for a couple weeks now..
>
> Im trying to fix my claim but I dont even know what I need to fix...
>
> There's a deadline to fix the claim and im unable to access the page to find out what you need from me
>
> This is the 2nd email I've sent
>
> On Wed, Dec 17, 2025, 12:09 AM ATM Surcharge Settlement <info@atmclassaction.com> wrote:
>
>> Your request has been received and is being reviewed by our support staff. You should receive a response within 5 business days.
>>
>> To add additional comments, reply to this email.
>>
>> This email is a service from A.B. Data, Ltd. Delivered by Zendesk